Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

**FILED**

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | Case No. J03-029 CV (JKS) |

**JOINT STATUS REPORT**

93

On August 5, 2005, the Ninth Circuit Court of Appeals remanded this matter to this Court "to address the scope of permanent injunctive relief." *Natural Resources Defense Council v. United States Forest Service*, 421 F.3d 797, 816 n.29 (9th Cir. 2005). No party has sought rehearing or certiorari, and the Court of Appeals issued its mandate on September 30, 2005.

Since that time, the parties have begun settlement negotiations on the scope of permanent injunctive relief. The parties would like to continue these negotiations in the hope of avoiding contested proceedings. The parties propose that they continue these discussions and submit a new status report to the Court no later than January 20, 2006.

All parties have authorized the undersigned to submit this as the joint report of the parties.

Respectfully submitted this 16th day of December, 2005,

_____
Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs*

IT IS SO ORDERED this 28 day of December, 2005,

_____
James K. Singleton, Jr.
United States District Court Judge

**FILED**
DEC 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

LODGED
DEC 16 2005

J03-0029--CV (JKS)      Z. FALCON
-------------------------
B. LANDON (AUSA)         on 12-29-05
T. WALDO
R. HAMILTON HEESE

## CERTIFICATE OF SERVICE

I, Sarah Saunders, certify that on December 16, 2005, a true and correct copy of the JOINT STATUS REPORT was served by first class mail to Bruce M. Landon, Zachary Falcon, Steve Silver, and Amy Gurton Mead. A courtesy copy was delivered by hand to Tim Obst, USDA Office of General Counsel.

*[signature]*
Sarah Saunders
Legal Assistant