BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>Defendant. | Case No. J03-029-CV(JKS) |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

In their Joint Status Report filed December 16, 2005, the parties advised that they had

begun settlement negotiations on the scope of permanent injunctive relief; that they would like to

EXTENSION MOTION                              1

continue those negotiations in the hope of avoiding contested proceedings; and that they would submit a new status report to the Court no later than January 20, 2006.

Since that Joint Status report, the parties have met and continued to explore possible settlement. However, the conflicting travel schedules and other commitments of counsel have prevented a meeting during the week of January 16 to discuss a new status report. Accordingly, federal defendants move for an order extending the time for filing a new status report to January 30, 2006.

Counsel for all parties have authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED, this 20th day of January, 2006, at Anchorage, Alaska.

        s/ Bruce M. Landon
        BRUCE M. LANDON
        Department of Justice
        Environment & Natural Resources Division
        801 B Street, Suite 504
        Anchorage, Alaska  99501-3657
        Phone: (907) 271-5452
        Facsimile: (907) 271-5827
        bruce.landon|@usdoj.gov
        Attorney for Federal Defendants

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 20th day of January, 2006, the foregoing was served electronically to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver
Amy Gurton Mead
Kevin Saxby

s/ Bruce M. Landon