IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br> vs.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>    Defendants. | Case No. J03-00029 CV (JKS)<br><br>O R D E R FOR EXTENSION OF TIME |

  Federal Defendants' unopposed Motion for an Extension of Time to file status report, at **Docket No. 94**, is **GRANTED**. The parties shall file a status report by January 30, 2006.

  Dated at Anchorage, Alaska, this 20th day of January 2006.

                    /s/ James K. Singleton, Jr.
                    **JAMES K. SINGLETON, JR.**
                    United States District Judge

1