DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Kevin M. Saxby
Assistant Attorney General
1031 W. 4th Ave. Ste. 200
Anchorage, AK 99501-1994
Telephone: 907-269-5100
Fax: 907-279-2834

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J03-029 CV (JKS)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The State of Alaska, hereby provides notice of the substitution of Assistant Attorney General Kevin M. Saxby for Assistant Attorney General Zachary Falcon as the counsel of record in the above-captioned matter. All pleadings, documents and correspondence related to the above-captioned case should be directed to

Kevin M. Saxby
Assistant Attorney General
1031 W. 4th Ave. Ste. 200
Anchorage, AK 99501

Respectfully submitted on January 19, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

S/Kevin M Saxby
Assistant Attorney General
Natural Resources Section
1031 West 4th Ave
Anchorage, Alaska 99501
NR_ECF@law.state.ak.us
Phone: (907)269-5100
Fax: (907)279-2834
Alaska Bar Number 861113

**Certificate of Service**

I certify that on this date, service of the foregoing in this proceeding was accomplished pursuant to the Court's electronic filing procedure,

Thomas S. Waldo
Eric P. Jorgensen
Earthjustice
325 Fourth Street
Juneau, AK 99801

Bruce M. Landon
U.S. Department of Justice
801 B Street, Ste. 504
Anchorage, AK 99501

and the foregoing by regular U.S. mail.

Nathaniel S.W. Lawrence
Natural Resources Defense Council
3723 Holiday Drive, SE
Olympia, WA 98501

Amy Gurton Mead
Robertson, Monagle, and Eastaugh
801 W 10th St. Ste 300
Juneau, AK 99801

Steve Silver
Robertson, Monagle and Eastaugh
2300 Clarendon Blvd. Ste 1010
Arlington, VA 22201

S/Kevin M Saxby
1031 West 4th Ave
Anchorage, Alaska 99501
NR_ECF@law.state.ak.us
Phone: (907)269-5100
Fax: (907)279-2834
Alaska Bar Number 8611132