Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

agmead@romea.com
ssilver628@aol.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J03-029 CV (JKS) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please be advised that Amy Gurton Mead and Steve Silver of Robertson, Monagle & Eastaugh hereby substitute as counsel for Ruth Hamilton Hesse, formerly of Robertson, Monagle & Eastaugh, in the above-captioned case, on behalf of the Alaska Forest Association.

RESPECTFULLY SUBMITTED this 23th day of January, 2006.

        s/Amy Gurton Mead
        STEVE SILVER
        AMY GURTON MEAD
        Robertson, Monagle & Eastaugh
        801 W 10th St., Ste. 300
        Juneau, AK  99801
        (907) 586-3340 (telephone)
        (907) 586-6818 (facsimile)

        agmead@romea.com
        ssilver628@aol.com

        Of Attorneys for Alaska Forest
        Association, Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of January, 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby

_____

Laurie Gyles-Chesnut