Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. J03-029 CV (JKS) ) ) ) ) ) ) ) ) ) |

**JOINT STATUS REPORT**

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J03-029 CV (JKS)

The parties submit this Joint Status Report pursuant to this Court's orders of December 29, 2005 (Docket No. 93), and January 20, 2006 (Docket No. 95).

The parties have reached an impasse in their attempt to settle the relief phase of this case. The parties are currently discussing a procedure for presenting the relief issues to this Court for decision.  The parties propose to submit a proposed schedule to this Court by February 8, 2006.

All parties have authorized the undersigned to submit this as the joint report of the parties.

Respectfully submitted this 30th day of January, 2006,

/s/ Thomas S. Waldo

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J03-029 CV (JKS)                                1

**CERTIFICATE OF SERVICE**

I, Tom Waldo, certify that on January 30, 2006, a true and correct copy of the JOINT STATUS REPORT was served electronically to Bruce M. Landon, Steve Silver, Kevin Saxby, and Amy Gurton Mead.  A courtesy copy was served by email to Tim Obst, USDA Office of General Counsel.


  /s/ Thomas S. Waldo
Thomas S. Waldo

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J03-029 CV (JKS)                            2