IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J03-029 CV (JKS) |

**ORDER APPROVING STATUS REPORT**

The Joint Status Report filed by the parties on January 30, 2006, is approved. The parties shall file a proposed schedule for resolution of the relief phase of this case by February 8, 2006.

So ordered this 31st day of January, 2006,

/s/ James K. Singleton, Jr.
_____
**James K. Singleton, Jr.**
United States District Judge