BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                      Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>                      Defendant. | Case No. J03-029-CV(JKS) |

STIPULATION REGARDING COSTS

Federal defendants and plaintiffs agree and stipulate as follows:

1. This Court issued a final judgment in this case on September 24, 2004.  That judgment left

1

blank the amount of costs recoverable by defendants pursuant to 28 U.S.C. § 1920. On October 21, 2004, defendants submitted a Bill of Costs seeking reimbursement for $47,037.33. No other party filed a cost bill.

2. The Clerk held a cost bill hearing on November 1, 2004, at which Plaintiffs objected to two categories of costs sought by Defendants: $44,907.53 for scanning portions of the administrative record and $537.00 for purchasing three hard drives on which the record was stored. The Clerk declined to award Defendants costs for those items and awarded Defendants $1,592.80 in costs. On November 2, the blank on the judgment form was filled in to reflect that award.

3. On November 9, 2004, Defendants filed a Motion to Retax Costs in which they sought reimbursement for the costs denied by the Clerk. Plaintiffs had previously filed an appeal with the Ninth Circuit seeking review of the Court's final judgment of September 24, 2004 on the merits. In view of the pending appeal, the parties moved for a stay of proceedings on the Motion to Retax Costs pending the Ninth Circuit's decision on the appeal. The Court granted the motion to stay by order filed November 30, 2004.

4. On August 5, 2004, the Ninth Circuit reversed this Court's judgment and remanded to this Court for consideration of the appropriate remedy. The remedy stage of the action has not yet been resolved.

5. Federal defendants and plaintiffs stipulate that the Ninth Circuit's reversal of the September 24, 2004 judgment automatically vacated the taxation of costs pursuant to that judgment. *Amarel v. Connell,* 102 F.3d 1494, 1523 (9th Cir. 1997).

6. In view of the Ninth Circuit's decision, Federal defendants withdraw their Motion to Retax Costs.

RESPECTFULLY SUBMITTED, this 31st day of January, 2006, at Anchorage, Alaska.

                                                                  s/ Bruce M. Landon
                                                                  BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
bruce.landon|@usdoj.gov
Attorney for Federal Defendants

s/ Thomas S. Waldo (consent)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31th day of January, 2006, the foregoing was served electronically to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Steve Silver
Amy Gurton Mead
Kevin Saxby

s/ Bruce M. Landon