BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>                Defendant. | Case No. J03-029-CV(JKS) |

UNOPPOSED MOTION FOR RELEASE OF ADMINISTRATIVE RECORD

By order filed December 23, 2004, this Court granted leave to lodge the administrative

1

record in this case in electronic form.  Subsequently, the Court expressed concern that an administrative record filed in electronic form would not be available for inspection in the Clerk's Office by the general public.  To address this concern, federal defendants, by Supplemental Notice of Lodging of Administrative Record in Electronic, filed May 3, 2004, agreed to make available for public inspection a copy of the administrative record at the Juneau offices of the Forest Service.

The merits of this action have already been determined, and the Ninth Circuit has remanded the action to this Court for the sole purpose of determining the appropriate remedy. Unlike the merits of this action, the remedy phase is not reviewed on the administrative record. The administrative records for the individual timber sale projects in this action are normally kept in the district offices throughout the Tongass National Forest.  The district offices have use for those records and the Juneau office is experiencing a shortage of storage space.  During the almost two years the record has been available for public inspection, no member of public has sought to inspect it.

In the past it has been the practice of the Clerk's Office to return copies of administrative records lodged with the court back to the agency at the completion of a case.  The portion of the case reviewed on the agency record is now complete.  Accordingly, federal defendants move for an order relieving the agency of its duty to continue to hold the administrative record for public inspection in the Juneau offices of the Forest Service.

This motion is unopposed.

RESPECTFULLY SUBMITTED, this 8${}^{th}$ day of February, 2006, at Anchorage, Alaska.

                                          s/ Bruce M. Landon
                                          BRUCE M. LANDON
                                          Department of Justice
                                          Environment & Natural Resources Division
                                          801 B Street, Suite 504
                                          Anchorage, Alaska  99501-3657
                                          Phone: (907) 271-5452
                                          Facsimile: (907) 271-5827
                                          bruce.landon@usdoj.gov
                                          Attorney for Federal Defendants

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 8th day of February, 2006, the foregoing was served electronically to the following counsel of record:

Thomas S. Waldo
Steve Silver
Amy Gurton Mead
Kevin Saxby

s/ Bruce M. Landon