MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Natural Resources Defense Counsel, et al. v. United States Forest Service, et al.*
Case No. 1:03-cv-00029-JKS

By:              THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:    Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

The joint status report submitted by the parties at Docket No. 106 is hereby accepted and the briefing schedule contained therein is adopted.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: February 16, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2003\J03-0029.011.wpd