Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EQUITABLE RELIEF PENDING REVISION
## OF THE TONGASS LAND MANAGEMENT PLAN

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J03-029 CV (JKS)

Plaintiffs Natural Resources Defense Council, et al., hereby move for an order that would, with certain exceptions:  (1) enjoin the Forest Service from signing or implementing any decision documents authorizing timber sales on Kuiu Island or in roadless areas of the Tongass National Forest until 45 days after the Forest Service completes its required revision of the Tongass Land Management Plan; and (2) vacate site-specific decision documents that authorize timber sales on Kuiu Island or in roadless areas of the Tongass.  A proposed order specifying this relief in greater detail is attached.

Plaintiffs seek this relief pursuant to this Court's order of February 17, 2006 (Docket No. 107), approving the parties' Joint Status Report of February 15, 2006 (Docket No. 106).  The relief sought in this motion is identical to the relief sought today by plaintiffs in *Organized Village of Kake v. United States Forest Service*, No. J04-0029 CV (JKS), Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan.  As provided in the status report approved by this Court, Plaintiffs hereby incorporate the motion in *Organized Village of Kake* by reference and attach it hereto as Exhibit A.

Respectfully submitted this 8th day of March, 2006,

  /s/ Thomas S. Waldo
Thomas S. Waldo (ABA#9007047)
Eric P. Jorgensen (ABA#8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I, Tom Waldo, certify that on March 8, 2006 , a true and correct copy of MOTION FOR EQUITABLE RELIEF PENDING REVISIONOF THE TONGASS LAND MANAGEMENT PLAN, with accompanying documents, was served electronically to Bruce M. Landon, Kevin Saxby, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo
Thomas S. Waldo