

United States
Department of
Agriculture

Forest Service

Tongass
National Forest
R10-MB-310c

February 1996

# Northwest Baranof Timber Sales

**Final Environmental Impact Statement**

Summary and Record of Decision



# Northwest Baranof Timber Sales

## Final Environmental Impact Statement Record of Decision

USDA Forest Service, Alaska Region
Tongass National Forest, Chatham Area
Sitka Ranger District

| | |
|---|---|
| Lead Agency | USDA Forest Service<br>Tongass National Forest, Chatham Area<br>204 Siginaka Way<br>Sitka, Alaska 99835 |
| Responsible Official | Gary A. Morrison, Forest Supervisor<br>Tongass National Forest, Chatham Area |
| For Further Information, Contact | James M. Thomas, Team Leader<br>USDA Forest Service<br>Tongass National Forest, Chatham Area<br>Sitka Ranger District<br>204 Siginaka Way<br>Sitka, Alaska 99835<br>(907) 747-6671 |

# Northwest Baranof Timber Sales

## Final Environmental Impact Statement
## Record of Decision

## Table of Contents

Purpose and Need ............................................. 1
Background .................................................. 2
Public Involvement ........................................... 2
Decision .................................................... 3
Selected Alternative ......................................... 3
Reasons for Decision ......................................... 7
How Issues are Addressed ..................................... 9
Coordination with Other Agencies ............................ 15
Alternatives ................................................ 15
Mitigation .................................................. 19
Monitoring .................................................. 20
Enhancement Opportunities ................................... 20
Findings Required by Law .................................... 21
Implementation .............................................. 30
Right to Appeal ............................................. 31

Appendix A - Harvest Units Specific to the Selected Alternative

Appendix B - Unit Cards for Two Modified Harvest Units

Appendix C - Silvicultural Diagnoses for Two Modified Harvest Units

Appendix D - Road Management Objectives

# Purpose and Need

The purpose and need for the Northwest Baranof Project is (1) to implement direction contained in the Tongass Land Management Plan (TLMP) as amended (USDA Forest Service 1979, 1986, 1991), (2) to help provide a timber supply from the Tongass National Forest consistent with sound multiple use and sustained yield objectives, (3) to help meet market demand for the timber industry in Southeast Alaska, and (4) to help provide employment in the wood products industry throughout Southeast Alaska.

The TLMP assigned Land Use Designation (LUD) IV to approximately 38 percent of the Northwest Baranof Project Area. This designation provides for intensive resource use and development with an emphasis on commodity resources such as timber. The TLMP assigned LUD III to the other 62 percent of the Project Area. LUD III provides for a variety of uses, including timber production. In addition, the TLMP scheduled timber sale preparation for all Management Areas in the Project Area. A comparison of the desired future condition for the Project Area, as reflected in the TLMP direction, with the existing condition shows the need to convert suitable stands of old-growth timber to managed productive stands capable of long-term timber production.

Section 101 of the Tongass Timber Reform Act of 1990 (TTRA) directs that the USDA Forest Service shall ". . . to the extent consistent with providing for the multiple use and sustained yield of all renewable forest resources, seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the market demand from such forest for each planning cycle." Section 101 of the TTRA specifies that Forest Service efforts to seek to meet market demand are subject to appropriations, National Forest Management Act of 1976 (NFMA) requirements, and other applicable law. Providing a timber supply from the Tongass for sustained local wood products industry employment and related economic and social benefits is an objective of the TLMP, the Alaska National Interest Lands Conservation Act (ANILCA) as amended by the TTRA, and the Ketchikan Pulp Company (KPC) long-term contract.

Two indicators of market demand are used in further defining the need. First, the price of bids for timber in the region remains high. Independent sales continue to sell for more than the appraised value. This reflects the national and world demand for timber. Second, there is a demonstrated mill capacity in the region to process the logs, if the supply of timber is available. Timber volume from this Project Area may help the Forest Service come closer to the objective of providing a three-year supply of timber to the existing dependent industry. This supply is a means of providing for stability in relation to fluctuating market demand (Morse 1995, Brink 1995). A substantial component of the economy of Southeast Alaska is dependent on a viable timber industry. Based on these factors, there is a clear need for the project.



## Background

The Project Area was, until recently, part of the Alaska Pulp Corporation (APC) long-term timber sale contract area. On September 30, 1993, APC ceased operation of its Sitka pulp mill, whereupon the Forest Service terminated the long-term timber sale contract with APC on April 14, 1994. Termination of the APC contract shifted the focus for making timber available in the Project Area from long-term timber sale contract offerings to competitive independent timber sales. Since the termination of the contract, the Forest Service has continued to assess market demand for timber in Southeast Alaska as part of its independent timber sale program. This market assessment continues to affirm market demand for timber volume in Southeast Alaska. This indicates that the timber volume from the Northwest Baranof Project Area is needed to contribute to the projected independent sale program.

As a consequence of the termination of the APC long-term contract, timber that was previously committed to APC, is now available for Ketchikan Pulp Company (KPC) under its long-term contract. At this time, the timber volume from the Northwest Baranof Project is scheduled to be made available as independent timber sales. However, timber volume from the Project Area could be made available as one or more KPC long-term contract offerings (See Background section in Chapter 1 of the Final EIS).

## Public Involvement

Public involvement has been instrumental in identifying issues, formulating alternatives, and influencing this decision. Public scoping and involvement activities for the Northwest Baranof Project are listed in Appendix J of the Final EIS. A summary of the significant issues used to govern the interdisciplinary analysis is provided later in this document, and the issues are addressed in Chapters 1 and 2 of the Final EIS.

Public scoping, data gathering and analysis, and document production for the Northwest Baranof Project began with publication of the Notice of Intent in the *Federal Register* July 12, 1993. A Revised Notice of Intent was published in the August 31, 1994 *Federal Register*. The Notice of Availability for the Draft EIS was published in the *Federal Register* August 18, 1995, and the public comment period for the Draft EIS closed October 16, 1995. The Final EIS discloses the environmental effects of the alternatives considered and this Record of Decision documents the decision for authorization of activities within the Project Area.



# Decision

This record documents my decision to make timber available from the Northwest Baranof Project Area in accordance with TLMP. My decision includes the following:

- the volume of timber to make available through independent timber sales;
- the location of harvest units, roads, and log transfer facilities (LTFs);
- mitigation measures and enhancement opportunities for sound resource management; and
- whether there may be a significant restriction on subsistence uses.

It is my decision to select Alternative 2 with modifications, as described below, for implementation in the Northwest Baranof Project Area. This decision meets the purpose and need for the project; is consistent with sound management of the National Forests; and is responsive to the issues raised during scoping, public responses to the Draft EIS, and testimony received at the subsistence hearings.

Table 1
**Summary of Harvest Methods**

|  | Number of Units | Acres | % of Total Acres | Volume (mmbf) (Sawlog) | % of Total Volume (Sawlog) |
|---|---|---|---|---|---|
| Clearcut with Reserves | 55 | 1,049 | 38% | 25.8 | 48% |
| Seed Tree Cut | 29 | 674 | 25% | 15.8 | 29% |
| Overstory Removal | 23 | 452 | 17% | 9.1 | 17% |
| Group Selection | 10 | 549 | 20% | 3.2 | 6% |
| Total | 117 | 2,724 | 100% | 53.9 | 100% |

# Selected Alternative

The Selected Alternative for the Northwest Baranof Project is described in this section of the ROD and is displayed on the accompanying Record of Decision map. Specifically, my decision authorizes the following:

1. Timber will be harvested in this entry on approximately 2,285 acres of commercial forest land. I expect implementation to occur in five independent timber sales. The final decision on the number of sales will be made later during final timber sale preparation. This specified timber harvest will result in approximately 53.9 million board feet of sawlog volume and 12.8 million board feet of utility volume for a total of 66.7 million board feet. There will be 117 timber harvest units located in the five proposed sale areas. The Selected Alternative includes a mixture of harvest methods to achieve silviculture and other resource objectives. Table 1 displays a summary of the harvest methods applied in the Selected Alternative.

Table 2 displays the specifications and expected outputs for each of the proposed sale areas and for the Selected Alternative as a whole. ROD Appendix A lists each unit, by proposed sale area, approved for harvest under the Selected Alternative. The timber harvest units are described in detail on the unit cards in Appendix N of the Final EIS and ROD Appendix B, and in the Silvicultural Diagnoses in Appendix P of the Final EIS and in ROD Appendix C.

2. The modification of Alternative 2 by removing the following 12 harvest units from the peninsula south of St. John Baptist Bay (VCUs 300 and 302) as they were displayed in Alternative 2 in the Final EIS:

   Units: 6271, 6272, 6293, 6294, 6341, 6342, 6343, 6344, 6345, 6361, 6364, and 6371.

3. The addition of the following 20 harvest units in the Schulze Cove proposed sale area (VCUs 287 and 288) as they were displayed in Alternative 3 in the Final EIS:

   Units: 4031, 4041, 4061, 4081, 4082, 4083, 4084, 4091, 4092, 4093, 4094, 4095, 5001, 5002, 5003, 5004, 5005, 5011, 5012, and 5013.

4. The addition of the following two harvest units in the Rod 'n Apple proposed sale area (VCU 292) as they were displayed in Alternative 4 in the Final EIS:

   Units: 3304 and 3313.

5. The change of harvest method for two harvest units (1145 and 3012) in the Rodman Bay proposed sale area from seed tree cut and clear-cut with reserves to group selection. With group selection, approximately 20 percent of the stand will be harvested each entry.

6. The construction of 17.4 miles of new system road, the reconstruction of 16.0 miles of existing road, and the construction of 10.3 miles of temporary road in order to access the specified timber harvest units. The road corridors for the Selected Alternative are planned as they were displayed in Alternative 2 in the Final EIS, with the following exceptions.

   Lisa Creek: There is the option of constructing a new road 75581 and a new LTF site as displayed in Alternative 1, if the appropriate rights-of-way and permits can not be acquired for the existing road and LTF.

   St. Johns: The removal of 12 harvest units from this proposed sale area as described above will result in the use of the road corridors as displayed in Alternative 1 with three modifications. These modifications are: remove road 75831S; remove road 758313; and terminate road 75831 in unit 6281.

   Schulze Cove: The addition of the 20 harvest units in this proposed sale area as described above will result in the use of the road corridors as displayed in Alternative 3.

**Table 2**
**Summary of Selected Alternative**

|  | Proposed Sale Areas | | | | | |
|---|---|---|---|---|---|---|
|  | Lisa Creek | St Johns | Schulze Cove | Rodman Bay | Rod 'n Apple | Total |
| **Unit Summary** | | | | | | |
| Sawlog Volume (mmbf) | 5.4 | 8.7 | 8.4 | 24.2 | 7.2 | 53.9 |
| Sawlog plus Utility Volume (mmbf) | 6.6 | 10.7 | 10.4 | 30.0 | 9.0 | 66.7 |
| Harvest Unit Acres | 232 | 402 | 378 | 1422 | 290 | 2724 |
| Number of Units | 11 | 28 | 20 | 49 | 9 | 117 |
| Average Unit Size (acres) | 21.1 | 14.4 | 18.9 | 29.0 | 32.2 | 23.3 |
| Actual Harvest Acres * | 232 | 402 | 351 | 1010 | 290 | 2285 |
| **Harvest by Logging System** | | | | | | |
| Skyline Acres | 64 | 267 | 249 | 113 | 290 | 983 |
| Helicopter Acres | 168 | 135 | 129 | 1309 | 0 | 1741 |
| Skyline Volume (sawlog in mmbf) | 1.5 | 5.8 | 5.5 | 2.7 | 7.2 | 22.7 |
| Helicopter Volume (sawlog in mmbf) | 3.9 | 2.9 | 2.9 | 21.5 | 0 | 31.2 |
| **Acres by Harvest Method** | | | | | | |
| Clearcut with Reserves | 170 | 233 | 208 | 302 | 136 | 1049 |
| Seed Tree Cut | 0 | 0 | 119 | 401 | 154 | 674 |
| Overstory Removal | 62 | 169 | 17 | 204 | 0 | 452 |
| Group Selection | 0 | 0 | 34 | 515 | 0 | 549 |
| Actual Group Selection * | 0 | 0 | 7 | 103 | 0 | 110 |
| **Volume by Harvest Method (Sawlog in mmbf)** | | | | | | |
| Clearcut with Reserves | 4.0 | 5.6 | 5.2 | 7.5 | 3.5 | 25.8 |
| Seed Tree Cut | 0.0 | 0.0 | 2.6 | 9.5 | 3.7 | 15.8 |
| Overstory Removal | 1.4 | 3.1 | 0.4 | 4.2 | 0.0 | 9.1 |
| Group Selection | 0.0 | 0.0 | 0.2 | 3.0 | 0.0 | 3.2 |
| **Road Construction (miles)** | | | | | | |
| New Road Construction | 1.0 | 7.0 | 5.1 | 2.1 | 2.2 | 17.4 |
| Road Reconstruction | 2.3 | 1.9 | 0.0 | 9.0 | 2.8 | 16.0 |
| Temporary Roads | 0.4 | 2.3 | 4.8 | 1.0 | 1.8 | 10.3 |

* Note: Actual Harvest Acres and Actual Group Selection (acres) both reflect the fact that only 20 percent of the acres within the harvest unit will actually be harvested during the first entry.

Appendix N of the Final EIS contains the road cards with specific direction for the location, design, and construction of each road. ROD Appendix D lists the roads and their respective road management objectives for future management of the transportation system. Road management objectives are subject to periodic review and may be changed in response to changing conditions and management needs.

7. The construction of Log Transfer Facilities (LTFs) at four previously used sites (Lisa Creek, St. John Baptist Bay, Rodman Bay, and Appleton Cove) as they were displayed in Alternative 2, and one LTF at a new site (Schulze Cove) as displayed in Alternative 3. The LTFs at Appleton Cove and St. John Baptist Bay will be barge facilities. The other three LTFs will utilize a low-angle ramp or slide. As mentioned above, there is the option of constructing a new road 75581 and a new LTF site at Lisa Creek, as they were displayed in Alternative 1, if the appropriate rights-of-way and permits can not be acquired for the existing road and LTF. Furthermore, the Selected Alternative includes two Helicopter Insertion Log Transfer Sites (HILTS) where logs will be lowered directly into the water by helicopter. These sites are in Goose Cove near Deadman Reach and in Rodman Bay. Associated with all transfer facilities will be logging camps, boat docks, fuel storage, sort yards, rafting areas, and other support facilities. Some of the facilities may be floating, some may be upland. Furthermore, some logging operations may use other facilities outside the Project Area, such as the logging camps at False Island or in Poison Cove. Final plans for logging camps and other support facilities will be completed after the timber is sold. These plans will be subject to the appropriate laws, regulations, and reviews.

8. This Record of Decision identifies mitigation measures to reduce or eliminate adverse environmental effects of timber harvest and road construction activities specified in the Selected Alternative. It also specifies the implementation and effectiveness monitoring planned to determine how well resource management objectives have been met. In addition, the Record of Decision identifies enhancement opportunities that are feasible following implementation of this alternative. These opportunities will be included in Sale Area Improvement Plan(s) developed in conjunction with each sale. The specific mitigation measures, monitoring activities, and enhancement opportunities are the same as those applicable to all action alternatives, and are displayed in Appendix A of the Final EIS.

9. Finally, I have determined that there is a significant possibility of a significant restriction on subsistence use of Sitka black-tailed deer in the Project Area for the community of Sitka. Implementation of the Selected Alternative by itself does not present a significant possibility of a significant restriction to subsistence use of deer. The effects of the Selected Alternative on the subsistence use of deer are minimal. However, there is a significant possibility of a significant restriction when the Selected Alternative together with other past, present, and reasonably foreseeable actions are considered in a cumulative manner. This restriction exists regardless of which alternative is implemented, including the No Action Alternative. As a result, I have determined that: (a) these actions are necessary, consistent with sound management of public lands; (b) the Selected Alternative involves the minimum amount of public land necessary to accomplish its purpose; and (c) reasonable measures to minimize impacts on subsistence uses and resources have been adopted to the maximum extent practicable while still meeting the purpose and need for this project.

## Reasons for Decision

In making my decision, I worked to ensure consideration of all issues and took into account the competing interests and values of the public. A beneficial mix of resources and uses for the public continues to be available with the Selected Alternative within the framework of the existing laws, regulations, policies, public needs and desires, and capabilities of the land, while meeting the stated purpose and need for this project.

My decision to implement this Selected Alternative is consistent with the Tongass Land Management Plan (TLMP) as amended, and sound National Forest management. I have considered the need to help maintain an adequate timber supply that meets the market demand for timber and provides employment in Southeast Alaska in support of community stability. I have also considered the need to provide strong protection measures for fish, wildlife, and other resources important to subsistence, recreation, commercial, and other uses.

I removed 12 harvest units on the peninsula south of St. John Baptist Bay from Alternative 2 because of visual and subsistence concerns. Although six of these units were planned for group selection or overstory removal to mitigate visual, wildlife, and subsistence concerns, I believe that additional protection is appropriate. The removal of these units results in a buffer approximately one mile wide between timber harvest activities and Neva Strait. This buffer reflects the importance of the scenic, wildlife, and subsistence values along Neva Strait.

I included 22 harvest units, in the Schulze Cove and Rod 'n Apple proposed sale areas in the Selected Alternative in order to offset the timber volume lost by deletions of units from Alternative 2. Furthermore, the addition of these units in the northern part of the Project Area allows me to minimize timber activities in the southern part of the Project Area while meeting the stated purpose and need for the project. It also allows me the opportunity to defer timber harvest at this time in the Nakwasina River and Noxon Creek areas. These areas south of Fish Bay have high value to the residents of Sitka for hunting, fishing, subsistence, recreation, and scenic quality.

The application of harvest methods other than clearcutting is relatively new in Southeast Alaska. The ecosystem management strategy for the Forest Service in Alaska requires us to test the applicability of harvest methods other than clearcutting on selected timber projects. Three alternatives to clearcutting that were considered for the Northwest Baranof Project were group selection, overstory removal, and seed tree cut. Although these harvest methods are relatively new for Southeast Alaska, they were applied wherever practicable. Within the Project Area we applied, where possible, harvest methods which mimic natural disturbance patterns while meeting the other resource and management objectives.

Overstory removal maintains 40 - 80 percent of the existing trees in the stand. Important old-growth attributes (significant number of large trees, snags, and large down woody material) can be retained. Reserve trees may be regularly spaced or grouped to meet treatment objectives.

Group selection is an uneven-aged management technique. Groups of trees ranging from 0.5 to 2 acres in size are removed across the unit. These groups create gaps in the stand canopy which facilitate natural regeneration. Systematic harvest entries, referred to as

"cutting cycles," are made at regular intervals, such as every 40-50 years. Each cutting cycle will remove approximately 20% of the trees in the stand. Thus, five cutting cycles will be needed to harvest the entire original stand. Removal of the original stand would occur over approximately 160-200 years, depending on the time interval chosen (40 or 50 years). This would result in a variety of age classes and size classes present across the unit through time.

Seed tree cuts are proposed in the Project Area to encourage regeneration of yellow cedar and to retain the diversity of tree species in the stand. Yellow cedar seed trees could be left standing in small groups or scattered uniformly across the harvest unit (approximately 6 - 12 trees per acre). The distribution of cedar suitable for seed trees, topography, and type of yarding equipment will dictate the arrangement of trees to be left.

The harvest units for which group selection, overstory removal, and seed tree cut are prescribed were identified and designed to achieve the success of the prescription. However, two units in the Rodman Bay proposed sale area (1145 and 3012) that had been designed for other harvest methods (clearcut with reserves and seed tree cut) were also important for scenic and wildlife values. As a result, I have changed the harvest method for both units to group selection. The specific logging plan for each harvest unit is described on the unit cards and an Integrated Silvicultural Prescription will be prepared prior to implementation. Sale administrators will ensure that the logging operations accomplish the harvest objectives for these units. Implementation of prescriptions for alternative harvest methods is intended to add to our knowledge of these alternate treatments for Southeast Alaska timber types.



# How Issues Are Addressed

In the following section is a summary of the significant issues within the scope of the project and a description of how the Selected Alternative addresses each of the significant issues.

**Fish Habitat and Water Quality**

The fish habitat and water quality of the streams on the Tongass National Forest contribute to the economic, recreational, and subsistence needs of Southeast Alaska residents. Stream habitat provides important shelter, hiding places, food, and rearing areas for salmon. Changes in stream habitat due to logging or road construction could alter a stream's ability to produce fish.

In response to this issue, all alternatives including the Selected Alternative were designed to protect fish habitat and water quality. Chapters 2 and 4 of the Final EIS conclude that there will be no measurable effects on fish habitat and related water quality for any alternative, including the Selected Alternative. All alternatives meet the requirements of the Clean Water Act. The implementation of the TTRA's requirement to provide a minimum 100-foot buffer on Class I streams and Class II streams flowing directly into Class I streams, will protect streams from proposed timber harvest and road construction.

We use bridges and culverts where roads cross streams. Bridges are installed where large volumes of water are anticipated. Bridges may be left in place depending on the Road Management Objectives (RMOs) (see ROD Appendix D). Culverts are used to cross small drainages and to provide relief drainage under the road as necessary. Culverts placed in Class I or II streams are designed and installed to allow fish passage.

Both the TTRA and the TLMP require that we use Best Management Practices (BMPs) to minimize the adverse impacts of road construction and timber harvest on soil and water resources. The BMPs are methods, measures, or practices which maintain water quality. They include structural controls, operation and maintenance procedures, and scheduling of activities. They are applied as a system of practices, and are selected on a site-specific basis. BMPs are a part of all stream course protection plans for Class I and II streams. Fish passage requirements for Class I and II stream crossings are also specified in BMPs.

**Wildlife Habitat and Populations**

The Project Area supports a wide variety of wildlife species. A stable, huntable population of Sitka black-tailed deer is important for many Sitka residents. The maintenance of adequate deer winter range is critical for deer survival. Logging may reduce available winter habitat for deer and may contribute to reduced deer populations in some areas over the long term.

In response to this issue we designed all alternatives to minimize the affect on wildlife whenever possible. In the Selected Alternative, the Project Area will remain a diverse and largely natural environment. In general, wildlife habitats will remain well connected by beach and estuary fringe, stream corridors and the myriad of muskegs, steep slopes, and areas not scheduled for harvest. Areas of undisturbed old growth are maintained to protect natural ecosystem processes and landscape scale wildlife diversity. Those areas of

old growth that are not impacted by the activities proposed in the Selected Alternative will retain their habitat characteristics.

The greatest direct effect to wildlife habitats will be the loss and fragmentation of old-growth habitat. Retention of old-growth forest throughout the Project Area in areas such as beach and estuary fringe and in areas left unaffected by this decision, is intended to buffer the effect of timber harvesting activities on old-growth dependent wildlife. In the Selected Alternative, the total acreage of old-growth habitat in the Project Area will be reduced by approximately 6 percent.

Table 2-3 in the Final EIS displays potential reduction in wildlife habitat capabilities for deer, bear, marten, and mountain goat within the entire Project Area. This table displays the estimated habitat capability in 1995, and the estimated reduction in this capability if the actions proposed are implemented. Habitat capability does not indicate current or future populations, but is a relative means to estimate and compare effects.

All action alternatives including the Selected Alternative would decrease habitat capabilities by 2 percent or less for deer, 8 percent or less for brown bear, 5 percent or less for marten, and 2 percent or less for mountain goat. Alternative 5 (No Action) would maintain the current habitat capabilities for wildlife. The Selected Alternative does not include any road construction south of Fish Bay that would increase access to the goat herd located in the vicinity of Annahootz Mountain.

### Old Growth

Old-growth forests are valuable because of their biological diversity, wildlife habitat, recreation opportunities, scenic quality, soil productivity, and water quality. These forests are also a source of high-quality timber. Balancing these important but conflicting values of old-growth forests is an important and difficult management problem. In addition, fragmentation of isolated old-growth forest tracts caused by natural conditions and logging activities, the size of old-growth patches, and corridors that connect old-growth patches, are important factors in managing wildlife habitats and for biological diversity.

In response to this issue we have designed all alternatives to focus activities in areas of prior logging, to avoid large tracts of old-growth forest, and to maintain corridors as much as possible. All action alternatives, including the Selected Alternative, will reduce the acres remaining in old-growth forests by less than 6 percent. Large portions of the Project Area are left undisturbed by this decision, resulting in the maintenance of the old-growth forests in the watersheds north of Nakwasina Passage, north of St. John Baptist Bay, surrounding Fish Bay, and along Deadman Reach. In addition, many smaller patches of old-growth forest are also left untouched by this decision including the beach and estuary fringes, the one mile buffer along Neva Strait, the stream and riparian area buffers, and areas where the natural fragmentation of the forest has left small patches throughout the Project Area.

### Marine Environment

Marine fish and shellfish productivity may be affected by the location and design of log transfer facilities (LTFs) and log storage areas, and by bark accumulations that may occur as a result of their use. A specific concern is the possible adverse effects of the proposed LTF in St. John Baptist Bay on the juvenile sable fish population that lives there. In addition, the proposed LTFs in Nakwasina Passage and Sound may adversely affect crabbing in those areas.

In response to this issue, we have attempted to minimize the effects of LTFs on the marine environment in all alternatives. Previous LTF sites have been used as much as possible. The effects of timber harvest and road construction on shellfish populations will be minimal for the Selected Alternative. Application of the siting guidelines developed by the Alaska Timber Task Force will minimize the potential effects of LTFs on shellfish populations. The short period of use and relatively small volume of timber that will be handled at each of the LTFs will reduce potential for bark accumulation. Construction and use of the proposed LTFs will have little short-term or long-term effect on the marine ecosystem.

Physical access to subsistence fish and shellfish areas will not be significantly changed, however logging camp and LTF operations may conflict with subsistence users. In addition, the presence of logging camp residents may discourage other users in specific areas. Any increase in competition for fish and shellfish will not be substantial because of the availability of these resources in the immediate vicinity and in surrounding areas.

The Selected Alternative requires an LTF in St. John Baptist Bay. A barge facility will be used which will minimize impacts to the bay's juvenile sable fish population. Use of the existing barge facility at Appleton Cove is also required by this decision. Construction of drive-down type LTF facilities with a "no-splash" operation is planned at Lisa Creek, Schulze Cove, and Rodman Bay. Table 2-5 in the Final EIS indicates the locations of LTFs for each alternative and the estimated volume of timber each LTF would process. Locations of proposed LTFs and Helicopter Insertion Log Transfer Sites (HILTS) for the Selected Alternative are displayed on the Record of Decision map.

Log transfer facility development is contingent upon approval of permits obtained from those agencies identified at the end of Chapter 1 of the Final EIS. Should the permitting process result in significant changes to either the location or design of one or more of the log transfer facilities, such changes would be evaluated in an interdisciplinary manner according to NEPA and the results of the analysis documented. If such changes are significant, then my decision would be supplemented prior to development of the log transfer facility.

**Subsistence**

Maintaining subsistence opportunities on Baranof Island is of concern to many rural residents. This area is used for hunting, trapping, fishing, gathering, and other customary and traditional use. Subsistence supplements the diets of many people and is the primary source of food for some. For Native Americans in Southeast Alaska, subsistence resources are important for the preservation of cultural customs and traditions. The subsistence lifestyle involves deeply-held values, attitudes, and beliefs of both Native and non-Native people.

The Alaska National Interest Lands Conservation Act (ANILCA) requires that the Forest Service determine if proposed activities may significantly restrict use of subsistence resources. If such a finding is made, then ANILCA requires public hearings and determinations regarding actions to minimize impacts prior to proceeding with a project. Chapter 4 of the Final EIS contains the ANILCA 810 subsistence analysis. The analysis, including evaluation of public comments and subsistence hearing testimony, concludes that the potential foreseeable effects from the action alternatives including the Selected

Alternative do not indicate a significant possibility of a significant restriction for any subsistence resource other than Sitka black-tailed deer.

The analysis also concludes that there is a significant possibility of a significant restriction on subsistence use of Sitka black-tailed deer in the Project Area for the community of Sitka. Implementation of the Selected Alternative, by itself, does not present a significant possibility of a significant restriction to subsistence use of deer. The effects of the Selected Alternative on the subsistence use of deer are minimal. However, there is a significant possibility of a significant restriction when the Selected Alternative together with other past, present, and reasonably foreseeable actions are considered in a cumulative manner. This restriction exists regardless of which alternative is implemented, including the No Action Alternative. This restriction would be a result of (1) a decrease in habitat capability that could decrease the abundance or distribution of deer, (2) high deer mortality during severe winters that occur periodically, (3) average yearly deer harvest levels exceeding what appears to be sustainable harvest levels, and (4) anticipated human population growth with its associated increase in subsistence hunter demand when compared to the habitat capability to produce deer.

Three major factors are used to assess subsistence impacts: distribution and abundance of subsistence resources, access, and competition with other subsistence users. These three factors are discussed in detail in Chapter 4 of the Final EIS.

The community of Sitka averaged approximately 38 percent of its subsistence harvest of deer from the four ADF&G Wildlife Analysis Areas (WAAs) that include the Project Area during 1987 to 1991. These four WAAs also include significant areas outside the Project Area such as Partofshikof Island, Halleck Island, and Krestof Island. Displacement of subsistence use as a result of project activities could be to areas within the Project Area unaffected by this decision, to other areas within the four WAAs, or to areas outside the four WAAs where the other 62 percent of Sitka's subsistence harvest of deer occurs. Any displacement that may occur would likely be temporary until activities within the Project Area conclude in 3 to 5 years.

The Selected Alternative reflects my efforts to minimize effects on subsistence resources used by the community of Sitka. The Selected Alternative minimizes timber harvest in the southern half of the Project Area by including only two proposed sale areas south of Fish Bay (St. Johns and Lisa Creek). Both of these sales areas limit the extent of timber harvests within one mile of the beach, in part to protect subsistence resources. Also, no timber harvest is planned for the high value subsistence areas around Nakwasina River and Noxon Creek, nor at the head of Fish Bay. Road Management Objectives for roads south of Fish Bay would eliminate vehicle access after logging is completed except at St. John Baptist Bay, where existing use would continue.



### Recreation

Outdoor recreation opportunities are important to the quality of life for many Southeast Alaska residents. Dense rain forests, abundant fish and wildlife, and miles of protected waterway combined with the vast and remote character of the area provide a unique setting for quality recreation experiences. Furthermore, the lack of roads and the necessity for access from saltwater provide a unique recreational setting appreciated by visitors and residents alike. Difficult terrain, dense vegetation, and limited anchorages confine many recreational activities to accessible shorelines.

In response to this issue, we have attempted to locate timber harvest activities away from important recreation areas. Under all alternatives, including the Selected Alternative, the Project Area has potential to provide a wide range of recreation opportunities, activities, settings, and experiences. The change in recreation setting because of timber harvest and/or road construction activities may affect the recreational experience and, therefore, overall satisfaction of the forest visitor. Visitors seeking a recreational experience in a natural setting may not be satisfied in an area with active timber management activities. On the other hand, visitors who do not require a natural setting for their recreation activities may appreciate the opportunity to use new or existing roads for access to the interior of the Project Area.

Active timber layout and harvest operations may displace recreationists and outfitter/guides from areas of traditional use. Those who have a low tolerance for the presence of other humans (such as bear hunters) will be particularly impacted. These effects are expected to decrease significantly after harvest activities cease and logging camps are closed.

The Selected Alternative limits timber harvest activities within the primary recreation areas for the community of Sitka south of Fish Bay. Only two proposed sale areas (St. Johns and Lisa Creek) are located in this area. Both are geographically small in size and extent, and are located to avoid the primary recreation areas along the beach.

**Scenic Quality**

Travelers along the route of the Alaska Marine Highway view dense spruce and hemlock rain forests, abundant fish and wildlife, rugged mountains, secluded fjords and bays, and miles of protected waterways. The unique natural setting and outstanding scenery are an important component of the visitors' experience. Tourism is an important sector in Sitka's diverse economy, and maintaining the scenic quality of the landscape is of concern to both visitors and the community. Many people have chosen to live in or visit Sitka because of the opportunity to work or play in an area with outstanding scenic quality.

In response to this issue, all harvest units, roads, and proposed sale areas were designed to minimize effects on scenic quality to the extent practicable. This project contains a large percentage of overstory removal and group selection harvest methods. All activities were designed to avoid visually sensitive beach fringe and individual harvest units were designed to blend into the surrounding forest as much as possible. All alternatives, however, still have additional visual impacts of varying degrees in the Project Area, even though the effects were minimized. These impacts are the result of timber harvest, road construction, and the construction of LTFs.

These activities create unnatural lines and textures in the landscape which contrast with the natural characteristics of Southeast Alaska old-growth rainforest. These visual impacts, in some cases, will be evident to the average forest visitor. The Selected Alternative was developed as a result of my desire to mitigate or eliminate the visual impacts of timber harvest activities on the scenic quality of the landscape south of Fish Bay. Most of the timber harvest has been focused north of Fish Bay, and the harvest south of Fish Bay has been located to avoid adversely affecting scenic quality.

### Economic and Social Quality

The lifestyles, values, and quality of life for the residents of Southeast Alaska are highly dependent on the surrounding National Forest. The forests of the Project Area provide a valuable setting for recreation, hunting, fishing, and subsistence use. They also are an economic resource for Southeast Alaska and the community of Sitka. They are valuable as a setting for commercial recreation and tourism, and the streams provide spawning habitat for salmon which support a large commercial fishing industry. The forests also provide valuable timber that may be used to support a wood products industry.

In response to this issue the Selected Alternative provides harvest of approximately 53.9 million board feet of saw timber volume. Additionally, it includes 43.7 miles of system and temporary road construction or reconstruction, and the construction or reconstruction of four LTFs. Specified harvest of this level supports an average of 130 jobs per year for the duration of the project. These jobs are directly or indirectly related to timber harvest, road construction, and wood product processing.

None of the alternatives are projected to have a significant effect on income or employment opportunities in the sport or commercial fishing industries or those related economic sectors. Timber harvest activities may displace outfitter/guide use from portions of the Project Area until after completion of harvest activities. Recreational settings will shift from a natural to a more modified setting in areas affected by timber harvest activities. Because of the availability of other areas that could provide similar commercial opportunities, and because the Selected Alternative affects only some of the inventoried Recreation Places in the Project Area, I expect no significant impact on employment and income opportunities in the recreation and tourism industry.

### Heritage Resources



The Project Area lies largely within an area traditionally claimed by the Sitka Tlingit. Because of the importance of this area in preserving the Tlingit culture and traditional values, the Forest Service has worked closely with the Sitka Tribe of Alaska to identify areas of cultural importance. Once identified, the Forest Service can protect these sites by avoiding them when planning and implementing management activities.

The National Historic Preservation Act (NHPA) directs Federal agencies to take into account the effect of proposed actions on historic properties. Historic properties are those properties included in or eligible for inclusion in the National Register of Historic Places. Federal regulations require a "Section 106 review" for proposed actions. In response to this issue, we have completed the NHPA Section 106 review for all timber harvest related activities proposed by the four action alternatives and the Selected Alternative. This includes units, roads, and LTFs. As a result of this review we have avoided all known heritage resource sites in the Project Area or otherwise specified stipulations to protect them.

We have not completed Section 106 review for logging camps, helicopter insertion log transfer sites (HILTS), shore-ties, and sort yards. Exact locations of these activities are not yet known, hence we are not yet able to determine their effects under the Section 106 process. Similarly, any activity associated with the planned sales which does not occur within 100 meters of potential roads, units, and LTFs displayed in this EIS will be subject to Section 106 review.

## Coordination with Other Agencies

From the time scoping was initiated, meetings and other contacts have occurred with interested Federal and State agencies, and with Tribal governments. Issues were discussed and information was exchanged. Appendix J of the Final EIS lists public involvement activities and meetings. A list of the agencies who were informed of, and/or involved in the planning process follows Chapter 4 of the Final EIS.

## Alternatives

### Alternatives Considered in Detail

We considered five alternatives (four action alternatives and a no-action alternative) in detail. Each alternative was developed to respond differently to the issues, and to provide a range of choices. We have included maps (distributed with the Final EIS) which illustrate the proposed roads and harvest units for each of the five alternatives.

For each action alternative, we have prepared a theme or intent for the alternative. Table 3 summarizes the volume and acres of timber harvest, logging systems, harvest methods, and roads proposed for the four action alternatives and the Selected Alternative. Also see the alternative maps for greater detail.

**Alternative 1**
This alternative represents the "proposed action" as presented during public scoping (see discussion in Chapter 2 of the Final EIS). It has been modified since public scoping to reflect harvest units dropped from further consideration because of resource concerns. This alternative distributes timber harvest throughout the Project Area. It proposes timber sales in seven individual geographic areas within the Project Area: two locations in Rodman Bay, Schulze Cove, St. John Baptist Bay, Noxon Creek, Nakwasina Sound, and Lisa Creek. There would be an LTF for each of the seven individual geographic areas, with the exception of Nakwasina Sound. At this location, logs would be placed directly in the water by helicopter. Alternative 1 proposes timber harvest on 1,739 acres with an output of approximately 36.4 mmbf of sawlog volume. In this alternative, 50 percent of the acres cut (16.5 mmbf) would be harvested using a helicopter logging system. In addition, 51 percent of the acres would be harvested using a harvest method other than clearcutting.

Alternative 1 maintains wildlife habitat and subsistence resources along the north shores of Nakwasina Passage and St. John Baptist Bay, and throughout the Fish Bay drainage. The current scenic quality on Baranof Island along the Alaska Marine Highway route would be maintained from Fish Bay to Sitka. Opportunity for increased motorized vehicle, bicycle, and foot access would be provided on the road system south of St. John Baptist Bay.

**Alternative 2**
This alternative concentrates timber harvest in three areas that have had previous logging activity: Rodman Bay, St. John Baptist Bay, and Lisa Creek. It also minimizes further fragmentation of old growth as a result of additional timber harvest, especially in and adjacent to the Fish Bay and Nakwasina River watersheds. This alternative maintains the existing conditions in approximately 70 percent of the Project Area by deferring timber harvest in areas which have had only limited harvest in the past. Alternative 2 provides

timber harvest on 2,501 acres with an output of approximately 51.9 mmbf of sawlog volume. In this alternative, 67 percent of the acres cut (33.2 mmbf) would be harvested using a helicopter logging system. In addition, 60 percent of the acres would be harvested using a harvest method other than clearcutting.

Alternative 2 maintains wildlife habitat and traditional subsistence use areas at the head of Nakwasina Sound, along the north shores of Nakwasina Passage and St. John Baptist Bay and throughout the Fish Bay drainage. The current scenic quality on Baranof Island along the Alaska Marine Highway route would be maintained from Deadman Reach to St. John Baptist Bay. Logging economics would be improved by using reconstructed roads in this alternative. LTFs would be located in Appleton Cove, Rodman Bay, St. John Baptist Bay, and Lisa Creek.

**Alternative 3**
This alternative concentrates timber harvest in the north end of the Project Area with logging at Schulze Cove and Rodman Bay. It also defers timber harvest in those portions of the Project Area closest to Sitka. This alternative emphasizes the maintenance of existing conditions south of Fish Bay and eliminates further fragmentation of old growth in that area. Alternative 3 proposes timber harvest on 1,889 acres with an output of approximately 38.8 mmbf of sawlog volume. In this alternative, 69 percent of the acres cut (25 mmbf) would be harvested using a helicopter logging system. In addition, 59 percent of the acres would be harvested using a harvest method other than clearcutting.

Wildlife habitat and traditional subsistence use areas south of Fish Bay would not be affected by this alternative. The current scenic quality on Baranof Island along the Alaska Marine Highway route would be maintained from Fish Bay to Sitka. There would be two LTFs in Rodman Bay and one in Schulze Cove.

**Alternative 4**
This alternative distributes timber harvest throughout the Project Area. It proposes the highest level of timber harvest of all the alternatives while meeting standards and guidelines for other resources, and addressing current environmental, political, and social issues identified during scoping. It proposes timber sales in seven individual geographic areas within the Project Area (similar to Alternative 1) and creates a mosaic of diverse forest age structures. Alternative 4 proposes timber harvest on 3,262 acres with an output of approximately 66.9 mmbf of sawlog volume. In this alternative, 63 percent of the acres cut (40.6 mmbf) would be harvested using a helicopter logging system. In addition, 59 percent of the acres would be harvested using a harvest method other than clearcutting.

Post-harvest ORV use near Sitka would be enhanced due to road construction and maintenance. This alternative provides the opportunity for better sale scheduling and economic return both locally and nationally. Alternative 4 most nearly meets the direction of the current Tongass Land Management Plan for resource production in the Project Area. There would be LTFs in Rodman Bay (two locations), Schulze Cove, St. John Baptist Bay, Noxon Creek, Nakwasina Passage, and Lisa Creek.

**Alternative 5 - No Action**
This alternative provides the baseline for measuring effects of all action alternatives. Inclusion of a no-action alternative is required by the NEPA, and may be selected by the Forest Supervisor. No road construction or logging would occur under this alternative.

Table 3
Summary of the Action Alternatives

|  | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 | Selected Alt. |
|---|---|---|---|---|---|
| Sawlog Volume (mmbf) | 36.4 | 51.9 | 38.8 | 66.9 | 53.9 |
| Sawlog & Utility Volume (mmbf) | 45.0 | 64.2 | 48.0 | 82.7 | 66.7 |
| Harvest Unit Acres | 1,739 | 2,501 | 1,889 | 3,262 | 2,724 |
| Number of Units | 96 | 107 | 71 | 153 | 117 |

Proposed Harvest by Logging System

|  | Alt. 1 | | Alt. 2 | | Alt. 3 | | Alt. 4 | | Selected Alt. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Skyline Acres | 873 | 50% | 820 | 33% | 583 | 31% | 1,151 | 35% | 983 | 36% |
| Helicopter Acres | 866 | 50% | 1,681 | 67% | 1,306 | 69% | 2,111 | 65% | 1,741 | 64% |
| Skyline Volume (mmbf) | 19.9 | | 18.7 | | 13.8 | | 26.3 | | 22.7 | |
| Helicopter Volume (mmbf) | 16.5 | | 33.2 | | 25.0 | | 40.6 | | 31.2 | |

Proposed Harvest Acres by Harvest Method

|  | Alt. 1 | | Alt. 2 | | Alt. 3 | | Alt. 4 | | Selected Alt. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Clear-cut w/Reserves | 843 | 49% | 991 | 40% | 769 | 41% | 1,354 | 41% | 1,049 | 38% |
| Seed Tree Cut | 346 | 20% | 632 | 25% | 599 | 32% | 803 | 25% | 674 | 25% |
| Overstory Removal | 320 | 18% | 570 | 23% | 210 | 11% | 642 | 20% | 452 | 17% |
| Group Selection | 230 | 13% | 308 | 12% | 311 | 16% | 463 | 14% | 549 | 20% |

Proposed Harvest Volume (Sawlog) by Harvest Method (in mmbf)

|  | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 | Selected Alt. |
|---|---|---|---|---|---|
| Clear-cut w/Reserves | 20.6 | 23.6 | 18.6 | 32.6 | 25.8 |
| Seed Tree Cut | 7.9 | 15.2 | 14.0 | 18.9 | 15.8 |
| Overstory Removal | 6.6 | 11.4 | 4.4 | 12.8 | 9.1 |
| Group Selection | 1.3 | 1.7 | 1.8 | 2.6 | 3.2 |

Proposed Roads and Log Transfer Facilities (LTFs), and Helicopter Insertion Log Transfer Sites (HILTS)

|  | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 | Selected Alt. |
|---|---|---|---|---|---|
| New Road Miles | 19.3 | 18.5 | 9.7 | 23.8 | 17.4 |
| Reconstruction Miles | 11.9 | 13.1 | 9.0 | 16.5 | 16.0 |
| Temporary Road Miles | 10.0 | 8.2 | 6.8 | 14.5 | 10.3 |
| No. of LTFs | 6 | 4 | 3 | 7 | 4 |
| No. of HILTS | 1 | 2 | 1 | 3 | 2 |