| United States Department of Agriculture | Forest Service | Tongass Ketchikan/Misty Fiords Ranger District | 3031 Tongass Avenue Ketchikan, Alaska 99901-5743 |
|---|---|---|---|

Reply to: 2430

Date: 09/30/2005

Dear Prospective Bidder:

On 11/17/2005, at 02:00 PM, sealed bids will be opened in the Ketchikan Supervisor's Office for the Upper Carroll II sale. This sale is located in T71S., R92E., Sections 9,10,15,16,17,20,21,22,27,28,29,32,33,34; T72S., R92E, Sections 3,4,5,6,9,10; Copper River Meridian. Timber sale Contract 2400-6 will be used. The termination date for this sale is 10/31/2010. This is a small business set-aside sale.

This sale will be preferentially awarded to a qualified small business concern. In the absence of any bids from a self-certifying qualified small business concern, the sale will be readvertised without restriction on the size of bidders.

There are 1.3 kilometers of specified road reconstruction, and 7.6 kilometers of specified road construction. A specified road construction cost of $796,580.21 has been allowed in the appraisal for this work.

Measurement of the estimated quantities will be made after felling. The total estimated quantity on this sale is 16,494.56 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

### Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 9,108.08 | 18.40 | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sawtimber | MBF | 604.38 | 21.50 | $13.30 | $12.00 | $0.00 | $0.00 |
| Sitka Spruce | Sawtimber | MBF | 2,801.67 | 21.30 | $27.83 | $12.00 | $0.00 | $0.00 |
| Alaska Cedar | Sawtimber | MBF | 1,406.27 | 19.10 | $53.85 | $20.00 | $0.00 | $0.00 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 2,274.92 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce Utility | Pulpwood | MBF | 299.24 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| | Total | MBF | 16,494.56 | | | | $0.00 | $0.00 |

The minimum acceptable bid for advertised timber is $179,952.53 for the biddable species.

Exhibit 33, page 1 of 2

There is a $18,600.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the Ketchikan Misty Fiords Ranger

Sincerely,

*Lynn Kolund*

LYNN KOLUND
District Ranger

Enclosure

**FY 2006 5 Year Timber Sale Plan**
**Unit: Tongass NF**
**Date: November 10, 2005**

| | NEPA | | Vol S+U (MMbf) | Sale | | | Vol S+U (MMbf) | % of Vol Roadless | LTF | Army COR OR Discharge Permit | State Tideland Permit | TSSA Volume | FY06 Gate | | FY07 Gate | | FY08 Gate | | FY09 Gate | | FY10 Gate | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Project Name | Date | DO | | Name | Award Date | Term Date | Purchaser | | | | | | Gate 6 | Gate 2 | Gate 3 | Gate 5 | Gate 2 | Gate 3 | Gate 5 | Gate 2 | Gate 3 | Gate 5 | Gate 2 | Gate 3 | Gate 5 |
| | Sea Level EIS | X | KRD | | Buckdance/Madder Reoffer | | | | 17.3 | 38.0% | Shoal Cove | Current | Mar-30 | | | | 17.3 | "746, 753" | | | | | | | |
| | Soda Nick EA | Apr-06 | CRD | 2.6 | Soda Nick Small Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | 2.6 | 1.0 | 1.0 | "622,624" | | | | | | | |
| | Roadside EA | X | CRD | | Micro-Sales | | | | 0.3 | 0.0% | N/A | N/A | N/A | | 0.3 | 0.3 | "620,621" | | | | | | | |
| | TNB Small Sales EA's & CE's/Control Lake EIS | X | TNB | | Various | | | | 1.5 | 0.0% | N/A | N/A | N/A | | 1.5 | 1.5 | "Various" | | | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | 1.0 | 1.0 | "Various" | | | | | | | |
| | Tuxekan EIS | Jan-06 | TNB | 17.0 | Tuxekan | | | | 17.0 | 0.0% | Nichen Cove | Current | Oct-26 | 17.0 | 17.0 | 17.0 | "565" | | | | | | | |
| | Goose EA | Dec-05 | TNB | 8.0 | Various | | | | 2.0 | 0.0% | N/A | N/A | N/A | 8.0 | 2.0 | 2.0 | "586,597,598" | | | | | | | |
| | Heceta Second Growth EA | X | TNB | | Heceta CT Sale | | | | 2.5 | 100.0% | Port Alice | Sep-08 | Jan-08 | | | 2.5 | "558, 559, 561, 562, 570" | | | | | | | |
| | Drumlin CE | X | TNB | | Drumlin Patch Cut | | | | 0.5 | 0.0% | N/A | N/A | N/A | | 0.5 | 0.5 | "571" | | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.5 | 0.0% | Homeshore | Current | Current | | 1.5 | 1.5 | "119,120" | | | | | | | |
| '06 | Corner Bay CE | Jan-06 | SRD | 0.1 | Last Call | | | | 0.1 | 0.0% | Corner Bay | Current | Current | | 0.1 | "236,238,239,240" | | | | | | | | |
| | Chichagof CE | Mar-06 | SRD | 0.2 | Lazy Lightening | | | | 0.2 | 0.0% | Sunny Cove | Pending | Pending | | 0.2 | "220" | | | | | | | | |
| | Chichagof CE | Apr-06 | SRD | 0.1 | Buckhorn | | | | 0.1 | 0.0% | False Island | Current | Current | | 0.1 | "243" | | | | | | | | |
| | Supplement to APC 86-90 EIS | X | HRD | | Humpback II | | | | 0.5 | 0.0% | West Point | Private | Private | | 0.5 | "198,200" | | | | | | | | |
| | Small Otter EA | Dec-05 | HRD | 1.0 | Otter Lake | | | | 1.0 | 0.0% | 8-Fathom | Pending | Expired | 1.0 | 1.0 | 1.0 | "201" | | | | | | | |
| | YRD Small Sales | X | YRD | | Small Sale | | | | 0.4 | 0.0% | N/A | N/A | N/A | | 0.4 | 0.4 | | | | | | | | |
| | Woodpecker EIS | Aug-02 | PRD | | Blind Slough | | | | 0.5 | 0.0% | N/A | N/A | N/A | | 0.5 | 0.5 | "452" | | | | | | | |
| | Scott Peak EIS | Nov-05 | PRD | 8.4 | Scott Peak | | | | 8.4 | 0.0% | Portage Bay | Sep-96 | Dec-10 | 8.4 | 8.4 | 8.4 | "444,446" | | | | | | | |
| | Overlook EA | Nov-05 | PRD | 4.1 | Overlook | | | | 4.1 | 0.0% | Olsens | Aug-76 | Oct-17 | 4.1 | 4.1 | 4.1 | "450, 453" | | | | | | | |
| | Kuiu EIS | May-06 | PRD | 34.0 | Kuiu Roaded | | | | 16.0 | 42.0% | Rowen Bay | Oct-97 | Jun-27 | 34.0 | 16.0 | 16.0 | "399" | | | | | | | |
| | Doughnut EA/Porcupine CE | X | WRD | | Blue Light Special | | | | 1.3 | 0.0% | Pat's Creek/Anita Bay North | Current | Pending | | 1.3 | "475,476,465,468" | | | | | | | | |
| | Backline EA | Jan-06 | WRD | 7.0 | Backline | | | | 7.0 | 0.0% | Pat's Creek/Earl West | Current | Jul-10 | 7.0 | 7.0 | 7.0 | "526" | | | | | | | |
| | Misc Small Sales CE | X | WRD | 0.2 | Fishtrap Salvage | | | | 0.2 | 0.0% | Anita Bay (north) | Current | Jul-14 | 0.2 | 0.2 | 0.2 | "467" | | | | | | | |
| | Traitors Cove EIS | Jul-06 | KRD | 18.0 | Francis Cove | | | | 8.0 | 0.0% | Margaret Bay | Current | Mar-13 | 18.0 | 4.0 | | 4.0 | 8.0 | "738,739,740" | | | | | |
| | Traitors Cove EIS | X | KRD | | Rockfish | | | | 7.0 | 0.0% | Fire Cove | Current | Jan-08 | | 4.0 | | 3.0 | 7.0 | "737, 739" | | | | | |
| | Traitors Cove EIS | X | KRD | | SW Neets | | | | 3.0 | 0.0% | SW Neets | Current | Sep-08 | | 1.5 | | 1.5 | "736, 738" | | | | | | |
| | TNB Small Sales EA's & CE's | Apr-06 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | 1.0 | 1.0 | 1.0 | | | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | 1.0 | 1.0 | | | | | | | | |
| | Goose EA | X | TNB | | Various | | | | 3.0 | 0.0% | N/A | N/A | N/A | | 3.0 | 3.0 | "586,597,598" | | | | | | | |
| | North Thorne EIS | Dec-06 | TNB | 6.0 | North Thorne | | | | 6.0 | 31.0% | Thorne Bay | Current | Jan-10 | | | 6.0 | 6.0 | "579,580" | | | | | | |
| | Soda Nick EA | X | CRD | | Soda Nick Small Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | 1.0 | 1.0 | "622,624" | | | | | | |
| | Roadside EA | X | CRD | | Micro-Sales | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | 0.3 | 0.3 | "620,621" | | | | | | |
| | Scratchings EIS | Mar-06 | CRD | 26.0 | Scratchings | | | | 26.0 | 31.0% | Suemez | In Progress | In Progress | 26.0 | 26.0 | | 26.0 | "636,634,635,636" | | | | | | |
| '07 | HRD Small Sales EA | Sep-06 | HRD | 0.4 | Small Sales | | | | 0.4 | 0.0% | Homeshore | N/A | N/A | 0.4 | | 0.4 | 0.4 | "15,218" | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | 1.5 | 0.0% | Homeshore | Current | Current | | 1.5 | 1.5 | "19,120" | | | | | | | |
| | SRD Small Sale CE | Apr-07 | SRD | 0.5 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | 0.2 | 0.2 | "TBD" | | | | | | | |
| | NW Baranof EIS | X | SRD | 40.0 | Synchro, SRD HRD | | | | 40.0 | 84.0% | Appleton/St. John | Current | Current | | 40.0 | 40.0 | | | | | | | | |
| | YRD Small Sales EA | Sep-06 | YRD | 2.2 | Small Sale | | | | 0.3 | 0.0% | N/A | N/A | N/A | 2.2 | | 0.3 | 0.3 | | | | | | | |
| | Kuiu EIS | X | PRD | | Straight Creek | | | | 18.0 | 42% | Saginaw | Dec-00 | Dec-10 | | | 18.0 | 18.0 | "437,439" | | | | | | |
| | Woodpecker EIS | X | PRD | | Road's End | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | 1.0 | 1.0 | "448" | | | | | | |
| | Woodpecker EIS | X | PRD | | Slide | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | 1.0 | 1.0 | "452" | | | | | | |
| | Baht EIS | Sep-06 | WRD | 15.0 | Baht | | | | 15.0 | 0.0% | St. Johns or Deep Bay | Current | Jan-26 | 15.0 | 7.5 | | 7.5 | 15.0 | "456,457" | | | | | | |
| | Doughnut EA | X | WRD | | North Corner | | | | 1.5 | 100% | Pat's Creek | Current | Pending | | 1.5 | "523,524" | | | | | | | | |
| | Emerald Bay EIS | Sep-05 | KRD | 16.0 | Emerald Bay | | | | 16.0 | 100% | Emerald | New | New | | 16.0 | | | 16.0 | "721" | | | | | |
| | Gravina EIS | Jun-06 | KRD | 36.0 | Dutchman | | | | 30.0 | 100% | Private | N/A | N/A | | | 36.0 | | | 15.0 | 30.0 | "761, 763" | | | |
| | Chasina EIS | X | CRD | | North | | | | 6.0 | 100% | Lascaster | Current | Jun-29 | | | | | | 6.0 | "679,680" | | | | |
| | Chasina EIS | X | CRD | | Dolomi | | | | 3.5 | 100% | Lascaster | Current | Jun-29 | | | | | | 3.5 | "680, 681" | | | | |
| | Soda Nick EA | X | CRD | | Soda Nick Small Sales | | | | 0.6 | 0.0% | N/A | N/A | N/A | | | | 0.6 | 0.6 | "622,624" | | | | | |
| | Roadside EA | X | CRD | | Micro-Sales | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | 0.3 | 0.3 | "620,621" | | | | | |
| | TNB Small Sales EA's & CE's | Apr-07 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | 1.0 | 1.0 | 1.0 | | | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | 1.0 | 1.0 | 1.0 | | | | | |
| '08 | Staney EIS | Mar-08 | TNB | 17.0 | Staney | | | | 8.0 | 35.0% | Naukati | Need New | Jan-08 | | | | 17.0 | 8.0 | 8.0 | "571, 587, 588,590" | | | | |
| | Logjam EIS | Feb-07 | TNB | 25.0 | Logjam | | | | 22.0 | 40.0% | Whale Pass | Need New | N/A | | | 25.0 | | 22.0 | "586,597,598" | | | | | |
| | Goose EA | X | TNB | | Various | | | | 3.0 | 0.0% | N/A | N/A | N/A | | | | | 3.0 | 3.0 | "586,597,598" | | | | |
| | Iyoutug EIS | Nov-07 | HRD | 60.0 | Iyoutug Small Sale | | | | 3.0 | 75.0% | Long Island | Native | Native | | | 60.0 | | | 3.0 | 3.0 | "208,209,210" | | | |
| | Iyoutug EIS | X | HRD | | Iyoutug Timber Sale | | | | 20.0 | 75.0% | Long Island | Native | Native | | | | | 20.0 | 20.0 | "208,209,210" | | | | |
| | SRD Small Sale CE | Apr-08 | SRD | 0.2 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | 0.2 | 0.2 | "TBD" | | | | | |
| | YRD Small Sales EA | X | YRD | | Small Sale | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | 0.3 | 0.3 | | | | | | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | | 1.5 | 1.5 | "119,120" | | | | | |
| | Woodpecker EIS | X | PRD | | Wood 40822 | | | | 2.8 | 0.0% | N/A | N/A | N/A | | | | 2.8 | 2.8 | "452" | | | | | |
| | Three Mile EIS | Apr-04 | PRD | 19.7 | Three Mile | | | | 19.7 | 72.0% | Rowen Bay | Oct-97 | Jun-27 | | | 19.7 | | | 19.7 | "419" | | | | |
| | Big John/Central Kupreanof EIS | May-07 | PRD | 35.0 | Big John | | | | 5.0 | 60.0% | Little Hamilton/Portage | Mar-93 | Aug-17 | | | 35.0 | | | 5.0 | 5.0 | "424,425,426,440,429,436,438" | | | |
| | Crain/Rowan EIS | X | PRD | | Rowen Mt. Heli | | | | 4.0 | 80.0% | Rowen Bay | Oct-97 | Jun-27 | | | | | 4.0 | 4.0 | "499,400,402" | | | | |
| | Navy EIS | FY 07 | WRD | 50.0 | Three Sisters | | | | 15.0 | 90.0% | Anita Bay (south) | Current | Pending | | | 50.0 | 7.5 | | 7.5 | 15.0 | "464,465,467" | | | |
| | Navy EIS | X | WRD | | Mosman | | | | 17.0 | 90.0% | Anita Bay (south) | Current | Pending | | | | 8.5 | | 8.5 | 17.0 | "467" | | | |
| | Madan EIS | Jul-03 | WRD | 21.0 | Madan | | | | 21.0 | 100% | Moose Cr./Jenkins Cove | New | New | | | | | | 21.0 | "502,504" | | | | |
| | Klam EIS | Jun-07 | KRD | 25.0 | Klam | | | | 15.0 | 60.0% | Ku Bay | N/A | Expired | | | 25.0 | | | 15.0 | | | 15.0 | "732,737" | |
| | Klam EIS | X | KRD | | Wishbone | | | | 10.0 | 0.0% | Shrimp Bay | Current | Apr-29 | | | 10.0 | | | 10.0 | | | 10.0 | "733, 736,737" | |
| | Cholmondeley EIS | X | KRD | | Cher | | | | 10.2 | 100.0% | Sunny Cove | Current | Current | | | | | | | | | 10.2 | "674,675,676" | |
| | Chasina EIS | X | CRD | | Johnson Mt. | | | | 5.9 | 100.0% | Barge Drop | N/A | N/A | | | | | | | | | 5.9 | "681,682" | |
| | TNB Small Sales EA's & CE's | Apr-08 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | 1.0 | | | |
| | Roadside EA | X | TNB | | Micro Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | 1.0 | 1.0 | 1.0 | | | |
| | Kos EIS | Dec-07 | TNB | 5.0 | Kosciusco | | | | 5.0 | 25.0% | Kosiusko | Need New | Need New | | | | 5.0 | | | 5.0 | 5.0 | "543, 544,545,546" | | |
| '09 | Staney EIS | X | TNB | | Masada | | | | 9.0 | 35.0% | N/A | N/A | N/A | | | | | | 9.0 | 9.0 | "571, 587, 588,590" | | | |
| | Logjam EIS | X | TNB | | Various | | | | 3.0 | 40.0% | Whale Pass | Need New | Oct-26 | | | | | | 3.0 | 3.0 | "577,573" | | | |
| | SRD Small Sale CE | Apr-09 | SRD | 0.2 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | 0.2 | 0.2 | 0.2 | "TBD" | | |
| | Finger Point EIS | X | PRD | | Infog | | | | 18.0 | 55.0% | Inbetween/Crab Bay | Pending | Pending | | | | | | | | 18.0 | "233,234" | | |
| | Iyoutug EIS | X | HRD | | Iyoutug Small Sale | | | | 3.0 | 75.0% | Long Island | N/A | N/A | | | | | | | | 3.0 | 3.0 | "208,209,210" | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | | | | | | 1.5 | 1.5 | "119,120" | |
| | YRD Small Sales EA | X | YRD | | Small Sale | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | | | 0.3 | 0.3 | | |
| | Big John/Central Kupreanof EIS | X | PRD | | Tunehean | | | | 30.0 | 60% | Little Hamilton/Portage | Mar-93 | Aug-17 | | | | | 10.0 | | | 10.0 | 30.0 | "424,425,426,440,429,436,438" | | |
| | Dry Bay EIS | Oct-08 | PRD | 10.0 | Dry Bay | | | | 10.0 | 100% | New | Pending | Pending | | | | | | | | 10.0 | 10.0 | "483, 484" | |
| | Thomas Bay Second-growth EA | Jun-08 | PRD | 2.0 | TB2 | | | | 2.0 | 68% | Thomas Bay | Apr-99 | Dec-08 | | | | | | | 2.0 | 2.0 | 2.0 | "442,444" | |
| | Highbuch EA | FY 08 | WRD | 5.0 | Highbush | | | | 5.0 | 0.0% | Earl West | Current | Jan-10 | | | | | | | | 5.0 | 5.0 | "478,504,505" | |
| | Navy EIS | X | WRD | | Burnett | | | | 8.0 | 90% | Anita Bay (south) | Current | Pending | | | | | | | | 8.0 | 8.0 | "464,468" | |
| | Big Boy EIS | Jun-08 | KRD | 16.0 | Big Boy | | | | 16.0 | 41.0% | Shelter Cove | Current | Aug-20 | | | | | 16.0 | | | 16.0 | | | 16.0 | "746,747,748,753" |
| | Saw Ridge EIS | Jun-09 | KRD | 8.0 | Mount | | | | 8.0 | 80.0% | Elf Point | Current | Current | | | | | | | | 8.0 | | | 8.0 | "762,765" |
| | Gravina EIS | X | KRD | | Flying Dutchman | | | | 6.0 | 100.0% | N/A | N/A | N/A | | | | | | | | 6.0 | | | 6.0 | "757,760" |
| | Moira EIS | Jun-08 | CRD | 56.0 | JC | | | | 21.8 | 100.0% | South Moria | New | New | | | | | 56.0 | | | 21.8 | | | 21.8 | "692,699" |
| | TNB Small Sales EA's & CE's | Apr-09 | TNB | 1.0 | Various | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | 1.0 | 1.0 | 1.0 | |
| | Roadside EA | X | TNB | | Micro Sales | | | | 1.0 | 0.0% | N/A | N/A | N/A | | | | | | | | | 1.0 | 1.0 | 1.0 | |
| | Sarker EA | Jan-09 | TNB | 5.0 | Sarker | | | | 5.0 | 0.0% | Naukati | Need New | Jan-08 | | | | | | | | 5.0 | | | 5.0 | "554,557,577" |
| | Neck Lake EA | Mar-09 | TNB | 5.0 | Neck Lake | | | | 5.0 | 0.0% | Whale Pass | Need New | Oct-26 | | | | | | | | 5.0 | | | 5.0 | "550,538,540,537,549" |
| '10 | Iyoutug EIS | X | HRD | | Iyoutug Small Sale | | | | 3.0 | 75.0% | Long Island | Native | Native | | | | | | | | | 3.0 | 3.0 | "208,209,210" |
| | SRD Small Sale CE | Apr-10 | SRD | 0.2 | Various | | | | 0.2 | 0.0% | TBD | TBD | TBD | | | | | | | | | 0.2 | 0.2 | 0.2 | "TBD" |
| | NE Baranof EIS | Nov-09 | SRD | 15.0 | Bourban | | | | 15.0 | 91.0% | Bourban Creek | Need New | Need New | | | | | | | | 15.0 | 15.0 | | 15.0 | "298" |
| | Kizhuchia EIS | Nov-10 | SRD | 6.0 | Kizhuchia | | | | 6.0 | 80.0% | Kidney Cove | Need New | Need New | | | | | | | | | 6.0 | | | "321" |
| | Ushk Bay EIS | Sep-10 | SRD | 30.0 | Ushk Bay | | | | 30.0 | 0.0% | Poison Cove | Need New | Need New | | | | | | | | | 30.0 | | | "279,280,281" |
| | YRD Small Sales EA | X | YRD | | Small Sale | | | | 0.3 | 0.0% | N/A | N/A | N/A | | | | | | | | | 0.3 | 0.3 | | |
| | Hobert EIS | Aug-09 | JRD | 30.0 | Hobert Timber Sale | | | | 30.0 | 0.0% | Goldbelt | Need New | Need New | | | | | | | | 30.0 | 15.0 | | 15.0 | 30.0 | |
| | Couverden EIS | X | JRD | | Couverden Small Sales | | | | 0.5 | 0.0% | Homeshore | Current | Current | | | | | | | | | | | | |
| | Bayport EIS | xx-09 | PRD | 30.0 | Bayport West | | | | 30.0 | 45.0% | Rowan Bay | Oct-97 | Jun-27 | | | | | | | | 30.0 | 10.0 | | 20.0 | "398,399,400,401,402,420,421,4" |
| | Bohemia Towers EIS | xx-09 | PRD | 10.0 | North by NE | | | | 10.0 | 90.0% | Little Hamilton | Mar-93 | Aug-17 | | | | | | | | 10.0 | | | 10.0 | "424,425,426,440" |
| | Central Mitkof EIS | xx10 | PRD | 8.0 | Middling | | | | 2.0 | 36.0% | Olsens | Aug-76 | Oct-17 | | | | | | | | | 8.0 | 2.0 | | "447,450" |
| | Crittenden EIS | FY 09 | WRD | 30.0 | Crittenden | | | | 30.0 | 100.0% | New | New | New | | | | | | | | 30.0 | | | 15.0 | "501" |
| | Woronkofski EIS | FY 09 | WRD | 10.0 | Woronkofski | | | | 10.0 | 95.0% | New | New | New | | | | | | | | 10.0 | | | "461" |
| | Navy EIS | X | WRD | | Navy | | | | 10.0 | 90.0% | New | New | New | | | | | | | | | | | 10.0 | 10.0 | "468" |
| | | NEPA TOTAL | | 760 | SALE TOTAL | | | | 795 | | | | | FY06 180 | 121 | 84 | 202 | FY07 132 | 135 | 112 | FY08 158 | 201 | 144 | FY09 137 | 138 | 45 | FY10 113 | 162 |

Prepared By: /s/ David Fletcher
Timber Sale Preparation Program Manager
Date: November 7, 2005

Submitted By: /s/ Charley Streuli
Ecology, Fire, and Forest Management Staff Officer
Date: November 8, 2005

Approved By: /s/ Forrest Cole
Forest Supervisor
Date: November 10, 2005

**Exhibit 34, page 1 of 1**