Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. J04-0029 CV (JKS) |

## DECLARATION OF KERI DIXON

I, Keri Dixon, hereby declare as follows:

1. I am the Membership Coordinator for the Center for Biological Diversity (the Center). In this capacity and as a member myself, I am familiar with the operations of the Center in Alaska and nationally.

2. The Center is a 501 (c) 3 non-profit organization based in Tucson, Arizona. The Center has over 14,000 members including some who live and work in Southeast Alaska.

3. The Center works to protect plants, animals and the wild places they call home. Our approach to protecting sensitive and fragile species and their habitat includes science, advocacy, education, and environmental law. The Center has been actively involved in protecting Alaska's wildlife, as an integral part of our natural heritage, since the early 1990's.

4. With regard to the Tongass National Forest, due to concerns over large-scale habitat loss, the Center petitioned the United States Fish and Wildlife Service to protect the Queen Charlotte goshawk in May of 1994. The Charlotte goshawk is found only in southeast Alaska and coastal British Columbia. In December 1993 the Biodiversity Legal Foundation (which formally merged with the Center in 2003) filed a petition to list the Alexander Archipelago wolf, a species found in the Tongass National Forest, under the Endangered Species Act in December 1993. The Center filed suit along with partner organizations in February 1996 against the United States Fish and Wildlife Service for denying that petition, based on clear scientific evidence showing the species was indeed threatened if not endangered. The Center is still involved in litigation over the fate of the goshawk, and carefully follows the fate of many other species that depend upon Tongass wildlands.

5. As part of its efforts to conserve wildlife on the Tongass, the Center has invested considerable organizational resources in actively monitoring and aggressively advocating the

**Exhibit 51, page 2 of 4**

protection of Tongass wildlife. From 2001 – 2003 we employed an Attorney and Conservation Biologist in Sitka, AK focused solely on Alaska, and largely, Tongass Forest issues. This effort continues now, with other conservation program staff, and includes extensively analyzing the adequacy of wildlife management strategies adopted in the 1997 Tongass Land Management Plan and participating in the Forest's National Environmental Policy Act (NEPA) process implementing these strategies at the programmatic and site-specific level. The Center has invested substantial resources into the Tongass NEPA process as well as on-going research and public education efforts regarding the plight of Tongass old growth forests and the wildlife they support. The Center has repeatedly highlighted in our NEPA comments and in public forums the defendants' failure to adequately consider and disclose adverse impacts to wildlife in the Tongass Plan and the timber sales authorized under the plan.

6. Numerous Center staff, Board members, and members presently live, work, study, and/or pursue recreational activities within the Tongass National Forest throughout the year. Among them is the Center's Executive Director, Michael Finkelstein, a former Alaska resident who worked for the state legislature in Juneau and later as the Campaign Manager for the Alaska Rainforest Campaign. Mr. Finkelstein's interest and concern for the Tongass continues as he leads the Center's work nationally. The Center's Policy Director, Kieran Suckling, visits the Tongass to study and enjoy its wildlife. Dr. Robin Silver, a co-founder and current Board Chair of the Center, has spent several summers residing in Juneau. Dr. Silver is additionally, a professional wildlife photographer. He regularly visits the Tongass to photograph wildlife and document the destruction of the Tongass old growth forests.

7. Beyond their extraordinary intrinsic value, animals and plants in the Tongass National Forest, in their distinctness and variety, offer irreplaceable emotional and physical benefits to our

**Exhibit 51, page 3 of 4**

lives and play an integral part in culture. Their loss, which parallels the loss of diversity within and among human civilizations, impoverishes us beyond repair and thus, the Center is compelled to fight for protection of the Tongass' wild plants, animals, and their unique habitat.

8. The adoption of the 1997 Tongass Plan and the Threemile timber sale, which implements the Plan, do not adequately protect the wildlife resources the Center, and the individual members we represent, are concerned about.   We strongly oppose the United States Forest Service's decision in the 1997 Tongass Land Management Plan Revision and in the Threemile timber sale to authorize logging and road building in pristine and roadless areas of the Tongass National Forest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _August 9, 2005_        _Keri Dixon_

Keri Dixon
Membership Coordinator
Center for Biological Diversity

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. J03-029 CV (JKS) DECLARATION of Stanley E. Senner |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DELCARATION OF STANLEY SENNER

I, Stanley E. Senner, hereby declare as follows:

1. I am the Executive Director of the Alaska State Office of the Audubon Society.

2. The National Audubon Society is a non-profit organization that has approximately 550,000 members. About 2,400 members and supporters reside in Alaska. Since our field trips and general meetings are open to the public at no cost, many non-Audubon members also participate in our activities. There are over 500 Chapters and 100 Audubon Sanctuaries and nature centers nation wide.

3. The mission of the National Audubon Society is to conserve and restore natural ecosystems, focusing on birds, other wildlife, and their habitats for the benefit of humanity and the earth's biological diversity. The Alaska staff works in close cooperation with six local chapters to create a culture of conservation and environmental ethic that supports a healthy, sustainable economy and quality of life in harmony with Alaska's natural environment. Audubon Alaska is dedicated to finding the significant common ground that is shared by birders wildlife watchers, and photographers, hunters, fishers, hikers, educators, scientists, guides, tour operators, and other nature enthusiasts. Audubon Alaska's conservation actions to safeguard our wildlife and wildlands are based on sound science and common sense.

4. As part of its diverse menu of activities, the National Audubon Society has supported several ongoing national campaigns, including the Forest Campaign. The goal of the Forest Campaign is to protect roadless areas within America's national forest ecosystems and the habitats they provide to birds and other wildlife, for their intrinsic value and for the enduring benefit to current and future generations. We are attempting to accomplish this goal through energetic, informed grassroots activism backed by sound science, policy, and education.

5. The National Audubon Society also coordinated the Heritage Forest Campaign, which called for the protection of roadless areas in our national forests nationwide. Numerous

Exhibit 52, page 2 of 4

scientific studies have documented the ecological importance of roadless areas and old growth forests. Further degradation of roadless areas could result in significant impacts to many wildlife species including grizzly bears, lynx, and unique stocks of salmon and trout. Further logging in ancient forests and the unprotected wilderness found in our roadless areas threatens, not only wild flora and fauna, but also clean water, clean air, climate moderation and other ecological services necessary for our quality of life.

6. On the Tongass forest, over two million acres of roadless areas have been left open to development under the Tongass Land Management Plan (TLMP), including over 400,000 acres of roadless old-growth forest. These roadless old-growth areas are especially critical because only four percent of the Tongass land-base encompasses the low elevation, old-growth forest with big trees most important to fish and wildlife and much of this rare forest type has already been clearcut. The revised TLMP does not adequately restrict the harvest of these rare, big-tree old-growth stands. Even though the allowable sale quantity has been reduced, if there are inadequate provisions to prevent "highgrading" (cutting the best and leaving the low-quality sites) the best remaining old-growth stands, this plan will permanently eliminate important wildlife and fish habitats and erode the integrity of this ecosystem. The committee of scientists the Forest Service asked to review the adequacy of conservation measures for vertebrate species in the Tongass National Forest Land Management Plan recommended cessation of high grading the big-tree (VC 6 and 7) old-growth stands. The Peer Review Committee also found the conservation strategy of TLMP to be inadequate.

7. Audubon members are negatively impacted by timber sales in old-growth forests and the construction of new roads in roadless areas. Our members spend time in roadless areas for birding, wildlife viewing, hunting, fishing, and nature observation. They are denied an opportunity to enjoy the wilderness experience currently provided by the public resources at issue in these areas.

8. In addition, members of the National Audubon Society from the Lower-48 visit Alaska's national Forests to experience its wildlife and wilderness. Some of these trips are

organized by the National Audubon Society.  These members would be disappointed in us if we did not defend the forest.

9. All members of Audubon appreciate wildlife and the opportunity to view and photograph wildlife. Wildlife in our national forests has significant economic benefits. Detailed studies by the Alaska Department of Fish and Game indicate considerable money is being spent in Alaska, by both residents and visitors, on opportunities for wildlife observation.

10. In the interests of our members, Audubon has been actively involved in the resource issues of the Tongass National Forest.  We have participated in and testified at numerous public meetings held by the Forest Service and commented on the Tongass Land Management Plan and individual timber sales.  In addition we joined in the administrative appeal of the Tongass Land Management Plan. Our comments have consistently raised concerns for protecting non-timber values of the forest resource including wildlife, fish, and recreational values.

11. We strongly oppose the Forest Service's decision in the 1997 Tongass Land Management Plan Revision and in individual timber sales to authorize vast amounts of clearcut logging and roadbuilding in pristine and roadless areas of the Tongass.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _16 March 2004_          _Stanley E. Senner_
                                 Stanley E. Senner

Exhibit 52, page 4 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. J03-029 CV (JKS) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) DECLARATION OF ) JOAN M. McBEEN ) ) ) |
| Defendants. | ) ) ) |

I, Joan McBeen, hereby declare as follows:

1. I have lived in Tenakee Springs since January 1977 and my address is P.O. Box 23, Tenakee Springs, AK 99841.

2. I am a member of Southeast Alaska Conservation Council, the Chichagof Conservation Council, and National Audubon Society. I submitted comments on the Draft EIS for the Finger Mountain Timber Sale. I also submitted testimony for the subsistence hearing for this sale.

3. My home is directly across the inlet from the proposed Finger Mountain Sale area in front of Crab Bay. I look out my front window at this area and the areas harvested in 1977 and 1979. I do not agree with the statement "The harvested units along the shore are visible, but they have begun to return to the surrounding texture and color."(Finger Mountain Timber Sale[s] Record of Decision, 3-94) On the contrary, they are quite visible and disturbing to me, and further clearcuts in that area will affect the scenic value and could also affect the monetary value of my property.

4. My husband and I have used several areas included in the Finger Mountain Timber Sale for recreation and subsistence for the last 27 years. We use the area often and we intend to continue to use it as long as it is not destroyed by clearcutting.

5. My husband and I hunt for deer and waterfowl in and around Crab Bay and we fish for salmon and crab in the waters of Crab Bay.

6. We will be especially affected by logging of the drainage to the west of Inbetween Creek. We use this area extensively for subsistence hunting of deer and waterfowl. We also use the waters immediately adjacent to this area for fishing for shrimp, rock fish and Halibut. Additionally, we use the stream in this drainage (locally called Goose River) for sport and subsistence fishing for salmon and Dolly Varden. In spite of its small size, this stream is a very productive salmon spawning stream and the extensive clear-cutting its upper reaches is likely to have a negative effect on the productivity of this important salmon stream. This particular area is important to us because it is relatively close to our home and it is protected in foul weather.

7. My husband and I depend on subsistence hunting, fishing and gathering to be able to live in our rural community on our limited income. I also have gardens to supplement our wild

food and feel that an organic diet is healthier and more satisfying than store bought food. For me, subsistence is a way of life. I estimate that between hunting, fishing, gathering and gardening we produce 80 to 85 percent of our own food. During the summer and fall, my husband and I can, freeze and dry enough food to last us the rest of the year. A study done in 2000 by the Alaska Department of Fish & Game estimated that an average person in rural Alaska uses 178 pounds of wild foods per year. They valued the food conservatively at $5.00 per pound which came to $25 million dollars per year for these residents. Factoring in the equipment and fuel needed to procure these foods, a total of $160 million is contributed to the economy. My husband and I use more than that amount stated for wild foods and get a significant portion of it in Crab Bay and VCU 230, or "Goose River".

8. I am concerned about the impact of 140 additional people who will be employed and will be vying for the resources that I depend on for my food. The population of Tenakee is 120, which includes children and elderly who do not gather wild foods. The 140 young, healthy potential competitors more than doubles the competition for collecting the foods we need to survive in Tenakee.

9. I am upset about the plans to build roads in the unroaded area west of Inbetween Creek. I go to that area several times a year to pick berries and hunt waterfowl and deer with my husband. The road construction and logging in this magnificent area would affect my ability to do this in an area accessible from my home.

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: 3-28-04                              By: *Joan M McBeen*
                                               Joan M. McBeen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. J03-029 CV (JKS) <br><br> DECLARATION OF DALE PIHLMAN |

I, Dale Pihlman, declare as follows:

1. I am a member of Southeast Alaska Conservation Council, Natural Resources Defense Council, and the Sierra Club.

2. My address is 4743 North Tongass, Ketchikan, AK 99950.

3. In the last 30 years, I have participated in many public meetings and hearings on management issues in the Tongass. In 1976 I provided testimony before a U.S. Senate committee investigating National Forest problems in Alaska. I was asked to provide this testimony because of my experience in the Tongass, and because of my understanding of the problems that exist here.

**Exhibit 54, page 1 of 2**

4. I was born in Ketchikan in 1941 and have lived here for 60 of my 62 years. I have been an educator, a fisheries biologist, a commercial fisherman, and a tour operator.

5. Since 1985 I have flown to the Moira Sound area one to three times each year for trout fishing or beachcombing. Sometimes I bring my wife or son, but most of the time I go alone. I fly along the coast, south from Chasina Point. I explore the coastline of the Port Johnson area, including the areas where the Chasina timber sales are planned. The entire Moira Sound area is the last high quality unlogged major sound complex that I know of in Southeast. It represents most of the ecosystems in Southeast Alaska, with rocky windswept beaches at the entrance, many picturesque islands, and lush wide estuaries rich in fish and wildlife at the heads of its several inlets. There are a multitude of lakes at elevations ranging from slightly above sea level to those high in the alpine.

6. I enjoy the solitude and pristine wilderness in Moira Sound and Port Johnson. I intend to begin a business and use this area as a destination for ecotourism, guiding clients in kayaks.

7. If logging of the Port Johnson units of the Chasina timber sale occurs, it will destroy the wilderness values of the area. My clients and I would be able to see the clearcuts from my boat and from the plane, and I would not be able to enjoy the area for personal recreation or use it as a destination for my kayak tour business. The increased boat traffic from the log transfer facility and the possible helicopter logging would also diminish my experience. Fish and wildlife in the area will be adversely affected by the sales, as well, further degrading the outdoor experience.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: 3-26-03

Dale Pihlman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL,    )
SOUTHEAST ALASKA CONSERVATION    )
COUNCIL, SIERRA CLUB, NATIONAL    )
AUDUBON SOCIETY, THE WILDERNESS    )
SOCIETY, and CENTER FOR BIOLOGICAL    )
DIVERSITY,    )
                                    )
            Plaintiffs,    )
                                    )
        v.    )    Case No. J03-029 CV (JKS)
                                    )
UNITED STATES FOREST SERVICE; UNITED    )
STATES DEPARTMENT OF AGRICULTURE;    )
MARK REY, in his official capacity as Under    )
Secretary of Agriculture; DENNIS E. BSCHOR, in    )
his official capacity as Alaska Regional Forester; and    )    DECLARATION OF
FORREST COLE, in his official capacity as Forest    )    BONNIE OAKSMITH
Supervisor for the Tongass National Forest.    )
                                    )
            Defendants.    )
                                    )

I, Bonnie Oaksmith, declare as follows:

1. I am a member of Southeast Alaska Conservation Council.

2. My address is P. O. Box 8948, Ketchikan, AK 99901

3. My parents came to Ketchikan in 1949 when I was six to join my father's parents who

lived here. My father worked at the Ketchikan Pulp Company and then on the Alaska State Ferry

system. My mother was the Postmaster at Ward Cove Post Office for 35 years. My husband

Stan and I married 32 years ago and have raised 8 children here.

4. In 1984 my husband and I started our business, Clover Bay Floating Lodge in Clover

Bay, on the east side of Prince of Wales Island. We were the first floating lodge in Alaska. We

picked this area for our floating lodge because of the good fishing and because it was untouched

**Exhibit 53, page 1 of 5**

wilderness. Clover Bay has the advantage of being close to Ketchikan, so guests only have to fly about 15 minutes to get to our lodge.

5.    From about June 1 to September 15 every year we host 300 to 400 guests. We sell mainly unguided fishing. Each two guests have their own 20 ft. Lund skiff to operate. I think we are one of the few lodges in SE Alaska to make it possible for sportfishing guests to be "captain of their own boats". They can also book a fully guided trip or upgrade to some half-day guided. Lots of our guests are leaders in their professions and a lot of them may fish only once or twice a year. Many of them come up to fish with us more than once a season. They love the wildlife and natural habitat of the cove and fishing area. They sit in their skiffs watching seals, bear, deer, eagles, mink, otter, marten, humpback whales, killer whales, big salmon sharks, elephant seals, sea lions, and porpoises. The whales and killer whales swim into the inner cove and are seen by guests on the lodge.

6.    My husband and I have invested a lifetime of money and work into our business. Our son and his wife help to manage the lodge, and this business supports us all. Our business also supports many other Alaskans. We usually have one licensed skipper/guide, four to six deckhands, and two kitchen helpers. We also employ four or more Ketchikan residents for two months a year to get the lodge and boat and equipment ready for the season. For many years, we hired two youths who lived in Cholmondeley Sound each season. We sent one to school for his skipper's license. We have mentored many, many youths at the lodge and on the boats. We proudly have one who is skipper on the Prince of Wales ferry and one who is engineer on the ferry. Five of these boys have become helicopter pilots, and six have become fixed wing pilots. Six of the men have become licensed skippers, one of whom skippers a big tug in Alaskan waters. Many who worked for us at the lodge used their earnings to go to college, and several

2

are still working toward their degrees. Several who had problems in other parts of their lives

worked with us and grew and became responsible people. This wonderful environment is good

for everyone. This lodge has definitely given back to Alaskan society. This helps to keep our

young people interested in Alaska and invested in remaining in Alaska. This lodge has helped a

lot of people besides being a favorite destination for sportsfishermen.

7. The log transfer facility (LTF) in Clover Bay proposed for the Cholmondeley timber sale

will ruin our business. Our guests will not be able to enjoy fishing or nature with an 11 acre

water log storage site close to the entrance of Clover Bay and a log dump fill, as proposed by the

USFS. Many of our guests have told us that they will go fishing in Canada where it is cheaper

than Alaska if they have to put up with logging problems in our cove. The industrial activity will

scare away the wildlife and destroy the peacefulness of the area. The Clover Bay area has

become a refuge for animals escaping the logging that is going on all around us. Logging in our

cove will destroy the haven these animals seek.

8. Our clients will have difficulty navigating their boats around the debris from the water log

storage site, and the logs will endanger them. We are also extremely concerned that there will be

problems for the many, many float planes that use the inner and outer bay for landing and takeoff

when delivering our hundreds of guests and supplies.

9. The logging operation will also destroy our drinking water, which comes from a stream

that the USFS expects to build a log road across.

10. The logging at Chasina point will also harm our business. The hook of Chasina Point

and Skin Island make a wind and wave break from the prevailing SE winds. Our guests, our two

charter boats and other charter boats from Ketchikan and Sportsmen Cove fish this area daily

during the summer season. Logging in this area will harm the fish, destroy the wilderness

3

quality of the area, and create a depressing eyesore of clearcuts. Two years ago, south of Chasina

Point and near the Chasina timber sales, some guests of ours spotted a large brown bear, which is

extremely unusual.   Logging will also scare away the wildlife.

11. This business is the sole support of my managers, Ryan and Angela Morin and their two

children, our grandchildren.  Many of our other grandchildren have over the years benefited

either with jobs or help from the lodge business. It is very hard to make a living in Alaska, unless

you have a government job.  We have worked so hard for so long and done so much and hung on

in this State no matter what, that our state government should be saying "Good Job" and helping

us to keep this thing going--not  throwing obstacles in our way for a short-term gain for some

loggers who now live in other States!  When the logging camps were operating, most of these

workers were not Alaskans and left with the money.  We stay here year around and spend all the

money right here.  And we can build it even bigger and stay longer, but not with a log dump and

log storage in Clover Bay.

4

I declare under penalty of perjury that the foregoing information is true and correct.

Date: 3-25-04                          _Bonnie L Oaksmith_
                                       Bonnie Oaksmith

5