Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J03-029 CV (JKS)<br>)<br>)<br>)  DECLARATION OF<br>)  PETE SMITH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Peter Smith, declare as follows:

1. I am member of Southeast Alaska Conservation Council, Natural Resources Defense Council, and the Audubon Society.

2. My address is PO Box WWP (Whale Pass), Ketchikan, AK 99950.

3. I have written many personal letters to the Forest Service over the past 18 years explaining how timber harvest on Prince of Wales Island (POW) affects my livelihood and that of my children. Deer populations continue to plummet year by year as a result of the sales, and high value timber is getting continually harder to find. I have also pointed out to the Forest Service many times that they are not doing an acceptable job in managing karst as mandated under the Federal Cave Act, The Clean Water Act and the 1997 Tongass Land Management Plan.

4. I have lived on Prince of Wales Island for 18 years with my wife Valery. We came here with a baby son and home birthed the second in Kina Cove, across the bay from Kasaan. We were attracted to this country because of the vast wilderness and pristine forestlands. We have lived a subsistence lifestyle, growing our own vegetables and hunting and fishing for meat. For income the first 8 years we were in Alaska we commercially fished abalone.

5. Since then our income has come from wood products. We have developed a value added salvage logging and sawmill business. We acquire windfall and other downed trees from State and Forest Service micro timber sales and process the wood into various products, such as boat lumber, planking and spar grade material, bevel siding and other lumber for home construction. We ship our wood across the US and Southeast Alaska.

6. The success of our business is dependant on availability of big, old growth trees. This type of timber is unique in that it has tight growth rings and a lack of knots in the outer section of the trunk, which is where the clear, vertical grain lumber used in our business is generated. When these high value stands are clearcut we lose income-generating potential. Although I have not yet taken wood from the Cholmondeley and Chasina areas, the timber sales planned there will remove yet another near-by option for me. As a result of the many timber sales in the area, I have been forced to travel farther and farther from home to find the timber that we need for our operation.

7. I am also a director of the Tongass Cave Project, which is mapping and exploring the caves and karst of Southeast Alaska. I have inventoried karst along the West Arm, where the Cholmondeley timber sales are planned. We discovered caves and other karst features that the U.S. Forest Service had missed in their karst inventory. Units 674-032 and 675-032 (on the southwest side of Sunny Cove) are heavily karsted, and these areas also have the highest volume stands in the sale area. I later returned to the area to photograph the caves and large trees.

8. I plan to return to this area in the future to conduct biological inventories of the karst springs, and further karst studies. Over the past 15 years I have seen logging impact caves and karst by plugging sinkholes and cave entrances with debris. On numerous occasions I have seen trees that were left as buffers fall across cave entrances, and this also introduces soil into the cave system. When a karsted area is clearcut, the topsoils are turned into mud in the caves, which then wash out into streams, impacting the fisheries. When caves are impacted by timber harvest the window into the past that the cave provides, is closed. Archaeological, paleontological and biological artifacts are lost forever. If the timber sales in the Sunny Cove area are permitted to go forward, I will be unable to complete the work that is so important to the Tongass Cave Project because the karst will be destroyed.

9. During my inventory of the Cholmondeley Sound area, I enjoyed walking up the valley that drains into Sunny Cove. I saw big trees on the alluvial flats, and many signs of bear, deer, wolves and smaller animals. This valley is, in my opinion, the most breathtaking in Southeast Alaska because of the broad vistas (due to muskeg on the valley bottom), the high volume timber on the valley sides, abundant wildlife, and lack of any visible clearcuts in the distance. This is one very special place and I will return here often with friends and family if it is left intact. If this area in Sunny Cove is logged, it will destroy our wilderness experience.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: MARCH 25 2004

Peter B. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL,      )
SOUTHEAST ALASKA CONSERVATION           )
COUNCIL, SIERRA CLUB, NATIONAL          )
AUDUBON SOCIETY, THE WILDERNESS         )
SOCIETY, and CENTER FOR BIOLOGICAL      )
DIVERSITY,                              )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )   Case No. J03-029 CV (JKS)
                                        )
UNITED STATES FOREST SERVICE; UNITED    )
STATES DEPARTMENT OF AGRICULTURE;       )
MARK REY, in his official capacity as Under   )
Secretary of Agriculture; DENNIS E. BSCHOR, in  )
his official capacity as Alaska Regional Forester; and  )
FORREST COLE, in his official capacity as Forest  )
Supervisor for the Tongass National Forest.   )
                                        )
        Defendants.                     )
                                        )

## DECLARATION OF PETER BRANSON

I, Peter Branson, hereby declare as follows:

1. I am a member of Southeast Alaska Conservation Council and the Wrangell

Conservation Society. I have submitted written comments on both the draft EIS and final EIS

for the Madan and Canal Hoya timber sales.

2. I reside in Wrangell, Alaska and in Thoms Place, Alaska. I was born and raised in

Alaska, and have lived in Southeast for almost thirty years.

**Exhibit 62, page 1 of 4**

trees around the entrance, which will surely end up blowing down. The caving in the Madan area is the best caving in Wrangell. Logging and roadbuilding destroys caves. The caves become filled with silt from the run-off caused by the dirt roads and clear cuts. If the Madan lot is sold and clearcut, the caving in this area will be destroyed. Karst should not be clearcut, period.

8. My cabin in Thoms Place, on the south end of Wrangell Island, is only fifteen miles from the Bradfield Canal and the Canal Hoya timber sale. I visit the timber sale area on average between two and three times a year. Sometimes I'll travel to and from my cabin via the Back Channel, usually when friends or family are visiting.

9. I use the Bradfield Canal for recreation, fishing and hunting. I like kayaking, bird watching, hiking and camping as well as fishing and deer hunting for sport and subsistence.

10. In 1995, I took a solo kayak trip up the Bradfield Canal and will never forget drifting off the beach in front of Canal Hoya watching a beautiful brown bear family amble along the beach, totally unconcerned that I was offshore watching them less than 20 feet away. As the Forest Service bear study demonstrated, a significant portion of the world famous Anan bears den and live in this area, and would be greatly affected by this sale.

11. In my kayak, I have also enjoyed the pretty waterfalls that come right down to the beach. Clearcutting this area would destroy the serene wilderness qualities and wildlife viewing opportunities that making kayaking along the Bradfield Canal unique.

12. I enjoy the solitude and wilderness character of Bradfield Canal. Logging the Canal Hoya timber sale will destroy the aesthetic wonder and peace of the area. Clearcutting these old-growth stands will prevent me from enjoying the area the way I do now, and the way I intend to in the future. If Canal Hoya is cut, I will continue to return to my home in Thoms Place, but I

3. I am an avid caver. I began caving in 1994 when I volunteered with Tongass Cave Project and the Forest Service, finding and surveying caves on Prince of Wales Island. The caves on the Back Channel and Cleveland Peninsula are unique as they are the only known caves on the southeast mainland. The Moose Creek drainage has a lot of karst. With the thick vegetation and rugged terrain, I believe there's a good possibility some significant caves may be yet undiscovered.

4. In the summer of 1998 a friend and I spent a long day exploring the Moose Creek drainage. We had a great hike and saw some classic karst old growth forest – depressions that should have held water but instead were dry and mossy, big trees, and sinkholes. We found the now famous cave, "Hole 52", which has a beautiful entrance at the bottom of a sinkhole, with maidenhair fern festooning the entrance. We didn't go in because we didn't want to disturb the wealth of artifacts inside.

5. I returned to the Moose Creek drainage alone in 2002 to explore further. I went again in June 2003 with five friends and we did some hiking near the beach, poking around and looking for more caves. Some of the creeks in that area have exposed blue marble (the type of carbonate found in this heavily karsted area) that is quiet beautiful.

6. I plan to visit the Madan and Canal Hoya sale areas this summer in my new boat to look for karst and caves.

7. The mainland side of the Back Channel is untouched and beautiful compared to the heavily logged and roaded Wrangell Island side. It is home to abundant wildlife, especially brown bears and moose. It is also home to the blue marble caves, many of which are still waiting to be discovered and surveyed. On nearby Etolin Island there is some karst, in particular the Porcupine Cave, that has a clearcut next to it. The Forest Service left only a small buffer of

Exhibit 62, page 3 of 4

will have to travel further away to hunt, fish, hike, birdwatch and kayak, and to do the things I now do in the Bradfield Canal.

13. New roads in both Madan and Canal Hoya will result in increased hunting, fishing, and trapping. Brown bears especially are hard hit by roads. Furthermore, the Forest Service can't keep up with road maintenance on existing roads. We don't need any more roads around the Wrangell area.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3 ⨍ , 2004

Peter Branson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. J03-029 CV (JKS) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF STEPHEN TODD**

I, Stephen Todd, hereby declare as follows:

1. I reside at 11.3 Mile Zimovia Highway, Wrangell, Alaska.

2. I am a member of Southeast Alaska Conservation Council and Wrangell Resource

Council, a member group of Southeast Alaska Conservation Council.

3. After graduating from college in 1997 with a degree in water resources, I came to

Southeast Alaska to work for the federal government as a fisheries technician in Juneau. I then

moved to Wrangell in 1999 to continue the same work. In 2000, I began working with Wrangell

Community Services where I guided wilderness programs for youth-at-risk.  In 2003, I went to work for the Alaska Department of Fish and Game as a fisheries technician on the Stikine River.

4.  Within the Madan timber sale, I have taken approximately thirty trips by canoe or kayak to the coastal areas between Gypsy and Moose Creeks.  One of these trips was as a guide.  All of the other paddle trips were personal.  I have also taken approximately twenty trips by motor skiff to these areas.  I have gone with groups of friends and family as large as eight people, and I have traveled solo as well.

5.  My main purpose in traveling to the areas between Gypsy and Moose Creeks has been to hunt, fish, camp, and be a part of the wilderness surroundings.  On two occasions, I have hiked up to alpine on the ridges north and east of the Madan sale area.  From the alpine, I could overlook the Gypsy and Moose drainages.

6.  Additionally, I conducted stream surveys as a fisheries technician for the federal government on approximately ten occasions in the Madan area in 1999 and 2000.  The streams I surveyed included Moose Creek, Gypsy Creek and tributaries of the two main creeks.  They have plentiful dolly varden and cutthroat trout, with coho and pink salmon spawning in the lower reaches of the streams.

7.  Paddle trips to the back channel between Wrangell Island and the mainland have become a normal part of life for my fiancé and myself.  We thoroughly enjoy the tranquillity of the area and often camp at the Moose Creek estuary where a LTF (Log Transfer Facility) is planned. We intend to return to the area between five and ten times in 2004 for recreation and hunting trips by ourselves and with friends and family.

8.  I value the solitude of the roadless areas where these timber sales are planned.  After these areas have been logged and roaded, they will be altered to a point that the quality of a

wilderness trip will be lessened. I believe that the high quality of life that we enjoy in communities like Wrangell is due, in large part, to having unroaded old growth forests in close proximity. If the Madan sale area is logged and roaded, the opportunity for many of the activities and experiences that we now pursue, will be lost.

9. As I watch communities like Wrangell struggle financially, I believe that large timber sales like Madan do little to improve the local economy in the long run. From all of the data available, they do not appear to be economically viable on the timber markets. The Forest Service loses money on these large sales and often has only one bidder. This is poor stewardship of public land. It is my belief that these roadless areas are more valuable to the communities in their natural state because they improve the quality of our lives as they are. When considering the future, people will want to stay in and come to live in places where this quality is high. Sustainable businesses will develop and economies will improve.

10. As a member of Wrangell Resource Council, we appealed the Madan sale with SEACC. I have commented in favor of the roadless rule, and have supported a TLMP that keeps many roadless areas in LUD II.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26th, 2004

Stephen Todd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL,　)
SOUTHEAST ALASKA CONSERVATION　　　　)
COUNCIL, SIERRA CLUB, NATIONAL　　　　)
AUDUBON SOCIETY, THE WILDERNESS　　　)
SOCIETY, and CENTER FOR BIOLOGICAL　)
DIVERSITY,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　) Case No. J03-029 CV (JKS)
　　　　　　　　　　　　　　　　　　　)
UNITED STATES FOREST SERVICE; UNITED　)
STATES DEPARTMENT OF AGRICULTURE;　　)
MARK REY, in his official capacity as Under　)
Secretary of Agriculture; DENNIS E. BSCHOR, in )
his official capacity as Alaska Regional Forester; and )
FORREST COLE, in his official capacity as Forest )
Supervisor for the Tongass National Forest.　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

---

**DECLARATION OF THERESA TAVEL and KAREN WALTER**

Theresa Tavel and Karen Walter hereby declare:

1. I, Theresa Tavel, have lived in Alaska for 24 years. I sailed up to Juneau on the ferry to visit a friend, fell in love with the mountains and the water, and decided to stay here. I, Karen Walter, have lived in Alaska for 28 years because I think we have some of the best sailing and boating opportunities in the world here. We are both year-round residents of Juneau, residing at 245 Irwin Street.

2. We are members of Sierra Club and Southeast Alaska Conservation Council.

3. We started our business, "Women Sail Alaska," in February of 1995. For many years prior to starting our business, we had been sailing around Southeast Alaska and British Columbia in the summers. We both hold seasonal jobs in Juneau that allow time off for our sailing adventures. In the mid-1990s we decided that in order to continue this lifestyle it would be necessary to combine our love of sailing with work. We started with a 30-foot sloop, which could accommodate 2 guests, and offered day trips and short overnight trips around Juneau. We now own a 38 foot sloop, take up to 6 guests, and offer 5, 7 and 10 day trips.

4. On all our trips we sightsee, view wildlife, and enjoy quietly sailing along. We travel for approximately 6-8 hours every day, sailing as much as possible.

5. Our most popular 5-day trip is to Tenakee Inlet and Tenakee Springs. We also often stop into Tenakee on our 5-day whale-watching trip to Pt. Adolphus, so some summers we find ourselves in Tenakee Inlet almost every week to ten days.

6. We'd hate to see what's been happening around Hoonah happen in Tenakee Inlet. Flynn Cove near Hoonah provides the only good anchorage on the way back from whale watching at Pt. Adolphus, and it has been thoroughly clearcut. We are always uncomfortable spending the night in a place like this when we have sold our guests a trip into the Alaskan

wilderness. We used to run a trip out Peril Straits to Sitka, but the extensive clearcutting on that route made the trip too ugly, so we no longer do that one.

7. On our 10-day trips we sail around Admiralty Island and out Icy Straits to Elfin Cove. One of the highlights of this trip is the hot springs. We stop at Warm Springs Bay on Baranof Island and Tenakee Hot Springs on Chichagof Island.

8. We have been visiting Tenakee Inlet since 1984. Our guests love going to Tenakee because of the uniqueness of the community and the hot springs. The Inlet affords excellent sailing opportunities. We have seen a lot of whales in the Inlet as well as other wildlife. The crabbing near Tenakee Springs is still excellent and reliable. The scenery in much of the Inlet is spectacular.

9. When we come into the Inlet under sail, we have to tack back and forth from shore to shore, so there would be no way for us to shield our clients from the logging activities planned for Crab Bay, including the floating camp and log transfer facility. One of the main reasons people hire us is to enjoy the serenity of the sailing experience. In the past, when we've sailed down to our land at Edna Bay on Prince of Wales Island in the south Tongass, we have had to cope with logging noise, so we know what it's like—we'd pull in in the evening and drop anchor in the quiet, then at 7:00 a.m. we'd be awakened by the roar of chainsaws, trucks and heavy equipment. If this is going on in Tenakee Inlet, our guests will not be happy.

10. On our Tenakee trips, our guests like to get off the boat and take walks along the beaches on the Tenakee side, and we relax on the deck of the boat, enjoying the vistas. We like to sail around the Inlet, sightseeing and observing wildlife; there is often a bear to watch. On some trips we do try a few hours of sport fishing. We almost always put out a crab pot. One of the highlights of many of our passengers' trips is when we put down a line and catch a salmon

Exhibit 64, page 3 of 5

for dinner, or put out a pot and enjoy fresh crab. If these resources are damaged by logging, a big part of the experience we offer will be lost.

11. We are planning several trips to Tenakee Inlet this summer. Our first trip will be June 29th. We are looking forward to a longer trip in late July where we will be able to sail up Tenakee Inlet and explore more of the upper Inlet, including Seal Bay. We plan to stay in Tenakee Springs for several days and do some day sails across to Crab Bay to fish for crab, hike, and explore—unless there is a lot of logging going on over there, which will force us to stay away.

12. The Finger Mountain timber sale will harm us, and our business, by damaging the woods and wildlife our clients pay to enjoy. We have already seen too many places ruined by industrial scale logging on the Tongass, since we first started sailing around Southeast twenty years ago. Every year there are fewer untouched drainages to explore and enjoy, and fewer pristine areas where we can take our clients without having to apologize for a scarred landscape.

13. Tenakee Inlet and the Tongass in general have much to offer in eco-tourism opportunities for businesses like ours. These opportunities will disappear along with the trees as they are clearcut. All of our clients come to see "Wild Alaska"—not logging roads and stripped forests with no wildlife in sight. It would be wiser to take the longer view and leave the trees standing so that they might attract more visitors. Southeast Alaska's future lies in the natural beauty of her clean water and beautiful forests, wildlife and visitors from around the country who hold a stake in this National Forest, and who will pay locals like us to help them experience it.

Exhibit 64, page 4 of 5

We swear under penalty of perjury that the foregoing statements are true and correct.

Signed: _____  Dated: 4-7-04
Karen Walter

Signed: _____  Dated: 4-7-04
Theresa Tavel

**Exhibit 64, page 5 of 5**