IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. J03-029 CV (JKS) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF MIKE SALLEE**

I, Mike Sallee, declare as follows:

1.  I am a member of the National Audubon Society, the Sierra Club, and the Southeast Alaska Conservation Council.

2.  I have lived on the north end of Gravina Island for the past fifty years.  My mailing address is P.O. Box  7603, Ketchikan, AK 99901.

3.  My mother started a homestead on Gravina Island in 1956 and I have lived here since I was nine years old.  I still share ownership of the homestead and plan to live on Gravina for the rest of my life.

4.  Gravina Island is rural in nature with limited development. Most of the lots where people live are concentrated on the Tongass Narrows–Ketchikan side of the island.  There is only one road that goes back into the interior of the island, and otherwise the interior is pretty much a refuge for wildlife because not many human predators get in there.

5.  I have hunted for deer on the island for personal subsistence, and occasionally get logs off the beaches for firewood.  In the subtidal areas, I harvest sea cucumbers, sea urchins and sample geoducks as well.  I intend to continue this use of Gravina Island.

6.  I have hiked in many parts of Gravina Island, end to end, side to side, and most of the beaches on the perimeter.  Just a couple of years ago, I hiked from the airport over California Ridge to Vallenar Bay.  Although it is a fairly remote area, I ran across the flagging for some of the proposed timber sales along the way.

7.  For a couple of summers, I participated in a culture camp near Bostwick Inlet that was sponsored by the Tongass Conservation Society.  The area is fairly pristine, but there is a lot of use in that part of the island for deer hunting, crabbing, goose tongue and cedar bark gathering, halibut and salmon fishing, and other subsistence uses.

8.  I was also near Bostwick with Greenpeace a couple of years ago when there was a fish die off in Bostwick Creek.  Because of high stream temperatures, there was low oxygen in the stream and many of the fish died.  Logging would increase this effect.

**Exhibit 71, page 2 of 4**

9. I intend to continue to go back to Bostwick Inlet and the areas near the inlet for hiking, deer hunting, and beach combing.

10. I have also spent time in Seal Cove, southeast of Bostwick Inlet. At one point, in the early seventies, I worked in Seal Cove doing mining exploration.  Now, I do some beach combing and salvage in Seal Cove, although I do not spend much time in the uplands there.

11. I am very concerned about logging and roads on Gravina and I have commented on the state's area plans and all of the logging proposals for Gravina Island. Punching a road into the island would change it radically and encroach on habitat. Even if the Forest Service tries to close roads after the logging, it will give people easier access to the interior of the island and destroy the solitude and the undeveloped nature of the island that is so important to me and others like myself who have used the area for subsistence.

12. My family has a logging background; my brother was a career-logger before he developed dementia, and I have been dependant on income from logging. I have a sawmill and sometimes gather salvage timber, but I have also written comments opposing the Forest Service's logging plans in many cases.  I am not opposed to all logging, but I am opposed to logging and roads on Gravina and in other areas like Gravina where easier access and development would spoil the area.

13. Almost every other large island in southeast Alaska has been roaded and clear cut quite extensively.  As I have said in comments many times, I think that, if nothing else, Gravina should be left as a scientific control to observe the natural, unaltered island landscape.

**Exhibit 71, page 3 of 4**

14. Logging and roads will affect the whole island. The interior of the island, like the area near the California Ridge where I came across the flagging for planned timber sales, will no longer be a refuge for wildlife if there is logging. When this refuge is gone, it will affect wildlife populations on the entire island. Because I do a lot of deer hunting on the island, I am concerned that logging and roads will affect my hunting opportunities, and subsistence uses for all subsistence users.

15. I also enjoy the solitude of the island, and that solitude will be compromised if there is logging.

16. There are many beautiful viewsheds on the island, including near where the timber sales are planned. These viewsheds will be compromised with logging and roads. I don't know how to put a dollar value on these beautiful views, and maybe there is no way to do that, but the powers that be seem to forget about that and just go for the dollar signs.

17. I have also used roadless areas elsewhere, especially in the Cleveland Peninsula. I use areas of the Cleveland Peninsula for recreation, for hunting (subsistence personal use), subsistence fishing, and for salvage timber on some of the beaches, and I intend to continue to use those areas as well.

I declare under penalty of perjury that the foregoing is true and correct.

2-24-06
Date

Mike Sallee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. J03-029 CV (JKS) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF EVENING STAR GRUTTER**

I, Evening Star Grutter, declare as follows:

1. I am a member of SEACC.

2. I was born and raised in Meyers Chuck, although I now live at 105 Toivo Circle, Sitka, AK 99835.

**Exhibit 72, page 1 of 3**

3.  I also own lot #15 in Meyers Chuck, and I come back two or three times a year for recreation and visiting family.  Sometimes I hunt or fish or dig clams, but mostly I come to Meyers Chuck for recreation and visiting.  I plan to continue to visit Meyers Chuck two or three times a year for the foreseeable future.

4.  I have submitted letters and comments on the Emerald Bay timber sale plans and I am familiar with the plans.

5.  There is a wolf trapping site within Emerald Bay that has historically been used by people from Meyers Chuck.  It has probably been used for trapping wolves for about forty years.  I have trapped in Vixen Inlet nearby, and probably within a mile of the timber sale area.  Logging would scare wolves away and take away wolf habitat.

6.  Whenever I return to Meyers Chuck, I get out in a skiff and go to different parts of the Cleveland Peninsula.  Emerald Bay is one area that I would particularly like to go back to soon. I believe the rocks on the beach are the reason it is called Emerald Bay, and it is a beautiful area.

7.  Logging in the Emerald Bay area would have a lot of impacts on the area, as would the roads they are planning to build to facilitate logging.  It would increase transient traffic in Meyers Chuck, and it would increase the use of resources in the Ernest Sound area by people in the logging camp.  This would not only have an impact on my hunting, fishing, trapping, and beachcombing, it would have an impact on those uses for everyone currently living in as well as vacationing in Meyers Chuck.

8.  It bothers me that we use taxpayer dollars to build logging roads for unnecessary timber sales only to shut down the roads later.  I think there are much better uses for taxpayer money.

**Exhibit 72, page 2 of 3**

9. Logging would increase noise pollution in the area. Meyers Chuck is quiet and secluded, but the helicopters and planes associated with the logging would destroy the quiet. When a mine was started near Little Vixen Harbor, not far from the timber sale, the noise from helicopters and planes increased, and logging would make the problem worse. When I go back to Meyers Chuck, one of the things I look forward to is the quiet.

10. I am also concerned about the Log Transfer Facility. It is planned right next to an eagle nest and it may impact all the wildlife in the area. Also, debris in the water from bark, sawdust, and woodchips will smother out the wildlife and the habitat. There is also a Red Tailed Hawk in the timber sale area that I am concerned about.

11. The logging camp will also make Emerald Bay less inviting for recreation. It's not much fun to go clam digging with logging and a log camp near the shore.

I declare under penalty of perjury that the foregoing is true and correct.

Signed _Evening Star Grutter_ Dated: _March 6, 2006_

Evening Star Grutter

3

Exhibit 72, page 3 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. J03-029 CV (JKS) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF JACQUELYNE HUNLEY**

I, Jacquelyne Hunley, declare as follows:

1. I am a member of SEACC.

2. I have been a resident of Meyers Chuck since 1973.  In the mid-60's, my husband's

   mother happened upon an offer to buy some property in Meyers Chuck and she bought it.

   A few years later, my husband and I moved onto the property and have lived there ever

**Exhibit 73, page 1 of 4**

since.  We have also purchased adjoining property.  Our daughter owns property at

Meyers Chuck as well. Our two children were born at Meyers Chuck, one in 1974,

another in 1978.

3.   I have been urging the Forest Service to keep the Cleveland Peninsula intact for almost as

long.  I have given public testimony about Emerald Bay and the Cleveland Peninsula.  I

have written comments on the various timber sale plans, written letters to the Forest

Service, and written letters to the editor.  I signed on to the administrative appeal of the

current Emerald Bay timber sale plan, and I was also part of a previous appeal of the

proposed Emerald Bay timber sale, filed in 2001.

4.   For me, Emerald Bay encompasses a lot more than just Emerald Bay itself, because any

logging in Emerald Bay is likely to affect the entire area, and I am afraid that if the

Emerald Bay timber sale goes through, it will lead to logging in other parts of the

Cleveland Peninsula as well.

5.   I have been in Emerald Bay, or on the beaches of Emerald Bay, many times over the

decades I have spent living on the Cleveland Peninsula, and I try to go there at least a

couple of times a year.   We have a boat we sometimes anchor in Emerald Bay on the

way to or from different places, such as Wrangell or on the way to and from the fishing

grounds.  I go to Emerald Bay for fun, and I intend to continue to go to Emerald Bay for

many reasons.  Over the years I have listened over the VHF radio to large vessels

anchored there waiting out heavy weather.

6.   Emerald Bay is beautiful, and there are incredible rocks on the beach at Emerald Bay.  I

collected a lot of white, quartz-type rocks for a wall I made of rocks.  I have also found

amethyst-colored rocks in slate on the beach.  The variety of rocks on the beach there is

**Exhibit 73, page 2 of 4**

amazing.  A friend of mine found garnet.  I've been part an artist's co-op in Meyers

Chuck, so I talk to a lot of travelers.  One person I talked to was a geologist who had

spent some time on the beach at Emerald Bay and found a variety of different types of

rocks on the beach.  He expressed dismay at the thought of having this beach laid to

waste.  Many travelers express the same dismay when they learn of plans to log anywhere

on the Cleveland Peninsula.

7.  I also weave hats and baskets from cedar bark.  I collect the cedar bark from all around

the Cleveland Peninsula, including around Emerald Bay.  I hike up into the forest to

collect bark—as a rule, I try to collect cedar bark at least 300 feet from any trail, even if

it's just an animal trail, so I hike around quite a bit when I'm looking for cedar bark.

8.  Sometimes, I just hike around in the forests near Emerald Bay because it is so beautiful.

9.  When I am at Emerald Bay during mushroom season, I look for mushrooms.

10.  The Cleveland Peninsula is unique and rich in biodiversity.  Emerald Bay is at a "pinch

point," a narrow corridor, a "swinging door" for animals to come and go between the

mainland and the peninsula.  At our home in Meyers Chuck, in April, 1997, my husband,

daughter and myself saw a very large cougar on our property.  It stopped to look at us and

we gazed upon its beauty and realized the rarity of this sighting.  We were able to get a

photo showing the silhouette of the cat.  Mainland wolves wander onto the Peninsula

from British Columbia, the fluffy type, not the scraggy island wolves found elsewhere on

the islands of Southeast Alaska.  Brown bears, black bears, wolverine, marten, mink, all

reside in this place, as well as numerous other animals, mushrooms, eagles, ravens, the

list goes on and on.

**Exhibit 73, page 3 of 4**

11. Emerald Bay may be a sea cucumber nursery. Nursery beds are important to maintain and protect from harm that would come from locating a log transfer facility (LTF) directly on top of them. An LTF would effectively "kill" the sea cucumbers. Our fisheries need to be nurtured by wise decision-making, including foresters, in this case. If, as thought, this is a nursery for the sea cucumbers it should be spared. A log transfer facility should not be located at Emerald Bay.

12. Logging would trash the beach at Emerald Bay so that it would no longer be as much fun to collect rocks on the beach, or be as beautiful to look at. The harm to this area would be immeasurable. There are not words to express the scope of the loss of such a pristine area. An area so protected and primely located to become more and more utilized by recreational visitors and eco tourism. A new economy beckons. It makes not one bit of sense to me to waste tax dollars to lay to waste Emerald Bay when it is worth so much more to leave it standing into the future.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _Jacquelyne Hunley_          Dated: _March 7, 2006_
Jacquelyne Hunley

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. J03-029 CV (JKS) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF BOB HUNLEY**

I, Robert Hunley, declare as follows:

1. I am a member of SEACC.

2. I moved to Myers Chuck in 1973 and have lived here ever since. One of the main reasons I moved here from Washington was because I was tired of going into the woods and seeing them gone.

**Exhibit 74, page 1 of 3**

3. I have been, in essence, fighting the Forest Service over the same issue repeatedly over the decades that I have lived in Meyers Chuck. I have been to many Forest Service public meetings about proposed logging on the Cleveland Peninsula, including emphasizing my position on the Emerald Bay timber sale and have worked with many Forest Service supervisors throughout the process. I am very familiar with the timber sale plans and have been to the area of the timber sale many times.

4. I have used Emerald Bay, and other areas of the Cleveland Peninsula, for recreation and for subsistence uses. I consider the entire Cleveland Peninsula important. It is all my backyard, and I intend to continue to use the Cleveland Peninsula, including Emerald Bay, for recreation and subsistence uses.

5. Emerald Bay is only about fifteen miles from where I live in Myers Chuck, and I use the Ernest Sound area and Emerald Bay frequently. Ernest Sound is the most protected water around this area, so I fish there a lot. I hunt (mostly for deer), and fish for salmon, halibut and other bottom fish as well as shrimp and crab near Emerald Bay.

6. I also do a lot of beachcombing and some hiking around the area. The only real mode of transportation here is by boat, so I take a lot of trips by boat or skiff.

7. Just looking at Emerald Bay is being there. I am frequently somewhere that I can see Emerald Bay. I don't get out on the beach there as often, but I do some beachcombing at Emerald Bay.

8. The most serious impact if the Emerald Bay timber sale goes through will be the degradation of the beauty of the area. I enjoy just looking at Emerald Bay, and logging it would be devastating to the view. In my opinion, Cleveland Peninsula, Emerald Bay, is more valuable being unaltered, for its visual beauty, for tourism purposes if nothing else,

**Exhibit 74, page 2 of 3**

than to spend millions of federal taxpayers dollars devastating the area. There are so few pristine old growth habitats left that it would just be a shame to start logging in an area that's relatively untouched.

9.  Logging would also adversely affect the availability of fish and wildlife.

10. I've invested most of my adult life into building a home in the wilderness, and I don't want to see that wilderness degraded. I have steadfastly maintained that Emerald Bay-Cleaveland Peninsula is no place for the cancerous nature of logging. Emerald Bay is a prime example of my position. The public was softened up to the notion of logging Emerald Bay under the guise of a small scale helicopter operation. Then the Forest Service decided logging roads would be in their best interest. I read an internal Forest Service memo that stated, something to the affect, that Emerald Bay would be an opportunity to get their foot in the door for much larger logging operations on Cleveland Peninsula, no surprise to me. I have not talked to anyone in Meyers Chuck who wants a clearcut in their backyard.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _Robert Hunley_    Dated: _03-06-06_

Robert Hunley

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. J03-029 CV (JKS) ) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF IRENE ALEXAKOS**

I, Irene Alexakos, declare as follows:

1.  I have been an active member of the Sierra Club for 25 years.  I am also a member of the

    Center for Biological Diversity, the Wilderness Society,  and the Natural Resources

    Defense Council.

1

**Exhibit 75, page 1 of 4**

2.  For the past twenty-one years I have lived in Southeast Alaska.  My home is in Haines,
    Alaska.   My address is P.O. Box 727, Haines, AK 99827.

3.  In 1997, I spent a month kayaking around Kuiu Island.  Threemile Arm was not my
    favorite part of the trip, because it is ringed by a road and some old clearcuts.  I prefer
    pristine places.  Nevertheless, I spent four to five days there.  As I always do on
    kayak/canoe trips, I frequently got out of my boat and hiked up into the old growth.
    Among other places, I explored Hiller Cove, near the site of the proposed Threemile
    Timber Sale.

4.  I plan to take a trip around Kuiu Island and return to Threemile Arm and Hiller Cove this
    summer.  My trip will be three weeks long.   I expect to go back every few years for as
    long as I am able.

5.  I am very disheartened that there is a timber sale proposed for the area northeast of Hiller
    Cove.  It would make the trip I have planned this year much less enjoyable.  Imagining
    new clearcuts in this place saddens me, because they will damage the watershed and the
    ecosystem.  They are unattractive to look at or spend time in.  I enjoy seeing wildlife.  I
    know that cutting more old growth will destroy habitat.  I fear for the future of the
    watersheds, the salmon streams, and ecosystem.

6.  The proposed new roads are quite disheartening.  There are already plenty of roads in the
    Tongass.  We should be preserving the few roadless areas we have left, certainly not
    building any new roads or logging in roadless areas.

7.  I have seen log transfer facilities (LTFs) like the one planned for the north side of
    Threemile Arm.  Building an LTF there would destroy the area for wildlife and for
    people who visit the area by kayak or canoe.  LTFs take up a lot of space and are difficult

2

**Exhibit 75, page 2 of 4**

to paddle around.  It is hard to avoid the logs and other debris that float in your way.

Often the water is polluted with an oil sheen left by the log processing machinery.  An

LTF is a conspicuous industrial site on an otherwise forested shoreline.  This would

damage Threemile Arm and make it far less pleasant to spend time there.

8.   I went to Upper Carroll in my skiff when I lived on Gravina.  I went up all of George

Inlet and Carroll Inlet on two separate trips.  I hiked in the area where the Upper Carroll

timber sale is planned.

9.   I went paddling and hiking in Emerald Bay as part of a three week trip near that area.  It

was a paddle trip from the Bradfield Canal area down through Ernest Sound to

Ketchikan.

10.  I hope to go back to Emerald Bay next summer, but if I can't make it back next summer,

I will definitely go back soon.

11.  I also took a paddling trip around the Lindenberg Peninsula.  On that trip, I paddled from

Petersburg through Wrangell Narrows and up and down Duncan Canal to Wrangell.  As

with all of my kayak trips, I got out and hiked up various streams, sloughs, and creeks

daily.  I plan to go back to the Lindenberg Peninsula again.

12.  All of the roadless areas of the Tongass are important to me.  Over the last twenty years

these are the areas that draw me.  To hike and paddle, to watch wildlife and admire the

landscape.  I have spent time in many of them and plan to continue to do so.

13.  I lived on Gravina Island in 1995 .  While I lived there, I paddled all around the island.  I

also had a small motorboat at the time and explored many of the coves and bays around

the island, including Seal Cove and Phocena Bay.  Although I no longer live on Gravina,

I  continue to visit every few years to paddle the waters and walk the land.

**Exhibit 75, page 3 of 4**

14. Like the proposed timber sale on Threemile Arm, the proposed timber sale on Gravina

Island upsets me for many reasons:  It would destroy habitat and further reduce

subsistence options.  Trees play a major role in offsetting global warming as well.  Given

that most of the forests on earth have been destroyed, it is of vital importance to protect

those that remain.

15. Some of the areas where logging is proposed are near the coves and bays, like Seal Cove

and Phocena Bay, where I enjoy kayaking and canoeing.  My trips would be far less

enjoyable if the timber sale goes forward, because it will take a huge aesthetic toll on the

area.  I enjoy paddling partly because of the beauty of areas like Gravina Island, but

clearcuts and roads take away from that beauty and would therefore make my future trips

around Gravina Island less pleasurable.

16. Seeing clearcuts, roads, and LTFs also frustrates me as a taxpayer, because the use of our

monies for these purposes is so wasteful and destructive.  The federal deficit is a very

serious problem.  To spend even more money on the Tongass timber program only

exacerbates the it.   It is unwise and short-sighted.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: _3/5/06_____          _Irene Alexakos_____
                                                      Irene Alexakos

**Exhibit 75, page 4 of 4**

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. J04-0029 CV (JKS) |

DECLARATION OF CORNELL BEAN

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                                   **Exhibit 76, page 1 of 4**

I, Cornell Bean, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 150, Kake, AK 99830.  I lived in Seattle for about three years, but otherwise I've lived in Kake for my whole life.

3. I'm a fisherman.  I used to be a logger too.  But when the timber's gone, the timber's gone.  It takes a long time to grow back.  I'm not against logging, but they have overlogged here and it's destroying our fishing industry.

4. I fish all the way around Kuiu Island, around the cape, down through Rocky Pass, sometimes around Baranof and Admiralty too.  I fish the whole area; much of the logging planned on Kuiu Island is near places where I fish.

5. The prime trees are near the creeks, and those are the trees they're going for.  That will really affect our salmon.

6. Our salmon is already going downhill.  We don't have the water we need in the creeks to sustain the salmon.  There used to be salmon in the creeks all over near Kake.  When I was little, when we got a good rain, we'd get high water and it would take a long time for the water to go down.  Now it just takes a couple of days for the creeks to go dry again.  Logging is the reason for that.

7. The wildlife populations have gone way down since the logging started and I don't want the populations to keep going down.  There used to be so much herring you could almost walk across to Admiralty Island on the backs of the herring.  Now it's gone and it won't ever come back like it used to be.

8. We have a problem with water supply in Kake logging is part of the problem.  Last summer our water supply was just about dry, and it's because they log along

the watersheds. They log near the streams and the trees and the sediment damage the streams. The same thing is happening down at Rowan Bay as well. The plans for the timber sales show the logging targets the watersheds, because that's where the prime trees are.

9. I am probably over in Security Bay about a dozen times a year. I fish subsistence there and I do a lot of bird hunting. I fish from the boat, and I also get out on the land to fish, and I go all the way in through the treeline. There used to be deer out there, but there aren't anymore. I will keep returning to Security Bay until it becomes blank from too much logging.

10. I especially hope they will stay out of Security Bay. Last year, there was hardly any salmon return in Security Bay.

11. I also go to Saginaw Bay, probably not quite as often as Security Bay, but pretty frequently for fishing and hunting.

12. I fish and hunt in Rowan Bay several times a year.

13. I fish in Threemile Arm about a dozen times a year. A few times a year I go even further south and further out.

14. I intend to continue fishing and hunting in all of these areas as long as there are still fish.

15. I do some chartering for transportation sometimes. I take recreational users, sightseers, photographers, whalewatchers, and others to different places around here sometimes. A lot of my customers notice the logging and it affects their trip.

16. I use all of the area around Kuiu Island and Threemile Island, and I am not happy with the logging that has happened so far, and I don't want to see more of it. It affects the fishing and the wildlife that is important for subsistence.

I declare under penalty of perjury that the foregoing is true and correct.

3-2-06

Date

Cornell Bean  SR.