Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J04-0029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF HENRY SMITH

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                                    **Exhibit 77, page 1 of 4**

I, Henry Smith, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 243, Kake, AK 99830.  I have lived in Kake for almost my entire life, except for three years when I lived in Wrangell and four years in the Service.

3. I am a retired logger and fisherman (mostly a deckhand).  I still fish about once a month or so, usually with my son.  I intend to continue fishing with him for as long as I can.

4. The people of Kake depend on dog salmon from Security Bay more or less on a yearly basis for subsistence.  I am 68 years old and last year was the first time in my life that I heard that there was no dog salmon in Security Bay.  We have fished for dog salmon there for all of our lives, and we take only what we need.  It was quite a shock to us old timers to hear there was no salmon.  I am anxious to see what happens this year.

5. The people of Kake go up to two lakes near Security for salmon.  A lot of guys get their cohos from the first lake, and dog salmon from the second lake.  They have logged all around those areas.  I probably go up to get dog salmon every other year, and I worry that the logging is affecting the dog salmon.

6. They always talk about a buffer zone towards the streams with logging.  As an ex-logger, I know that not all logging companies pay as much attention to the buffer zone near the streams.  I think it's important that they pay attention to the buffer zones along the different streams.  The people of Kake depend on fish, and the

streams and fish are impacted by logging, especially if the logging companies don't pay attention to the buffer zones.

7. Some people get dog salmon from Rowan Bay. A lot of people get dog salmon and cohos from Port Camden and Pillar Bay, and these are important food sources for Kake.

8. We depend on seaweed from places like Rowan Bay. Our native foods are important to stay healthy. So many of depend on living off the land and logging could harm our food supplies.

9. I have heard of people getting fish from Saginaw Bay—it's one of the places they watch for spring kings.

10. If all of these logging roads go in, I'm afraid there will be more development there. I'd hate to see anything developed there. I've never worried about anybody being around us and all of the sudden the kayakers are showing up past Washington Bay, and that's a long ways down there. Our livelihood depends on our seclusion. We already have a lot of restrictions on our native foods, and if more people come in, we will end up with more restrictions. We do a lot of subsistence style living in Kake—we depend on seal meat, deer, gumboats, salmon, seaweed and other food.

11. When I fish with my son, we usually go through Rocky Pass. We go even further south for seaweed. My youngest son usually trolls while we pick seaweed.

12. Rowan Bay is loaded with sea otter, gumboats, and clams. I don't want to see logging have the same impact on the food supply in Rowan Bay that it has had in other areas near Kake where they have logged.

13. I see a little more development around in different areas near Kake when I am out fishing. I worry about the additional pollution to the watersheds.

14. During the season (part of June and part of July), my son and I go up around Saginaw and Security Bay to get sockeye.

15. More people are starting to into the areas where the people of Kake used to hunt and fish. Our native way of life is slowly being taken over, and logging and roads will make this happen faster. We really depend on the watersheds and the fish for subsistence, and logging may impact that supply.

I declare under penalty of perjury that the foregoing is true and correct.


03-02-06
Date

Henry Smith

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. J04-0029 CV (JKS) |

DECLARATION OF KEN JACKSON, SR

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)                              **Exhibit 78, page 1 of 4**

I, Ken Jackson, Sr, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 571, Kake, AK 99830.  I've lived in Kake for my whole life.

3. Our ancestors lived all around the Kuiu Island area, but we no longer feel the same connection to the land, because every time we go somewhere, there are logging camps and logging, and we feel like we don't belong.  My grandfather used to tell stories about when they lived off the land, and they walked up the mountains near Threemile Arm, and he would talk about how sacred a lot of these places, including Security Bay and Saginaw Bay and other areas, were to them. We feel displaced now.

4. I do a lot of seal hunting.  A couple of years ago I went out seal hunting and I saw people on the beach in the background. I go out to get seaweed and there are boats out on the beaches.  It's hard to go out for subsistence with all the people and with everything logged out.

5. People learned a lot from the hunting and the subsistence.  They learned discipline, respect for the land.  I used to log and I wish I hadn't.  I think we made a mistake and we logged too much. There has been too much logging here.  I wish there was some way to log without ruining the land, but I've seen what it does. There needs to be tighter reign on the loggers.

6. There are a lot of bear hunters on four-wheelers on Kuiu now because of the logging roads.  The logging roads have made it too accessible.  People from Kake don't go over to hunt on Kuiu much anymore because of the four-wheelers.

**Exhibit 78, page 2 of 4**

People are hunting just for the skins. We don't hunt for trophies. Hunting is a sacred thing and we only take what we need.

7. The people of Kake get a lot of things from the ocean. It used to be a sacred place where you could go to hear the water and the waves, and hope that one day you would hear those drums coming off the water again one day. With all the logging, I just don't feel my ancestors anymore. It's just a feeling, and you don't feel it anymore, and you don't hear the drumbeat or the culture anymore. We're losing the legends with the trees. You can't carve a totem if you don't know the legends. Our stories are connected to places and they are logging some of those places.

8. There are a lot of stories about Saginaw Bay. Tsaagwaidi , my tribe came from that area and they used to hunt and fish and gather in that area.

9. I go to Saginaw Bay at least two to three times every year. Sometimes I just anchor up and look around—that's the place where I wish I could hear my ancestors, but instead you hear boats and logging. I also go there to gather octopus and halibut. I intend to keep going to Saginaw every year.

10. The late runs of dog salmon used to come through November in Saginaw Bay. It used to be important for people to dry it for the winter and to barter and trade. They used to pack things in seal oil and salted things to preserve for the winter.

11. Saginaw Bay is also a place for gathering medicinal herbs like red cedar. My grandfather took to Dean Creek, up near Saginaw. He said it was the only place to gather red cedar. The villages used to be all the way up in the flats near Saginaw and there are still some artifacts there.

**Exhibit 78, page 3 of 4**

12. They are also stories about Security Bay. I go to Security Bay about once every three or four years to get dog salmon and to hunt for deer and ducks.

13. We used to seine down in Rowan Bay. Every time we go to Pillar Bay to get sockeye, we stop in Rowan Bay, so I go to Rowan Bay once or twice a year. We always stop at a place where my grandparents used to have a place between Rowan Bay and Pillar Bay.

14. Rowan Bay used to be a real place of solitude, but the logging has destroyed that.

15. My grandfather used to fish and trap down at Threemile, and they often talked about hunting. They mostly got white king salmon there, and they hunted for ducks and geese all the way through rocky pass.

16. I don't want to see anymore logging. It doesn't help us at all and it hurts our subsistence. There aren't many pristine places left, and logging destroys what is there. I don't want to see logging or development in the lands where our ancestors used to walk. When I come in on the ferry and I see all that logging, all those white stumps up there look like gravestones to me.


I declare under penalty of perjury that the foregoing is true and correct.


_Mar 2, 2006_

Date

_Ken Jackson S._

Ken Jackson, Sr.

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. J04-0029 CV (JKS) |

DECLARATION OF LLOYD DAVIS

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 79, page 1 of 4**

I, Lloyd Davis, hereby declare as follows:

1. I am a tribal member of the Organized Village of Kake.

2. I live at 517 D Street in Kake, Alaska. My mailing address is P.O. Box 292, Kake, AK 99830. I was born in Petersburg but have lived here in Kake for most of my life.

3. My great-great grandfather was raised up in the head of Saginaw Bay. To this day I still go up there to fish for halibut and troll king salmon, and sometimes get a bit of Dungeness crab. I probably go over to Saginaw at least half a dozen times a year.

4. Although I do a lot of fishing closer to Kake, I make a point of going over to Saginaw because of the family history there. My dad and my grandfather have told me where to set my gear, and where to troll, and I will continue to use Saginaw Bay for fishing.

5. My dad and my grandfather used to trap a lot by Saginaw as well. They used to trap marten and mink. I've never trapped there, but I know they used to do quite a bit.

6. I also go up to the lake at Security Bay to get fall dog (chum) salmon in the fall. I go up there to duck hunt quite a bit too. I probably go to Security Bay about eight or ten times a year and will continue to do so.

7. A few of my buddies and I around here are trying to get some of the younger kids around here to go out fishing in these areas to keep up the culture and the subsistence uses.

8. The ducks hang out around the creeks near the bays. Logging, whether it's helicopter logging or conventional logging does damage and it affects the wildlife and hunting.

9. The sedimentation from roads also runs down in the lakes and rivers and affects the fishing.

10. Kadake Bay is a prime spot for steelhead fishing. Some of the logging on Kuiu Island is planned along the Kadake Creek Watershed. I used to build roads for logging back in the late eighties and early nineties, so I know a lot of sedimentation flows into the creeks, and this can affect the fish habitats and fishing.

11. When you take away trees near the creeks, it takes away some of the wind protection and you get just a few trees near the creeks for a buffer zone. In high winds, you get a lot of blow downs right into the creeks. I've seen this in some of the fish streams, and it changes the course of the creek and jams it up.

12. I spend a lot of time on the beach in Halleck Harbor in Saginaw Bay. I usually duck hunt, sometimes I'll poke around for clams and cockles if it's a low tide while I'm there.

13. I'll also look around for old Tlingit artifacts or things like that. There are a lot of artifacts in all of the bays around the island because a lot of clans used to have winter camps in those areas. I find artifacts like tools that were used for softening up meat, and little arrowheads floating around. I've collected fossils sometimes in Halleck Harbor. Mostly I find tools that were used in day-to-day life.

**Exhibit 79, page 3 of 4**

14. In addition to all of the hunting and fishing I do on Kuiu Island, I think it's really
nice to just look across at Kuiu. There is so much logging near Kake that it's
great to have the beautiful view of Kuiu across the water. Logging would destroy
that view.

I declare under penalty of perjury that the foregoing is true and correct.

_3/2/06_____                    _____

Date                                       Lloyd Davis

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, SOUTHEAST ALASKA CONSERVATION COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. J04-0029 CV (JKS) |

DECLARATION OF MANUEL ACEVEDA

Organized Village of Kake, et al. v
U.S. Forest Service, et al.
J04-0029 CV (JKS)

**Exhibit 80, page 1 of 4**

I, Manuel Aceveda, hereby declare as follows:

1. I am a member of the Organized Village of Kake.

2. My mailing address is P.O. Box 154, Kake, AK 99830. I moved to Kake with my dad over fifty years ago.

3. My dad worked in a cannery and met my mom here.

4. I fish every summer near Kake, and I use a lot of areas where the Forest Service has planned timber sales. With all of the logging, around here, it has become a lot harder to catch fish near Kake. I have also noticed that with the logging, a lot of the crab and the herring have disappeared from the area.

5. My grandparents lived in Kake for their entire lives, and they used a lot of areas near here for subsistence. They migrated all over from place to place to get certain kinds of food during different times of the year. They used Saginaw and Security Bays as well as Rowan Bay and the Threemile Arm area.

6. I have reviewed all of the Forest Service's logging plans for these areas and I have submitted comments on the plans and attended public hearings about the plans as well.

7. My grandparents and my father fished in Threemile for subsistence. They fished for salmon and we got our seaweed from there. They fished around Rocky Pass and No Name Bay. Every year they went down there in the spring to gather seaweed and berries. My grandmother used to collect cedar bark for various medicines and berries for winter foods. They fished for halibut and king salmon and dried it for the winter. They also used it in the fall for king salmon. They also hunted for deer, seal, and ducks and trapped in the winter.

8. Logging in the area will jeopardize our subsistence uses – salmon, gumboat, clams, deer, seaweed, and other things.

9. I was in Threemile Arm last year and stayed a couple of days. We tried trolling, but didn't catch anything. I am planning to go back to Threemile Arm in the spring or the fall for the winter salmon.

10. My grandfather used to pull his canoes over the pass from Port Camden through the Bay of Pillars to avoid rough water and to get to camps south of Kuiu. They used Rowan Bay for a lot of subsistence uses. There's a salmon creek near there that has silver, chum, and pink salmon, Dolly Varden, and steelhead were they used to fish. They also fished for halibut along the shores near Rowan Bay. There used to be a lot of herring near the area as well.

11. I used to go to Rowan Bay quite a bit to fish for halibut, and also to pick seaweed and gumboat. My son and I have shot seal there before. I will definitely go back to Rowan Bay to fish again.

12. The creek in Rowan Bay is one of our most important sources of salmon, and logging would jeopardize that.

13. When they log, it leaves trees vulnerable to the wind and they blow down in the creeks. The silt and sediment from logging and the trees that blow down impact the watersheds and make the streams dry up. This affects our subsistence uses and our water supplies. They have been logging around here for a long time, and it makes the streams get smaller and the fish never come back.

14. Because of these impacts, we have to go out to Security Bay and Camden to get our wild stock. They put in a hatchery in Kake, but nobody eats the fish from

there. It is too soft to dry it or smoke it, and you can't use it for anything, so we have to go further to get our fish.

15. I troll in Saginaw Bay quite a bit, and I used to fish in Security Bay during the summers. A lot of people from Kake use Security Bay for dog salmon and duck hunting. The same with Saginaw Bay. There are also a lot of clams in both bays, and a lot of rocks where you can get gumboots and seaweed, and berries.

16. I go to Saginaw Bay every year in the summer. I follow the fish, so sometimes I am out there for a full month at a time. I fish commercially with a hand crank in that area.

17. I use Saginaw Bay for all of the same subsistence uses as Rowan Bay and the Threemile Arm area and I intend to continue to use it for those purposes. There are also a lot of clam beds in Saginaw Bay.

18. They have already logged in some areas near Saginaw Bay. It seems like you get less fish when they start logging, and more logging will only make it worse.

19. Logging will have a serious impact on subsistence uses in Kake. In the past logging has diverted our streams and taken them down to a trickle. This impacts our fishing as well as our water sources.

I declare under penalty of perjury that the foregoing is true and correct.

Mar 2, 2006
_____
Date

_____
Manuel Aceveda

Thomas S. Waldo
Eric P. Jorgensen
Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Ph: 360-534-9900
Fax: 360-534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Defendants, and | ) |
| ALASKA FOREST ASSOCIATION, | )   Case No. J04-0029 CV (JKS) |
| Intervenor-Defendant. | ) |

**DECLARATION OF MICHAEL JACKSON**

I, Michael Jackson, hereby declare as follows:

1.  My current address is Post Office Box 163, Kake, Alaska 99830.

**Exhibit 81, page 1 of 5**

2.  I was born on February 20, 1951 in Kake, Alaska.  I've lived in Kake all my life, except for the time I spent while in school during the 1970s.  I have a B.S. in Forest Management from Oregon State University.

3.  I am a member of the Organized Village of Kake.

4.  The mouth of Rowan Bay is very important in our cultural and subsistence practices.  For subsistence, in late winter we go with our families by boat to the mouth to hunt for seal and sea otter.  In the spring, we return to pick the seaweed, clams and shellfish found along the beaches, rocks and sand piles.  We also gather berries, and plants, like devil's club, for our traditional medicine.

5.  The place we call Boil Fish Cove is very important to us.  It's a cove just south of Point Sullivan and where the Forest Service wants to log in the Rowan Mountain sale.  It is a traditional spot where we go with our grandfathers and fathers to transfer our oral history.  That's the place where I first learned about the memorial ceremony process – where the deceased wander in the forest and where the bears are guardians of the forest.

6.  We go to Boil Fish Cove on our way to Port Malmsberry, Tebenkof Bay and Bay of Pillars (which are old village and sacred sites); and to Hazy Island where we go to gather seagull eggs; and on our way to catch halibut.  Boil Fish Cove is a safe harbor for us.  We stop there to get out of the swell and strong outgoing tide, and to rest on our way to Tebenkof, Bay of Pillars or other areas.  We stop there to prepare ourselves for our customary and traditional gathering.  We think about what we were going to gather.  We talk and tell stories to each other.  Our ancestors would always stop there too.  They would go up on the beach and collect berries and bark.

7.  There is also an old fort at Point Sullivan.  It is the Yeil, or Raven, fort.  The Raven Moiety was in that area.  The fort was used to signal people in Rowan Bay and Pillar

**Exhibit 81, page 2 of 5**

Bay.  It was part of a relay system – the Tlingit telegraph.  They could spot a war party on its way.  The fort was secure because it was hard to land a canoe there.  So people in the fort would have time to run into the woods if a war party came.

8.  The Culturally Modified Trees that can be found in areas of the Rowan Mountain sale that the Forest Service wants to clearcut are an important reminder of our ancestors, and our spiritual and cultural practices.  Those trees enabled our ancestors to survive in the past, and they are part of our existence today.  From the roots to the bark to the tree itself, the trees were used for many things.  They kept us warm and provided shelter; they were used to make portable smokehouses; and they were used for clothing, weaving and other utilitarian objects.  The bark of the yellow cedar is especially important to us.  Pounded yellow cedar bark is traditionally used as a part of a tobacco for ceremonial purposes.  Our ancestors smoked the bark for spiritual and social reasons.  It kept away the evil spirits, the Kushta'kaa, because the spirits could not chew it.

9.  These trees are tied to our existence, and remind us of when our ancestors used to stop here.  So we thank the trees for their connection to our past.  Knowing that they are there ties us to our ancestors, and to their use of the land.  If the trees are cut down, we will lose that reminder and that connection to our cultural and spiritual practices.

10. We used to go into Rowan Bay to hunt deer, gather cockles, catch Dungeness crab, and fish.  We don't go into Rowan Bay anymore because of the logging activities, the logging camp, and the people that logging has brought to the area.  We no longer hunt in Rowan Mountain because the slash and brush that has grown up in old logging sites is too thick to walk through.  The continued logging of Kuiu Island has a huge cumulative effect on deer populations.  More and more we have to go all the way over to Admiralty Island to hunt, because Kake resident deer hunters have been displaced on Kupreanof and Kuiu

**Exhibit 81, page 3 of 5**

Islands.  Traveling a greater distance to hunt is very dangerous, as can be seen in the

deaths of three Kake residents.   Despite the problems that have come from the logging

on Rowan Mountain, the area is still an important place for our subsistence activities.

We gather berries and medicines on Rowan Mountain, and capture Spruce Grouse there.

These subsistence activities are all the more important now that other opportunities for

subsistence have been ruined.  For example, the LTF in the bay has knocked out the

Dungeness crab that we would gather for subsistence.  The debris covering the bottom of

the bay has ruined the crab – now all we find are crabs with rotting claws and that taste of

rotten wood.  We no longer troll the bay for fish because of the snags, deadheads, wire

and debris that comes from the logging operations.

11. There is a spiritual site located near the logging camp dock in Rowan Bay.  It is a sacred

site and burial ground.  We would go there before the logging started to pay our respects

to a spiritual man who is buried there, and to make sure no one had disturbed the site.

After the Forest Service allowed logging, we don't go to this site as frequently as in the

past.  The logging operations have disrupted this practice.   I was able to go visit the area

last summer, but, because of the logging, I had not been able to visit the site for nearly

seven years before that.  So far, the site has not been disturbed.

12. Logging the Rowan Mountain area will have a huge impact on our traditional lifestyle.

Just like in Rowan Bay, the Rowan Mountain area will no longer have the same spiritual

and cultural significance to us if the trees are logged.   We will lose an important area for

our subsistence practice if the Forest Service allows the timber sale to go through.

13. Saginaw Bay and Security Bay are also very important to us.  Both bays are sacred.

People have been cremated there and there are old village sites from our ancestors.  Most

**Exhibit 81, page 4 of 5**

of the people in Kake come from Kuiu Island, and there are many prominent old villages there.

14. My father is from Saginaw Bay. I used to fish, hunt, and gather there with my father, and I still do. We gathered plants and red cedar bark and branches for medicinal purposes. We also got clams, crab, and citon (or gumboot), which is a black mollusk that attaches to rocks in the intertidal zone. We also fished for halibut and salmon up straight creek, and hunt for seals and deer.

15. Although my father passed away, I still use Saginaw Bay for these purposes. I go there at least once a season each year, and sometimes more often, because there are different things to gather there at different times of the year.

16. Often, when I go to Saginaw Bay, I also go to Security Bay. I hunt, fish, and gather in Security Bay. There are different things to gather in different seasons in Security Bay, just like in Saginaw Bay.

17. People from Kake fish for dog salmon in Fall Dog Creek, and there are springs up in Security Bay in the lakes where there are dog and coho salmon late in the season. We also hunt for deer, geese, and ducks in the area, and I used to hunt for bear with my father, but I don't hunt for bear much now that my father is gone.

18. The sedimentation from logging would really affect fisheries in both Saginaw Bay and Security Bay, and would have a substantial effect on subsistence hunting.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: March _7_, 2006

_Michael Jackson_ (signature)

Michael Jackson

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. J03-029 CV (JKS) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF MARK GALLA

I, Mark Galla, declare as follows:

1. I am a member of SEACC.

2. I live in Wrangell near the 2.5 mile marker on the highway.

3. I have been guiding big game hunting trips out of Wrangell since 1987 and do my brown and black bear hunting trips on the mainland in the spring and fall. Emerald Bay lies at

**Exhibit 82, page 1 of 6**

the south end of my brown and black bear area. Due to the sensitivity of brown bears and the fact that we (the federal and state government) do not really know how many bears are in this area, how can this sale be put to bid? The mainland, unlike the A-B-C islands (Admiralty-Baranof-Chichagof), has not been studied or evaluated to determine how many bears, black or brown, inhabit this area. Do we not have to know what impacts this kind of activity would have on a given species, especially brown bear? To do this they would need good data, i.e., population estimates. This area (Emerald Bay, Vixen Inlet) is a beautiful wilderness area and worth much more as it is, I think, as opposed to what logging it would yield. From what I understand this sale will lose the government $1.5 to several million. Why would we log this at a financial loss to the government when we could keep it as wilderness and continue to take visitors here to see and experience what they travel so far to experience? They create a positive income to the area rather than a negative one. If this area is logged it will definitely end my ability to utilize it for the years it is being logged and possibly for good, due to the road gaining access for other hunters and increased activity. When an operation like logging and construction moves into an area like this, there is going to be an increase in the harvest levels both by hunters gaining access, and the workers on these jobs harvesting animals. When this kind of activity moves into an undeveloped area, there are generally going to be some conflicts with bears, and this generally results in bears being shot as problem bears. Just the increase in harvest alone in this area, whether from legal hunting or from defense of life and property kills, will most assuredly cut the amount of brown bears I am allowed to take at this time with clients. This will force me to harvest my quota in a smaller area due to the logging activity, and most likely will cause a reallocation of the amount of

**Exhibit 82, page 2 of 6**

hunters I am able to guide for bears. I make every effort to harvest animals, particularly

brown bears, by spreading out the harvest among several drainages within my Guide

Outfitter Area.  This allows for sustainable populations to continue in each of these areas.

By being forced to utilize a smaller area due to this timber sale, I will either harvest the

same amount of bears in a smaller area, or be cut back on the amount of hunters I am able

to guide. This will result in a drastic cut to my income and possibly so much that I would

be forced to seek another way of life.  Nearly all of my clients come from the lower 48 or

abroad.

4.  From the end of April through the end of May every year, I am out guiding trips in

Emerald Bay.  The trips are 7 to 10 days, and we hunt along the Emerald Bay drainage

and Vixen Inlet and its watershed. We hunt from Emerald Bay thru Vixen Inlet along the

shoreline up the different streams and inlets in the area, including the area where the

timber sale is planned. This timber sale would affect both Emerald Bay and Vixen Inlet

and virtually render it non-productive for my operations.  It would destroy the aesthetics,

damage the habitat, and damage the big game that lives here (i.e., brown bear, black bear,

deer, wolf and waterfowl) by logging and building roads into it, not to mention several

very prolific salmon streams. I very much enjoy taking hunters and tourists to places like

this and letting them enjoy it as well. This timber sale makes no sense financially or

biologically. These trips provide close to half of my annual income, and I intend to

continue guiding trips in Emerald Bay and Vixen Inlet every year unless it is rendered

useless due to logging and road systems. Also, I can see this road system at some point

getting hooked up to other road systems as more sales pop up, not to mention I expect if

the intertie from Ketchikan moves forward that this would be connected to it and may even be part of the plan.

5.  I am not anti-logging, in fact I was born in a logging family and raised in logging camps here in Southeast Alaska. I fully understand the need for logging, but I am opposed to logging in places that have no business being logged due to sensitive species or areas that are worth more as they are rather than log them at a tremendous loss. Emerald Bay is one of these.  The area is worth a lot more from a wilderness standpoint than it is for logging. We who live in Southeast Alaska happen to live in the largest National Forest in the United States, there are millions of acres of timber that can be harvested with much less impact and that could actually turn a profit, many of which already have infrastructure or roads into them and do not have near the impact on wildlife or sensitive ecosystems, such as the many streams and wetlands that are involved with this timber sale. In addition to this timber sale there is also a significant amount of activity with a proposed mine directly above Vixen Inlet, all of this activity is basically within the same watershed. I have been dealing with considerable activity from the U.S. Forest Service, with personnel both on the ground and in helicopters, and the same with the mining operation.  I have been involved in opposing timber sale plans in Emerald Bay in the past, and I was named on the most recent administrative appeal of the Emerald Bay timber sale plans.

6.  If there is logging in Emerald Bay, it will effectively put an end to my ability to hunt there.  Last year, someone from the Forest Service was conducting archeological activities in Emerald Bay, and just that amount of activity was enough to scare everything out.  With logging, and a Log Transfer Facility, plus the mining, all in the same area, the

**Exhibit 82, page 4 of 6**

activity will keep the bears and other wildlife away and certainly hurt the populations due

to better access and increased harvest.

7.  There is no question that bears will be taken.  Any time you insert this type of activity,

brown and black bears as well as other species of game and fish take a hit, whether that's

problem bears, or bears harvested by the people involved in the activity

(logging/construction). Since only a certain number of bears can be taken (I am allowed 7

per year, and in all of Unit 1B there can only be 8 brown bear harvested commercially) I

have already been informed by Fish and Wildlife authorities that if there are even a

nominal amount more than this taken, including by residents, that I will be either cut back

or an emergency closure will be ordered for Unit 1B. In the fifteen plus years I have been

doing this I have been very mindful of how I conduct my activities and manage the areas

I hunt in much like a farmer would manage his crops, being careful not to over harvest or

take too much from a given piece of land. Additional bears taken because of the logging

activity and road access are likely to close the area to hunting.  I have seen this happen

before in similar situations.

8.  With brown bears in particular, there is really no wiggle room. Brown and black bear

tend to pretty much live within the corridors of drainages. In all of Unit 1B there are

about ten of these, all of which I hunt on any given trip. There are only a few places to

hunt them, so for me, it's really Emerald Bay or nothing. There is no place to relocate for

hunting brown bears. At this time any big game registered guides who have brown bear

permits are bound to where they have historically hunted, they (we) can not relocate or

ask for another area because there are no new permits being issued or allowed.

9. Logging would force me to harvest the same number of animals from a smaller area and not allow me to spread out the harvest, which I think is important.

10. The road system planned with the timber sale will give people easier access to hunting in Emerald Bay and could introduce a potential problem with over harvesting bears and other wildlife. It worries me that the Forest Service does not even know what the population of brown and black bears is in Emerald Bay and Vixen Inlet so they do not, and can not, know the impacts of easier access and increased activity.

11. When people come up to Alaska to hunt or just vacation on the trips that I guide, a huge part of the trip is to experience the wilderness and sightseeing. People book trips to Alaska with the idea of coming up here for a wilderness setting, not to see roads or logging activity. Again logging is not the enemy, poor judgment on where and how we log is. Logging in Emerald Bay I strongly feel is poor judgment and would seriously alter this area and negatively impact the scenic and biological makeup beyond repair.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _Mark A Galla_         Dated: _3-7-2006_

       Mark Galla