Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Ste. 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES FOREST SERVICE, )<br>et al., )<br>)<br>Defendants. )<br>) | Case No. J03-0029 CV (JKS)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Counsel for AFA has experienced an unexpected death in the family necessitating a short extension of time to respond to the Plaintiffs' Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan. The undersigned has spoken to both counsel for the Plaintiffs and counsel for the Federal Defendants and neither oppose this extension of time.

AFA requests that the scheduling order be modified as follows:

1. Both AFA's and the Federal Defendants' responses to the Plaintiffs' Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan, currently due on April 12, 2006, is now due on April 17, 2006.

2. Plaintiffs' reply brief, currently due April 26, 2006, is now due May 1, 2006, unless plaintiffs seek discovery on factual materials relevant to allegations in opposition briefs. If Plaintiffs seek discovery, the parties will submit a report to the Court proposing a schedule for discovery and reply brief.

RESPECTFULLY SUBMITTED this 6th day of April, 2006.

s/Amy Gurton Mead
STEVE SILVER
AMY GURTON MEAD
Robertson, Monagle & Eastaugh
801 W 10th St., Ste. 300
Juneau, AK 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

ssilver628@aol.com
agmead@romea.com

Of Attorneys for Alaska Forest Association, Intervenor Defendant

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7 day of April, 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby

_/s/ Laurie Gyles-Chesnut_

3