Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Ste. 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)
ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　Defendants. | Case No. J03-0029 CV (JKS)<br><br>**ORDER ON<br>UNOPPOSED MOTION FOR<br>EXTENSION OF TIME** |

　　　　AFA has requested that the Court modify the scheduling order. AFA's request is unopposed by the other parties.

　　　　AFA's request is GRANTED.

　　　　IT IS ORDERED that the scheduling order be modified as follows:

　　　　1.　Both AFA's and the Federal Defendants' responses to the Plaintiffs' Motion for Equitable Relief Pending Revision

of the Tongass Land Management Plan, currently due on April 12, 2006, is now due on April 17, 2006.

    2.    Plaintiffs' reply brief, currently due April 26, 2006, is now due May 1, 2006, unless plaintiffs seek discovery on factual materials relevant to allegations in opposition briefs. If Plaintiffs seek discovery, the parties will submit a report to the Court proposing a schedule for discovery and reply brief.

DATED  _____

                                       _____
                                       James K. Singleton, Jr.
                                       District Court Judge

ROBERTSON, MONAGLE & EASTAUGH, P.C.
GOLDBELT PLACE, SUITE 300
801 WEST 10TH STREET
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340