DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Kevin Saxby
State of Alaska Department of Law
1031 West Fourth Ave Ste. 200
Anchorage, AK 99507
kevin_saxby@law.state.ak.us
907-269-5251

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE et al., <br> Plaintiffs <br><br> UNITED STATES FOREST SERVICE, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. J03-0029 CV-JKS <br> ) <br> ) **CONDITIONAL NON-OPPOSITION** <br> ) **TO "UNOPPOSED MOTION FOR** <br> ) **EXTENSION OF TIME"** <br> ) |

The State of Alaska, through the office of the Attorney General, does not oppose the motion for extension of time filed herein by the Alaska Forest Association, so long as the new deadlines also apply to the State's filings. Thus, the State's opposition to the pending Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan should also be due on April 17, if the motion for extension is granted.

RESPECTFULLY SUBMITTED this 10th day of April, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  S/Kevin M Saxby
  Assistant Attorney General
  Natural Resources Section
  1031 West 4th Ave
  Anchorage, Alaska 99501

>NR_ECF@law.state.ak.us
>Phone: (907)269-5100
>Fax: (907)279-2834
>Alaska Bar Number 861113

**Certificate of Service**

I certify that on this date, service of the foregoing in this proceeding was accomplished pursuant to the Court's electronic filing procedure,

| | |
|---|---|
| Thomas S. Waldo | Bruce M. Landon |
| Eric P. Jorgensen | U.S. Department of Justice |
| Earthjustice | 801 B Street, Ste. 504 |
| 325 Fourth Street | Anchorage, AK 99501 |
| Juneau, AK 99801 | |

and the foregoing by regular U.S. mail.

| | |
|---|---|
| Nathaniel S.W. Lawrence | Amy Gurton Mead |
| Natural Resources Defense Council | Robertson, Monagle, and Eastaugh |
| 3723 Holiday Drive, SE | 801 W 10th St. Ste 300 |
| Olympia, WA 98501 | Juneau, AK 99801 |

Steve Silver
Robertson, Monagle and Eastaugh
2300 Clarendon Blvd. Ste 1010
Arlington, VA 22201

>S/Kevin M Saxby
>1031 West 4th Ave
>Anchorage, Alaska 99501
>NR_ECF@law.state.ak.us
>Phone: (907)269-5100
>Fax: (907)279-2834
>Alaska Bar Number 8611132

Conditional Non-opposition to "Unopposed Motion for Extension of Time"
Kake v. United States No. J03-00029 CV-JKS