BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>                Defendants. | Case No. J03-029-CV(JKS) |

(PROPOSED) ORDER MODIFYING SCHEDULING ORDER

Federal defendants' unopposed motion for an order modifying the scheduling order is

GRANTED. Federal defendants and Intervenor-defendants shall file their response to Plaintiffs' Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan on April 17, 2006, and plaintiffs shall file any reply on May 3, 2006.

DATED: _____            _____
                                  JAMES K. SINGLETON
                                  United States District Judge