Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

agmead@romea.com
ssilver628@aol.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J03-029 CV (JKS) |

**ALASKA FOREST ASSOCIATION'S RESPONSE TO MOTION FOR EQUITABLE RELIEF PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN**

The Alaska Forest Association opposes the Plaintiffs' request for equitable relief for the reasons identified in its response to the identical motion filed by Plaintiffs in *Organized Village of Kake v. United States Forest Service*, No. J04-0029 CV (JKS), Opposition to Plaintiffs' Motion for

Equitable Relief. The AFA hereby incorporates its opposition filed in *Organized Village of Kake* by reference, and attaches it here as Exh. 1.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

>s/Amy Gurton Mead
>STEVE SILVER
>AMY GURTON MEAD
>Robertson, Monagle & Eastaugh
>801 W 10th St., Ste. 300
>Juneau, AK  99801
>(907) 586-3340 (telephone)
>(907) 586-6818 (facsimile)
>
>agmead@romea.com
>ssilver628@aol.com
>
>Of Attorneys for Alaska Forest Association, Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5/19/2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby

_____
Laurie Gyles-Chesnut