BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ) | |
| SOUTHEAST ALASKA CONSERVATION COUNCIL, ) | |
| SIERRA CLUB, NATURAL AUDUBON SOCIETY, ) | Case No. 1:03-cv-029 (JKS) |
| THE WILDERNESS SOCIETY, and CENTER FOR ) | |
| BIOLOGICAL DIVERSITY, ) | |
| ) | |
|             Plaintiff, ) | |
| ) | |
|    v. ) | |
| ) | |
| UNITED STATES FOREST SERVICE; UNITED ) | |
| STATES DEPARTMENT OF AGRICULTURE; ) | |
| MARK REY, in his official as Under ) | |
| Secretary of Agriculture; DENNIS E. ) | |
| BSCHOR, in his official capacity as ) | |
| Alaska Regional Forester; and FORREST ) | |
| COLE, in his official capacity as ) | |
| Forest Supervisor for the Tongass ) | |
| National Forest, ) | |
| ) | |
|             Defendant. ) | |
| ) | |

FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF
PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN

Federal Defendants oppose Plaintiffs' Motion for Relief Pending Revision of the Tongass

1

Land Management Plan.  The basis for this opposition is set forth in Federal Defendants'

Opposition to Plaintiffs' Motion for Relief Pending Revision of the Tongass Land Management

Plan filed in *Organized Village of Kake v. United States Forest Service,* J04-029 CV (JKS) (D.

Alaska).  A copy of that Opposition and supporting exhibits are attached hereto.  A proposed

order accompanies this Opposition.

> RESPECTFULLY SUBMITTED this 19th day of April, 2006 at Anchorage, Alaska.

> S/ Bruce M. Landon
> BRUCE M. LANDON
> Department of Justice
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska  99501-3657
> Phone: (907) 271-5452
> Facsimile: (907) 271-5827
> Email: bruce.landon@usdoj.gov

> Attorney for Federal Defendants


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2006 a copy of the foregoing FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN was served electronically:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Kevin Saxby
Steve Silver
Amy Gurton Mead

s. Bruce M. Landon