**Appendix L**

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Faragut River: hut to hut rafting, canoeing, kayaking, and a leased proprietary camp with capacity for 15 camp units.

**Response:** Farragut River is being recommended for Wild River designation over most of its length with a less restrictive Scenic Rover designation near its mouth. The area in the immediate vicinity of the mouth is in private ownership and the area of National Forest land surrounding the river corridor is allocated to Semi Remote Recreation. The developments proposed by AVA would be consistent with these land allocations although the 15 camp units may be very difficult to design in a manner consistent with the objectives of the Wild River designation.

## Port Houghton and Sanborn Canal

**Comments:** Management area C14 should have LUD II-type LUD's assigned. "In addition to the Alternative A allocations," no timber harvest in VCU's 77, 80 and 82. Remove Sandborn Canal and Port Houghton salt chuck from timber LUD's. Don't "trade" Port Houghton to APC: save it for tourism. Sanborn Canal has rare old growth: preserve it for research and recreation for future generations. Assign the Old Growth LUD to: 1) the salt chuck and estuary at the head of the North Arm (the only mainland salt chuck in Southeast, thus rare and unusual), and 2) Sanborn Canal, an important salmon area with unstable soils. MA C14 should all be in Timber Production. There is little "tourist traffic," and the road system could tie into that at Hobart Bay in the future. (AFA, APC)

The 1996 comments were similar to those above.

**Response:** As mentioned above, most of the inland portion of the Port Houghton area (MA C14, including all of VCU's 77 and 80) has been allocated to Timber Production, to emphasize timber management of the suitable timberlands. However, the Port Houghton salt chuck, Sandborn Canal (VCU 84), and all shoreline areas are in Scenic Viewshed to provide for recreational uses, or Old-growth Habitat. VCU 82 has Scenic Viewshed and Old-Growth Habitat facing Stephens Passage. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments at Port Houghton: Leased proprietary camp (15P), day-use wildlife observatory (30), overnight wildlife observatory (30).

**Response:** These AVA sites include Old Growth Habitat, Scenic Viewshed and/or Timber Production LUDs. The stated activities are generally allowable in these LUDs although the stated activity level exceeds guidelines for overnight facilities in the Old Growth Habitat LUD.

## Mainland: South of Farragut Bay (except Cleveland Peninsula)

**General Summary:** Scenic quality and recreation values were cited in support of non-timber Rxs or LUD's for LeConte and Thomas Bays, and coastal areas in between, and more generally for all coastal areas between Farragut Bay and the Stikine River. The Bradfield Canal area received many comments (including the City of Petersburg and Ketchikan Gateway Borough) in favor of maintaining options for power and utility

EXHIBIT 4
Page 48 of 78

corridors, and a possible road connection to Canada. (See also the Transportation section of the Resource/Issue summaries.) Several commenters asked for no or reduced logging in the Hyder area.

Many similar comments were made in 1996. Some people also commented that there should be no roads or transportation corridors allowed in Anan Creek. Comments were also made in favor of protecting the views from Frederick Sound.

**Response:** All of the mainland shoreline from Farragut Bay south to the Bradfield Canal (excluding the Stikine-LeConte Wilderness) is allocated to Scenic Viewshed, Old-growth Habitat, or Semi-remote Recreation. These allocations will help maintain the scenic and recreational features of the shoreline areas. Thomas Bay is in Scenic Viewshed and Semi-remote Recreation for its many recreational uses. LeConte Bay is within a Wilderness LUD. There are no roads allowed in the Anan watershed due to its status as a Congressionally designated LUD II (roadless area). One of the alternatives under consideration for the Tyee Intertie (proposed powerline connecting hydro-electric facilities at Tyee and Swan Lake) is located across the southern end of the Anan VCU.

Following are more detailed comments on specific areas:

**Bradfield River and vicinity**

**Comments:** Recognize and don't restrict future development of the Bradfield Canal Resource Road and the Tyee Lake/Swan Lake Power Intertie and Transportation Project. (C-P, KGB) Don't restrict a possible road system connecting Ketchikan with Canada through the Bradfield area. The Bradfield River should not have a transportation corridor or road, and should not be under the Minerals LUD. Manage the Harding River to keep it as pristine as possible. Manage Roadless Area 207 in the Primitive Recreation LUD: it contains large old-growth habitat blocks and outstanding recreation, subsistence and commercial fishing values. (WRC) This area is pristine and has a greater value for primitive recreation than for timber harvest. The habitat capability of Wildlife Analysis Areas 1813 and 1814 is a concern. Possible future development would conflict with sport fishing, charter boat and guide services: no road to benefit Canadian mining interests is needed. (WRC)

**Response:** Some of the potential road and utility systems mentioned in the comments have been assigned the Transportation and Utility Systems LUD to recognize this potential. All of the land use designations in the revised Forest Plan allow, at a minimum, access through them for these types of developments, even Wilderness (which in Alaska has some special exceptions under the Alaska National Interest Lands Conservation Act). Some LUD's (such as Wilderness or Remote Recreation) encourage the use of alternative routes and require that these be evaluated first. In several areas (VCU's 511-513 and 518, for instance) the Semi-remote Recreation LUD was selected for all or part of the area, rather than the Remote Recreation LUD, to be more compatible with possible future road or utility development, while at the same time maintaining a natural, undisturbed recreation setting. The Minerals LUD is not applied to this area. Roadless Area 207 covers a large area on both sides of the Canal: it has Modified Landscape along the Canal, with Remote and Semi-remote Recreation in the north, Timber Production in the south. Wildlife Analysis Area 1813 contains a mixture of Timber Production and Semi-remote Recreation; Area 1814 contains Remote and Semi-remote Recreation, Timber Production and Modified Landscape. In addition, whenever the LUD selected for an area allows development activities, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in the Upper Bradfield Canal: trails, day use wildlife observatory with a daily capacity of 50 people, day use recreation facilities to support 100 people a day, boat dock to support 50 people per day and an overnight wildlife observatory to support 50 people.

EXHIBIT 4
Page 49 of 78

**Appendix L**

Response: This area is allocated primarily to Timber Production with some Remote Recreation and some Semi Remote Recreation. This area could support each of these activities although the overnight facility is probably not compatible with the Remote Recreation land allocation. The Timber Harvest allocation does permit a high level of development which could conflict with a remote recreation experience. However, at this point in time no such developments are anticipated for this area.

**Misty Fiords**

Comments: The Alaska Visitor Association (AVA) in 1996 proposed the following development for Winstanley and Nooya Lakes: Small Cruiseship Shorewalk - up to 25 persons

Response: These are fresh and salt water locations within the Wilderness National Monument LUD. This LUD specifies to manage use and activities to meet levels of social encounters, on-site developments, methods of access, and visitor impacts indicated for the Primitive and Semi-Primitive ROS classes. Major and Minor recreation-related developments are not allowed by law or regulation or are not consistent with agency policy and regulations. Therefore, these activities and use levels are typically inconsistent with this LUD

**Thomas Bay**

Comments: Should be designated as a future hydroelectric facility. VCU 486 should be in a LUD that will allow hydro development and a utility corridor. (AFA, KPC) Management Area S35 should emphasize scenic quality and wildlife habitat. The area around Thomas Bay is part of one of Southeast's most beautiful corridors, the premier mainland/coast range outside Misty, and should have no logging. Protect the roadless recreation values of "what is left of Thomas Bay." Protect the viewshed, Cape Fanshaw to Thomas Bay: this is one of the last strips of coast on the ferry route with minimal damage. (See also the Special Areas section of the Resource/Issue summaries.)

Response: The marine highway/cruise ship "viewshed" between Cape Fanshaw and Thomas Bay is all in the Scenic Viewshed LUD, which will provide for the scenic qualities of the area. The lands around Thomas Bay (most of MA S35) are either in Scenic Viewshed (all of the southern portion, and the northern outer bay, which also has a backdrop of Modified Landscape) or Semi-remote Recreation (the interior portions, including all of VCU 486). The Scenic Viewshed allocation in the south will help maintain the roaded recreation values, and the Semi-remote Recreation allocations will protect the roadless and wildlife values of the interior. Hydroelectric development would not be precluded by the Semi-remote designation.

Comment: The Alaska Visitor Association (AVA) in 1996 proposed the following development in Thomas Bay: lease proprietary camp with a capacity of 15 tent platforms.

Response: This area is allocated primarily to Scenic Viewshed with a small area of Modified Landscape. These land allocations do allow for developments such as a camp. Timber harvest is also permitted in this LUD but with an emphasis on maintaining scenic quality.

Comment: The Alaska Visitor Association (AVA) in 1996 proposed the following development in Cascade Creek: a small cruiseship shorewalk.

EXHIBIT  4

Page  50  of  78

**Response:** This area is allocated to Semi Remote Recreation which is compatible with the type of activity and facility proposed by AVA.


## Other areas

### Comments:
- MA S29 adjacent to Misty should be managed as in Alternative A
- Kate's Needle area (ANILCA Wilderness proposal) - keep the wilderness option open here: manage for primitive recreation
- Virginia Lake (VCU 502) is the heaviest used recreation cabin on the Wrangell Ranger District. The area should be in Semi-primitive Recreation
- manage Roadless Areas 204 and 205 (opposite Wrangell Island) in the Primitive Recreation LUD: they contain large old-growth habitat blocks and outstanding recreation, subsistence and commercial fishing values. (WRC)
- MA's S26 and S27 should be available for unrestricted timber harvest and roading. (AFA, APC)

### Responses:
- MA S29 is allocated to Timber Production, where existing roads access suitable timberland. No timber sales are scheduled here over the next decade.
- the Kate's Needle area (MA S3) is all in Semi-remote Recreation.
- Virginia Lake is part of the recommended Virginia Lake and Creek Recreation River. The Scenic Viewshed and Modified Landscape LUDs are allocated outside the river/lake corridor.
- Roadless Area 204 is primarily in Scenic Viewshed (including all shoreline areas), with some Modified Landscape and Timber Production inland. It also contains Virginia Lake - see previous item. Roadless Area 205 is all in Remote or Semi-remote Recreation, and also contains the recommended Aaron, Orens and Berg Creeks Scenic and Recreation River.
- MA S26 is the area discussed in the previous item. MA S27 is in Remote and Semi-remote Recreation.


**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for the Stikine River: rafting, kayaking, flight seeing landings, day boat docks, lease proprietary camp, and day use recreation with a daily capacity of 100 people.

**Response:** This area is in a Congressionally designated Wilderness. Many of the suggested activities currently take place there now; some with the assistance of commercial guides. However, because it is a designated Wilderness, commercial developments are generally not compatible. National wilderness management policy specifically discourages boat docks in wilderness. Some developments can be implemented but must be primitive in character and address subsistence needs (as provided be ANILCA), resource protection, or health and safety concerns. Visitor use capacities in the wilderness are determined on a case-by-case basis and favor primitive and semi-remote or remote recreation experience with low visitor densities.


**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Anan Creek: a day use wildlife observatory with a daily capacity of 50 and an overnight wildlife observatory with a capacity of 50 people.

**Response:** This area is a legislated LUD II area. This land is allocation is compatible with, and currently supports a day use wildlife observatory. There is also a recreation cabin on the site that is available for over night use. However, the sort of facility that would be required to house 50 people at a time is generally is generally excluded from this land allocation. Even if not excluded by the land

Exhibit    4
Page  51  of  78

L-265

**Appendix L**

allocation, there is some doubt that such a development would be compatible with the management of the unique wildlife (black and brown bears) on the site.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Marten Creek and Lake: boardwalk and paths, day use wildlife observatory with a daily capacity of 30 people, day use recreation facilities to support 100 people a day, boat dock to support 50 people per day, a leased proprietary camp with a capacity of 15 tent platforms, and a backcountry lodge with a capacity of 150 people.

**Response:** The area from the shore line to the lower end of Marten Lake is allocated to Semi Remote Recreation. The rest of the area is allocated to Remote Recreation. In the Remote Recreation land allocation, major recreational developments are generally not compatible with the objective of providing a primitive recreation setting. Minor developments may be compatible and would be considered on a case by case basis. The kinds of facilities proposed may be compatible with the Semi Remote land allocation below Martens Lake. The exact kind and number of users supported would have to be analyzed on a case by case basis, but generally enclaves of concentrated use are permitted.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Harding River: boardwalk and paths, day use wildlife observatory with a daily capacity of 50 people, day use recreation facilities to support 100 people a day, boat dock to support 50 people per day.

**Response:** The area surrounding the Harding River is allocated to Semi Remote Recreation and the river itself is being recommended to Congress for designation as a Scenic River as part of the Wild and Scenic Rivers system. The kinds of activities and facilities recommended be AVA are generally consistent with this kind of setting.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Eagle Creek: boardwalk and paths, day use wildlife observatory with a daily capacity of 50 people, and day use recreation facilities to support 100 people a day.

**Response:** Eagle River is within an area allocated to Semi Remote Recreation. This land allocation would support any of the facilities suggested by AVA.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in LeConte Bay: equipment storage facility of 1,000 cubic feet, a leased proprietary camp with capacity for 15 tent platforms, day use recreation facilities to support 150 people, and hut to hut hiking for 25 people.

**Response:** LeConte Bay is within a Congressionally designated Wilderness area. With the possible exception of the hut to hut hiking, the facilities suggested by AVA are not compatible with a wilderness designation. There is privately owned land near the mouth of the bay that could be a potential location for such facilities.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Aaron, Oerns and Berg Creeks: a leased proprietary camp with a capacity for 15 camp units.

**Response:** These three streams, which converge in form a single system, are in an area allocated to Semi Remote Recreation. This stream system is also recommended for designation as a Wild River. The proposal for a proprietary camp is consistent with the Semi Remote Recreation

EXHIBIT 4
Page 52 of 78

designation. It may also be compatible with the Wild River designation although any considerable care would be needed in the design of a facility inside the river corridor in order to maintain a rustic atmosphere.

### Mainland: Taku Inlet to Hobart Bay

**General Summary:** Commenters, including the Juneau Sierra Club, were concerned in general with the scenic qualities and recreation and tourism values of many locations along Stephens Passage. Some commented that this is one of Southeast's most beautiful corridors, the premier mainland/coast range area outside of Misty, and should have no logging. Areas mentioned for no logging included: Taku Inlet and the Taku River, Holkham Bay and the mouths of Tracy and Endicott Arms, Windham Bay, and Port Snettisham. Unique wildlife values were also noted for several of these areas; others cited this portion of the mainland as an ecologically important area that must include protection of the coast and bays as well as the mountains. It should be preserved without logging, without roads, with limited recreational developments, and limited mining. Manage all the bays, inlets and arms for Primitive Recreation; manage all of MA's C7, C10, C12 and C13 as Primitive Recreation. (SC-J).

One additional 1996 comment requested that no logging or development take place adjacent to Tracy Arm-Ford's Terror Wilderness.

**Response:** All the mainland shoreline between Taku Inlet and Hobart Bay is in Scenic Viewshed or Old-Growth Habitat. This will provide for the scenic qualities associated with the cruise ship, ferry and recreational boating uses of Stephens Passage. The lower part of Taku Inlet (C7) is also in Scenic Viewshed, with the upper part in Semi-remote Recreation. The only part of Holkham Bay (C12) not in Wilderness (Endicott Arm and most of Tracy Arm are in the Wilderness) is in Semi-remote Recreation; the interior of Windham Bay is also Wilderness, and the mouth is allocated to Scenic Viewshed. The outer portion of Port Snettisham is in Modified Landscape, Old-Growth Habitat and Scenic Viewshed. See below for discussions of MA's C10 and C13.

Following are more detailed comments on specific areas:

### Hobart Bay

**Comments:** Has had far too much logging on the private land; the surrounding Forest Service land must be preserved to maintain wildlife habitat and reduce cumulative effects. (AFSEEE) Management Area C13 should emphasize scenic quality and wildlife habitat. Harvest the Forest Service timber; use the existing road (extend it) and facilities. (GOLD) All of MA C13 should be in Timber Production, since it's adjacent to developed lands. (AFA, APC) Include upper Laura's Creek in the non-timber allocation.

**Response:** The National Forest lands in MA C13 are mostly in Timber Production, with Scenic Viewshed along the shore. The suitable timber lands to the north and south of Hobart Bay can be accessed by extending the road system from the private lands already under timber management. To the east of Hobart Bay and MA C13 the lands are all now in Wilderness.

EXHIBIT  4
Page 53  78

L-267

**Appendix L**

**Holkham Bay area**

**Comments:**  The mouths of Tracy and Endicott Arms (C12) should be made Wilderness to protect the entire fjord systems.  Retain VCU 64 as LUD II.  Opposed to logging adjacent to Tracy Arm/Fords Terror Wilderness: preserve the entire ecosystem (the Wilderness portion being largely rock and ice).

**Response:**  As mentioned above, all lands in Holkham Bay and Tracy and Endicott Arms not already in Wilderness (MA C12 and VCU 64) have been allocated to Semi-remote Recreation.  This will maintain this unroaded area for recreation and for users of the Wilderness.

**Port Snettisham and Whiting River area**

**Comments:**  Manage Port Snettisham for its scenic and recreational values: either in non-timber LUD's, or the same as Alternative B with more Scenic Viewshed.  The Whiting River area has excellent wilderness potential, low timber values.  It should be classified as "wilderness recreation" - there's also the possibility of a joint wilderness with British Columbia in the future.  Opposed to sale #13 (incorrect on map - actually sale #5).  Manage C10 as either Wilderness, Primitive Recreation or Old Growth to preserve its high value wildlife potential.  Manage for Primitive Recreation, at least along the shores of the Whiting River.  Manage Taku Harbor and Limestone Inlet for their scenic and boating values: at a minimum, should be in Scenic Viewshed.  The western half of MA C10 is ideal for timber production: second growth would be comparable to island second growth: placing it in Scenic Viewshed or Modified Landscape will make it harder (costlier) to develop. (AFA, APC)

**Response:**  Management Area C10 includes Port Snettisham, coastal areas to the north and south, and the Whiting River area.  The northwest portion of Port Snettisham is in Modified Landscape, the outer south side has Scenic Viewshed backed by Modified Landscape, and the interior is in Semi-remote Recreation.  These LUD's will provide for the scenic and recreation values of this area, and any timber harvest done in the western portions will be designed to minimize the visibility of activities.  The suitable timber lands on the west side of Gilbert Bay are in Timber Production, as are the lands inland from the Scenic Viewshed designation in Slocum Inlet.  All of the area inland on both sides of the Whiting River, is in Semi-remote Recreation.  These areas have little suitable timber land, and high roadless recreation and scenic values.  Taku Harbor and Limestone Inlet are in Scenic Viewshed and Old-Growth Habitat, except for the Limestone Inlet Research Natural Area.

**Comment:**  The Alaska Visitor Association (AVA) in 1996 proposed the following development for Whiting River: Hut to hut hiking, canoeing, rafting, kayaking (25), backcountry recreation lodge (50), leased proprietary camp (15 P/S), flight-seeing landings (25).

**Response:**  This AVA site is within a Semi-Remote Recreation LUD.  The stated activities are generally allowable in Semi-Remote Recreation LUDs although the stated activity levels would only be allowable as enclaves.

**Taku Inlet and River**

**Comments:**  Recreation, tourism and summer homes should take precedence over logging here.  The area (Inlet and River) should be protected; no transportation corridor.  Manage the Taku River to keep it as pristine as possible.  Slocum Inlet should be in Scenic Viewshed like the rest of the mainland: it can be seen from downtown Juneau!  Manage the shores of the river for its scenic and boating values: at a minimum, should be in Scenic Viewshed (and inland as in Alternative B).  Don't restrict possible road development or access: the Canadians have a treaty right to access tidewater. (See also Wild and Scenic River comments.)

EXHIBIT    4
Page 54 of 78

**Response:** Taku Inlet includes MA's C7 and C9. The lower portion (most of MA C7) has been allocated to Scenic Viewshed, to provide for scenic quality and recreation uses while maintaining the option for future timber harvest. Scenic Viewshed also applies to the C7 portion of the Juneau Goldbelt, which also has the Minerals LUD. The interior portion of Taku Inlet and the Taku River (MA C9) are all in the Semi-remote Recreation LUD, for the many recreation and tourism values and uses. Slocum Inlet is in Scenic Viewshed.

The Transportation and Utility Systems LUD is overlain on both sides of the Inlet and River, to recognize the potential transportation tie to Canada as identified by the State of Alaska. The State has no development proposal at this time.

## Other areas

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Windham Bay: Backcountry recreation lodge (50), leased proprietary camp (15 P/S).

**Response:** This AVA site includes Old Growth Habitat, Scenic Viewshed and Timber Production LUDs. The stated activity and activity level are generally allowable in all three LUDs although the stated activity level for the lodge exceeds guidelines in the Old Growth Habitat LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Gilbert Bay: Small cruiseship shorewalk (25).

**Response:** This AVA site is located within Semi-Remote Recreation and Timber Production LUDs. The stated activity and activity level is generally allowable in both LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments for Sweetheart Bay and Williams Cove: Backcountry recreation lodge (150), hut to hut hiking, kayaking, canoeing (25), heli-hiking(30), boardwalks, paths and trails; and small cruiseship shorewalk (25).

**Response:** This AVA site includes Semi-Remote Recreation, Modified Landscape and Timber Production LUDs. The stated activity and activity levels are generally allowable in all three LUDs. The stated activity level for the lodge would be allowable in the Semi-Remote Recreation LUD as an enclave.

## Mansfield Peninsula

**Comments:** Most of the over 100 commenters (including several local conservation groups, the National Audubon Society, and the Friends of Mansfield Peninsula) asked for non-logging Rxs or LUD's for Mansfield Peninsula, citing its importance for recreation and tourism (proximity to Juneau and being on the ferry route), scenic viewing, and as fish and wildlife habitat (deer and brown bear in particular). Many also felt that the subsistence and recreation values far outweighed the timber values. Residents of Funter Bay localized these concerns to their immediate vicinity. The City and Borough of Juneau restated its 1989 resolution for protection of Mansfield Peninsula. More specific comments included:

- Mansfield Peninsula is important locally for recreation, hunting and food gathering, much more so than for its limited potential for marketable timber: the entire area should managed for Semi-primitive recreation (as a minimum). "The value of this area for uses involving recreation, scenic viewing, fish and wildlife use and conservation far exceeds that value derived from timber harvest in any part of this area." (FBRA)

EXHIBIT  4    L-269
Page  55  of  78

- preserve the entire shoreline and mid-slope timber of the area around Funter Bay as Beach Fringe or Old Growth (Rxs) (reasons: a marine park, deer and brown bear habitat, much not feasible to log); timber Rxs around Funter Bay are not appropriate, the area should be Semi-primitive Recreation within site of the bay (reasons: recreation use, important deer and fish habitat).
- no road building in the NW or NE sides of the peninsula
- preservation of Mansfield Peninsula would "complete protection for all public land on Admiralty Island."
- "multiple use management" should continue for Mansfield Peninsula
- all of Mansfield Peninsula should be in non-logging prescriptions: it is an important wildlife habitat and recreation area
- leave VCU 125 in Modified Landscape, put the rest of Mansfield into Timber Production.  The area should be developed for timber and roaded recreation, with a road system tying to the Greens Creek road. (AFA, APC)
- make the following LUD changes (for preferred alternative):
- Barlow Cove: Modfied Landscape (ML) to Semi-primitive (SP)
- Hawk Inlet: ML to SP or Scenic Viewshed
- Funter Bay and most of the rest of Mansfield: change to SP or Primitive Recreation except for the areas with mining potential
- the Minerals LUD is appropriate for Mansfield, and should be expanded to cover all areas with active claims.  The Moderate Development LUD will protect "the values" and hunting without overly burdening mineral activity.

**Response:**  For many of the reasons presented above, the allocations for Mansfield Peninsula have been changed since the Supplement (Alternative P).  All of the Peninsula (including VCU 125 and the islands to the north) is now allocated to Semi-remote Recreation.  This will protect the scenic, recreation, wildlife and subsistence values of the area, including the lands around Funter Bay, Barlow Cove and Hawk Inlet.  No timber harvest or associated ground disturbing management activities will occur in these areas.  Access to the Greens Creek mine and for possible future minerals development will still be allowed.  The Minerals LUD is applied to the high potential Funter Bay tract as well as the portion of the Greens Creek tract not included in Admiralty Island National Monument.

Other comments:

   **Comment:**  The Alaska Visitor Association (AVA) in 1996 proposed the following development for the Mansfield Peninsula: Heli-hiking, heli-skiing (50), day-use recreation (150), day-use wildlife observatory (30), trails, paths and boardwalks A & B.

   **Response:**  This AVA site is within a Semi-Remote Recreation LUD.  The stated activities are generally allowable in Semi-Remote Recreation LUDs although the stated activity levels would only be allowable as enclaves.

## Mitkof and Woewodski Islands, including Wrangell Narrows

**General Summary:**  Most commenters (including Narrows Conservation Coalition and Wrangell Resource Council) requested non-timber Rxs or LUD's for much of Mitkof Island, especially the Blind Slough and Crystal Mountain area.  Natural values, scenic quality, and recreation and hunting were given as reasons.  Some felt that Mitkof Island should have at least some unroaded areas protected; others wanted timber harvest to continue on the island.  Scenic quality in the Wrangell Narrows, and preservation of Woewodski Island, were also of concern.

Many of these concerns were repeated in 1996, especially concern about timber harvest on Woewodski and southeast Mitkof Islands, which many commenters opposed because of the scenic and recreational values.

EXHIBIT 4
Page 56 of 78

**Response:** The LUD allocations for Mitkof Island reflect the concerns expressed during the Mitkof Landscape Analysis for scenic quality, recreation opportunities and natural values while maintaining timber harvest and a small-sales timber sale program. Scenic Viewshed or Modified Landscape is applied adjacent to private lands in the north and west, to all of the southwest portion of the island, and along much of the road system, which has become increasingly popular with recreationists. Ideal Cove and vicinity is in Semi-remote Recreation, and the Blind Slough/Crystal Mountain area is proposed as a Special Interest Area. The remaining lands of the eastern half of the island are allocated to Timber Production and Old-Growth Habitat. Most National Forest lands along Wrangell Narrows, and on Woewodski Island, are in Scenic Viewshed, with the remainder in Modified Landscape, in both cases to provide for scenic values and recreation opportunities.

### Blind Slough and Crystal Mountain

**Comments:** Crystal Mountain should be preserved for its visual qualities and roadless recreation values (winter sports, alpine recreation). Manage the summit of Crystal Mountain as Wilderness or Primitive Recreation: it's the highest peak on the island, and the largest contiguous alpine system accessible by road. Protect Blind Slough for its fishing, hunting & recreation values, managing it under the Semi-Primitive LUD. Apply the Old Growth or Primitive Recreation LUD's to the "remaining uncut drainages into Blind Slough"; apply these LUD's to the Blind Slough/Ohmer Creek area, to protect the fish and wildlife, and recreation, values and make up for the effects of past logging. (WRC) The area is a unique ecosystem: too unique for any more logging. (NCC) (See also the Special Areas section of the Resource/Issue summaries.)

**Response:** The Crystal Mountain/Blind Slough area is proposed as the Blind Slough Scenic and Zoological Area, to be managed under the Special Interest Area LUD. This will provide protection for the area's unique ecology, valuable wildlife habitat and recreation values. Included are the recreation facilities at Ohmer Creek. In addition the Blind River is recommended as a Recreation River under the National Wild and Scenic River System.

### Woewodski Island

**Comments:** Over 50 persons requested protection for Woewodski Island: it is an ecosystem in itself, is right on the ferry route, and is too small to be logged without major impacts to fish and wildlife. This is an important recreation and subsistence area for Petersburg. Cancel sale #36. Don't have a timber sale on Woewodski: it would be a deficit sale, and is in the viewshed of Petersburg residents and recreationists. The area has year-round small boat access, the timber values are low, and the deer have only just returned to a harvestable population: no logging. If Woewodski were logged, the potential for future guiding services and lodges would be lost. These comments were repeated in 1996, with additional comment that the island should be a habitat reserve.

**Response:** Woewodski Island is allocated primarily to Scenic Viewshed, with some Modified Landscape inland. These LUD's will provide for scenic and recreation values, with any timber harvest done in a manner that minimizes the visibility of activities and is sensitive to other resource values. The island does not have enough high-quality old-growth habitat to make it suitable as a habitat reserve.

EXHIBIT  4
Page  57  of  78   L-271

**Appendix L**

**Wrangell Narrows**

**Comments:** Wrangell Narrows has already suffered much damage: protect it. Green Rocks is the prettiest place in Wrangell Narrows, a much-traveled waterway. Cancel sale #35.

**Response:** The National Forest lands adjacent to Wrangell Narrows (most of the eastern shore, and some of the west, is in private ownership) are allocated primarily to Scenic Viewshed, with some inland areas in Modified Landscape. These LUD's will help maintain the scenic values along the marine highway, with timber harvest done in a manner that minimizes the visibility of activities. The Green Rocks Lake area is allocated to Scenic Viewshed.

**Other Mitkof Island areas**

**Comments:**
- the portions of those areas seen by Petersburg residents should be spared from logging (including Brown's Cove, Five Mile, Frederick Point and Dry Bay)
- manage the Twin Creeks recreation places (VCU 447) as Semi-Primitive
- give the strongest possible protection to Sand, Hill and Crane Lakes (and associated watersheds), and to the Ravens Roost viewshed. The Bear Creek drainage and Three-Lakes Loop Trail area shouldn't be in timber production: the recreation values should be protected. (NCC)
- all of MA's S16 and S17 should be in Timber Management: the area is already developed, continue to manage it for timber harvest and motorized recreation. (AFA, APC)

**Response:**
- Brown's Cove and Dry Bay (both across from Petersburg on the mainland), Five Mile (north on Kupreanof Island), and the National Forest lands near Frederick Point are all in the Scenic Viewshed LUD. This will help maintain scenic quality while providing for timber harvest in these areas.
- Twin Creeks is within a Scenic Viewshed allocation, which will help maintain scenic values for the recreation places.
- Sand, Hill and Crane Lakes, and the Three-Lakes Loop Trail, are within a Semi-remote Recreation allocation. Raven's Roost is in Modified Landscape, but some of the "viewshed" is either private land, or is in the Municipal Watersheds LUD (allowing no timber harvest or roads).
- timber harvest and motorized recreation will continue in MA's S16 and S17. Much of this will be within areas allocated to Scenic Viewshed or Modified Landscape, which will provide for scenic and recreation values while allowing timber harvest. Some Timber Production is allocated within MA S17.

## Prince of Wales Island (except Honker Divide)

**General Summary:** In 1991, the majority of commenters about Prince of Wales Island mentioned specific areas, including many bays and inlets, sounds, and nearby islands, for which they requested non-timber management. Some commenters (including the City of Thorne Bay, Alaska Forest Association and Ketchikan Pulp Corporation) wanted logging to continue at present levels; others (including Tongass Conservation Society and some local Fish and Game Advisory Boards) felt that too much logging had already occurred, and that harvest levels should be reduced. Other commenters asked that the major Prince of Wales roads be kept open and maintained, both for community needs and to provide access to recreation opportunities; residents of Lab Bay want a connection to the rest of the island's road system. In 1996 the

EXHIBIT 4
Page 58 of 78

comments were generally of the same nature and scope. (See specific sub-headings following the first response.)

**Response:** Based on the many and diverse comments a variety of land use designations have been allocated to different areas on Prince of Wales Island. Prince of Wales Island is a large and diverse area. It has a history of timber management, and a more extensive road system than the rest of Southeast Alaska. There is a growing interest in the scenic and recreation opportunities on the island, and for maintaining the natural conditions of many specific areas. The land use designations chosen for Prince of Wales Island reflect these and other uses, opportunities and concerns. Most of the lands currently being managed for timber harvest, particularly those with roaded access in the northern two-thirds of the island, will continue that activity. Roaded access, both between communities and for resource activities and uses, will be maintained. Many coastal areas, bays and inlets with suitable timber lands where recreation and subsistence are primary uses, and/or where scenic qualities are important (such as along the marine highway and cruise ship routes), will continue to have timber harvest, but modified to minimize the visibility of activities. These areas include:

- Port Protection
- Red Bay and Lake
- Thorne Island and the central eastern shoreline
- southeast side of Trocadero Bay and the Hydaburg Road
- areas west of Hollis, and north of Thorne Bay
- Wolf Lake Area
- West Arm of Cholmondeley Sound
- eastern Suemez Island
- San Juan Bautista Island
- north end of Dall Island

Other areas, where recreation and other uses are associated with natural values, are given the more protective Remote or Semi-remote Recreation allocations. These include:

- lands north and south of Sarkar Lakes
- Salt Lake Bay
- San Fernando Island
- Kegan Lake and vicinity
- the Hessa Lake/Cape Chacon area
- south end of Dall Island

Several areas are proposed as Special Interest Areas, and several rivers or river/lake systems are recommended for inclusion in the National Wild and Scenic Rivers System (see also Honker Divide). These are:

- Karst Areas Geological Area
- Arena Cove/Cape Felix Geological Area
- Soda Springs Geological Area
- Salmon Recreation River
- Sarkar Lakes Wild, Scenic and Recreation River

Following are more detailed comments on specific areas:

**Coffman Cove**

**Comment:** And one of them is there's critical habitat area in VCU 582. This habitat area is to protect the deer coming down off the mountain to the beach. And it has basically blocked the beach road that would go from Eagle Creek to Ratz Harbor. And this is something that our community has been looking forward to seeing built for at least 16 years. They surveyed it 16 years ago. And I would like to see the critical habitat area shifted enough to allow the construction of that road, the beach road from Coffman Cove to Thorne Bay. And that way, we could use the beach road in the

EXHIBIT 4

Page 59 of 78

L-273

**Appendix L**

wintertime, all year long, to go back and forth for sports, school activities, social activities, and it would benefit our community greatly.

- ♦ An active city council has pursued plans to develop Coffman Cove as a community with a diverse economy base. Well, maybe we are, but without our timber jobs, we can't have any other industry here.

- ♦ And Coffman Cove is a timber-dependent community, and there's been lots of study on deer and wildlife, but not much data on the economic impact that the preferred alternative is going to do to these communities and how it's going to affect jobs.

Everyone in Coffman Cove (and Alaska) (excluding natives) is from another state. Traditional lifestyles does not apply here.

**Response:** The area in VCU 582, Baird Peak which was impacting the road corridor has now been allocated to modified landscape which allows timber harvest and road construction. In addition, the specific road route has been added as Transportation Utility Corridor. Portions of VCU's 572, 581 and 580 have been allocated to Timber Production. This LUD emphasizes industrial wood production. The Alaska National Interest Lands Conservation Act (ANILCA), provides that each rural resident is eligible for subsistence gathering. Coffman Cove is considered a rural community and each resident is covered under the Subsistence regulations. The allowable sale quantity is calculated on a Forest basis. Timber sales are scheduled in the Coffman Cove area but not at the same levels of the 1970's and 1980's. Timber industry employees may be required to travel and work away from their homes to continue employment in the industry. The socio-economic effects on the town of Coffman Cove are displayed in the FEIS and were part of the criteria used in selecting an alternative.

## Craig and Vicinity, including Islands to the West

People had this to say about Craig in 1991: The National Forest lands in the Craig watershed should be given the Enacted Municipal Watershed designation (and be so designated) to protect the Craig water supply. (C-C)  The Soda Bay/Tlevak Strait/Ulloa Channel area has valuable wintering range for deer and furbearers: recommended is a 1,000-foot no-harvest buffer along the Prince of Wales shoreline opposite Suemez and Dall Islands. No timber harvest in VCU's 633-635 (Suemez Island). Manage Suemez Island as Primitive Recreation or Old-growth Habitat. VCU's 591 & 592: protect Harmony Islands and the scenic shoreline for its many boaters and important wildlife and subsistence values; no more logging in the Harmony Islands area. San Fernando Island: should develop some recreation cabins there. The scheduled timber harvest for the Trocadero Bay area is inconsistent with the subsistence and multiple-use needs of the people of the island. Additional comments specific to Craig were not received in 1996.

**Response:** The Craig watershed, which supplies Craig City water is in the Municipal Watershed LUD which does not have programmed timber harvest. Recreation use is not expected in the area as public access is restricted across adjacent private lands. The Riparian Forest-wide standards and guidelines apply to all streams in the area. The National Forest lands opposite Suemez and Dall Islands are mostly in the Timber Production and Old-growth Habitat LUDs. The Beach and Estuary Fringe Forest-wide standard and guideline applies to all shoreline areas: an average of 1,000 feet for beaches and 1,000 feet for estuaries. This allows no timber harvest other than salvage logging in these buffers. Suemez Island has three allocations: Modified Landscape on the east side, Timber Production in the northwest, and Special Interest Areas (Arena Cove/Cape Felix) in the south. Salt Lake Bay and the adjacent Harmony Islands (portions of VCU's 591 and 592) are in Semi-primitive Recreation. San Fernando Island, which is allocated to Semi-Remote Recreation, does have one existing cabin (at Point Amargura). Trocadero Bay is allocated to Semi-Remote Recreation, Old-

EXHIBIT   4
Page  60   78

growth Habitat, Scenic Viewshed, and Modified Landscape to provide for subsistence opportunities and scenic and recreation values.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Steamboat Bay: Small Cruiseship Shorewalk (25 people).

**Response:** This area is allocated to a LUD II. Primitive recreation facilities, such as recreation cabins, boat docks, moorings and trails may be constructed and maintained. Minor developments may be compatible with the LUD objectives depending on the scope, purpose, and magnitude of the proposal. A small cruiseship shorewalk may be consistent with the LUD II (determined on case-by-case basis). However, there is a large amount of private land in Steamboat Bay and the development may be more appropriate on private lands.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Warren and Coronation Islands: Day use Wildlife Observatory for 50 people.

**Response:** Warren and Coronation Islands are designated by Congress as wilderness. Wilderness is designated as primitive recreation. The ROS class of primitive recreation states the user will meet less than 3 parties per day, no other parties are within sight or sound of dispersed campsites or cabins. Maximum party size for Warren and Coronation wildernesses specifically is 6 people. Structures and other activities are dependent upon ANILCA provisions. Provide primitive facilities that are in harmony with the natural environment and promote primitive and semi-primitive recreation and tourism experiences.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development on Baker Island: Day Use Recreation (150 people) and Day Use Boat Docks (50 people).

**Response:** This area is allocated to a LUD II. Major recreation developments, designed for the comfort and convenience of more than 12 people are typically discouraged in LUD IIs. Minor recreation developments are evaluated on a case-by-case basis, emphasizing maintenance of a Semi-Primitive ROS setting. Day-use recreation and boat docks may be consistent with the LUD II at reduced use levels.

## Hollis area

In 1991 this is what people said about the Hollis Area. Several Hollis residents and the Hollis Community Council submitted maps with proposed no-harvest areas in the Hollis vicinity (the Hollis watershed and areas across the water). Another group of 16 Hollis residents submitted a proposal for a "bio-buffer" around Hollis: all of VCU 611 and parts of 621 and 622 to be in "natural setting" LUD's (map also submitted). The importance of these areas to Hollis residents for subsistence, recreation, and domestic water were mentioned; also cited were fish and wildlife habitat values (a concern that deer populations would suffer) and tourism (scenic quality). Several commenters (including the American Institute of Fisheries Research Biologists) asked that Indian Creek near Hollis be managed for primitive recreation or as a natural area, so that research of unlogged watersheds started there in the 1950's can continue. There should be more developed recreation opportunities at Karta River. MA K17 should remain in timber production: it is already ecologically compromised, and contain valuable strata C and D timber.

In 1996 this is what people said about the Hollis area. I support any future timber harvest on this island (Hollis). There are certainly areas that should be logged. I think there can be selective

EXHIBIT   4

Page 61 of 78

L-275

# Appendix L

logging. I don't believe that the large thousand-acre clearcuts have -- are precedented, and I believe that the giveaway of our woods is criminal. Scale has to be taken into consideration, and when you go in and selectively cut and you keep that timber in local economies and throughout the state, then I think that you have management plans that will take into consideration the needs of the forest.

**Response:** The National Forest lands to the west (most of VCU 622), and some on the north, of Hollis are in Modified Landscape, where recreation and scenic values will be provided along with allowing timber harvest. Also on the north is the Maybeso Experimental Forest, now somewhat inactive after heavy logging in the past. Beyond that to the northeast (VCU 611) the lands are in Scenic Viewshed and Modified Landscape. To the south and along Twelve mile Arm (the rest of VCU 622, and VCU 621) the main allocation is Old-growth Habitat, with Modified Landscape at the head of the Arm. In addition, whenever the LUD selected for an area allows development activities, the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standard and guideline applies to all beach and estuary shoreline areas. Indian Creek, beyond private land, is about half in Modified Landscape and half in Timber Production (with the Riparian Area LUD applied along the creek). The Karta River is now within Wilderness, where developed facilities would not be allowed. Thousand acre clearcuts do not conform to the standards and guidelines. The Forest Service considers a variety of harvest options when planning timber sales. The foregoing describes most of MA 17.

**Comment:** (1996) One example that the Forest Service has done what I feel is really good science, and it addresses specifically the issue of HCAs ... the Forest Sciences Lab in Juneau...has had 15 plots (HCA's) on this island...These plots include in clearcuts, in pre-thinned areas, in commercially thinned areas, including areas down where the 60-year old-growth is on the Harris River.

**Response:** The Forest Sciences Laboratory is still maintaining these plots, and are expected to continue to study them.

**Comments:** (1996) I wanted to testify about closing Kasaan Bay to commercial fisheries so we can get our subsistence.

**Response:** This comment is outside the scope the Forest Plan document, however, the Alaska Department of Fish and Game regulates the commercial fisheries in saltwater. Please contact the State regarding your concerns.

## Hydaburg and Vicinity, including Cordova Bay

**Comments:** Haida Corporation had several concerns about proposed Forest Service management in the Hydaburg area (1990 DEIS; they did not comment on the Supplement). They felt that areas important to Hydaburg and the Native community were not being recognized for their recreation and subsistence values in any of the alternatives. These areas include several islands (Goat, South Pass, others) which should be managed for scenic quality and recreation, other areas where non-intensive timber harvest may be O.K. (Sukkwan Island), and also the 11 "Haida traditional sites." Manage Sukkwan Island as Primitive Recreation or Old-growth Habitat. VCU's 685, 688 & 689: make them LUD II or add to adjacent Wilderness. The Haida Inlets should have no logging, due to their cultural and other values, and importance to the Haida people. Halt logging plans immediately at Sulzer Portage and Klakas Lake.

**Response:** Based on these comments, the National Forest lands on the east side of Sukkwan Island and on Goat Island, and most of the smaller islands nearby, are allocated to Semi-remote Recreation, as are the National Forest lands in Hetta Inlet. They will be managed for their recreation

EXHIBIT 4
62    78

and subsistence values and scenic qualities. The "Haida Inlets" include Nutkwa and Keete Inlets (VCU 685), Mabel Bay (VCU 688), and Kassa Inlet (VCU 689). National Forest lands in Nutkwa Inlet are now within a Legislated LUD II area and fully protected. Kassa Inlet, Mabel Bay, and Hassiah Inlet are in the Timber Production LUD. Keete Inlet is in Old-growth Habitat which will provide continued subsistence use opportunities in a natural setting. Standards and guidelines for the identification and protection of cultural sites apply to all land use designations, and cultural resource inventories are conducted before any ground-disturbing activities take place. Klakas Lake is in the Wilderness, and Sulzer Portage is in private ownership where the Forest Service has no jurisdiction.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development at Hessa Bay: Backcountry Recreation Lodge (480 people).

**Response:** This area is allocated to a Wilderness LUD. No new permanent facilities are to be constructed in Wilderness, except as consistent with ANILCA, Sections 1303, 1306, 1310, and 1315. A backcountry recreation lodge would be inconsistent with the objectives of the Wilderness LUD.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Hunter Bay: Day-Use Recreation (150 people).

**Response:** This area is allocated to a Wilderness LUD. A party size of no more than 12 is allowed for outfitter/guide operations within designated Wilderness. Day-use recreation would be compatible with the Wilderness LUD, but not at the amount proposed. Development of Day Use Facilities would likely be considered inconsistent with this LUD.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Brownson Bay: Backcountry Recreation Lodge (480 people).

**Response:** This area is allocated to a Wilderness LUD. No new permanent facilities are to be constructed in Wilderness, except as consistent with ANILCA, Sections 1303, 1306, 1310, and 1315. A backcountry recreation lodge would be inconsistent with the objectives of the Wilderness LUD.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following developments in Mabel Bay and Kasook Inlet: Backcountry Recreation Lodge (480 people).

**Response:** These areas are allocated to a Timber Production LUD. The goals of this LUD focus on timber production. While recreation management is considered, the recreation setting in the area would likely be roaded modified (RM). A Backcountry Recreation Lodge of this size would be permissible within this LUD, however, recreation settings in this LUD are frequently classified as Roaded Modified.

## Point Baker/Port Protection and Vicinity

**Comment:** A "huge" amount of logging has already been permitted in this area, to the distress of local residents (Pt. Baker, Port Protection). It is time to stop. Cancel sale #61. Protect from timber harvest and dedicate to subsistence use the drainages into Port Protection, Merrifield and Shipley Bays, and into Red Bay and Red Bay Lake. (SSFG) No logging in Red Bay. Eliminate from timber harvest all unharvested Mt. Calder areas. (SSFG)
 There should be better trails and cabins for Calder and Red Bays. Many comments from Lab Bay residents desiring a road tie to the main Prince of Wales road system (to Calder road or elsewhere).

El Capitan Pass is a narrow, intricate and scenic waterway: cancel sale #113. No logging in VCU's 527 and 529: they are over-harvested now, and the little wildlife habitat remaining is highly important. VCU's 537 & 549: add to Calder-Holbrook LUD II area, they are part of an important wildlife migration route and have scenic values. All north Prince of Wales VCU's not legislatively protected should be in Timber Production: the area is roaded, allowing for economic harvests; most of the recreation use there is motorized use; the "special" areas are now protected (by Legislated LUD II); local residents (Lab Bay) don't object to clearcuts, so scenic restrictions aren't needed. (AFA, KPC)  VCU 549 is already roaded and should be in Timber Production. (AFA, KPC)

In 1993 the Pt. Baker Community Council passed a resolution asking the Forest Service to expand the Memorial Beach Park to incorporate the Humpy/Alder Creek headland to the east and run west to the State of Alaska boundary. We view this area as an important one and becoming more so every year. To sweeten the deal we are even agreeable to a small, primitive four campsite campground to be located in or near this area.

**Response:**  National Forest lands near Port Protection and Point Baker (VCU 527) are allocated to Semi-Remote Recreation. VCU 528 and 529 are allocated to modified landscape, timber production and special area LUD's. Red Bay and adjacent lands are allocated to Modified Landscape with a portion west of Red Bay allocated to Old-growth Habitat. The area surrounding Red Lake has been allocated to scenic viewshed. The Scenic Viewshed and Modified Landscape LUD's will provide for the scenic and recreation values of these areas while allowing timber harvest and associated activities to continue. The area in Shipley Bay not in Legislated LUD II designation has been allocated to Old-growth Habitat LUD.   In addition, the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standard and guideline applies to all beach and estuary shoreline areas, within these LUD's, and within the Timber Production LUD wherever it occurs.

The west face of Mt. Calder, and the lands between there and the west coast, are within a Legislated LUD II area. The east face of Mt. Calder is allocated as a Special Interest Area to protect high value karst lands. Lands adjacent to this to the east are in Timber Production. Purue Peak and El Capitan peak have been allocated to a Special Interest Area designation for the karst features. El Capitan Passage (VCU's 537 and 549) between Tenass Pass and Aneskett Point is mostly in Timber Production, with Modified Landscape to the north and old-growth LUD to the south of Sarkar Cove. The area from Shakan Strait to the El Cap Work Center is allocated to Modified Landscape on the north, and Legislated LUD II on the south. The remainder of northern Prince of Wales is mostly in Timber Production, Modified Landscape or Scenic Viewshed (the latter two applied to other bays and shoreline areas and along portions of the road system). Any additional road construction would be done in conjunction with timber sale activities. Trail and cabin maintenance and construction is normally a Ranger District or Administrative Area responsibility.

**Comments:**  The Alaska Visitor Association (AVA) in 1996 proposed the following development for Shakan Bay: Day-use recreation site for 300 people; and for El Capitan Passage: Overnight Wildlife observatory for 50 people and a backcountry recreation lodge for 50 people.

**Response:**  Shaken Bay, and El Capitan Passage have been designated Modified Landscape to the north and Congressional Designated LUD II (Roadless) to the south. Modified Landscape uses the ROS class Roaded Modified, which permits rustic and rudimentary improvements for site protection and some comfort for users. Minor recreation and tourism developments may be compatible with the LUD objective depending on the scope, purpose, and magnitude of the proposal. Proposals will be evaluated on a case-by case-basis. Project level planning would be required to assessed the impacts of this proposal. The Congressional Designated LUD II provides Primitive and semi-primitive recreation opportunities requiring wildland character. Major concentrated recreation facilities will generally be excluded.

EXHIBIT   4
Page 64 of 78