

United States
Department of
Agriculture

Forest Service

FS-639



# Record of Decision

## Tongass National Forest Land and Resource Management Plan

## Alaska

## April 1999



EXHIBIT 5
Page 1 of 5

**Record of Decision**

# I. Introduction

On May 23, 1997, Regional Forester Phil Janik issued a Record of Decision (1997 ROD) approving the "Revised Land and Resource Management Plan for the Tongass National Forest" (1997 Forest Plan). The 1997 Forest Plan is based on Alternative 11 in the "Tongass Land and Resource Plan Revision Final Environmental Impact Statement [EIS]," with modifications as documented in the 1997 ROD. The decision to approve the 1997 Forest Plan was subject to appeal in accordance with Forest Service appeal regulations at 36 CFR 217. Thirty-three individual notices of appeal were filed on the May 23, 1997, decision. In addition, two lawsuits have been filed that involve the 1997 Forest Plan and subsequent administrative appeals, and the 1997 Forest Plan is implicated in at least one other lawsuit.

I am acting in this Record of Decision (1999 ROD) as both the reviewing officer in the administrative appeals process and as the official in the Department of Agriculture delegated the Secretary's authorities and discretion in managing National Forest System lands. After my review of the 1997 Forest Plan, the planning record, and the administrative appeals, I concluded that I can make the Forest Plan for the Tongass National Forest (Forest) better. I believe the information before me is sufficient for me to decide how to make it better, and I am therefore issuing this 1999 ROD to implement my decision.

The 1997 Forest Plan is a good forest plan. Its partnership with research scientists and innovative "science consistency review" process are particularly noteworthy. The analysis in the plan and public involvement are thorough and can be relied upon. In this 1999 ROD, I am not questioning the analysis of the 1997 Forest Plan or reinterpreting the scientific findings. In fact, I am adopting most of the Regional Forester's decisions in the 1997 Forest Plan. However, I am changing some aspects of the 1997 Forest Plan, not because I find it fails to meet minimum mandatory requirements, but because I conclude that for multiple use reasons the Secretary's responsibilities and authorities should be exercised to make the plan better. My decision changes development land use designations (LUD's) to mostly natural LUD's in 18 Areas of Special Interest totalling approximately 234,000 acres. The 1999 ROD also strengthens a standard and guideline and adds another to address certain wildlife species, to improve subsistence opportunities, and to reduce risk to old-growth ecosystem viability. I describe the rationale for the changes I am making within Section IV of this ROD, "Rationale for Decision."

To reduce the confusion and inconvenience of dealing with two separate documents, I am issuing this 1999 ROD to replace the Regional Forester's May 23, 1997, ROD. This 1999 ROD retains the same format and is substantially similar to the 1997 ROD except where I am choosing to make specific adjustments or amplify the discussion.

This ROD documents my decision to modify the 1997 Forest Plan, and the rationale for making that decision. The adjustments I am making today to the management direction, together with the 1997 Forest Plan, will hereinafter be referred to as the Modified 1997 Forest Plan. The Forest Plan is entitled "Land and Resource Management Plan - Tongass National Forest," dated 1997, and is based on Alternative 11 in the "Tongass Land Management Plan Revision Final Environmental Impact Statement," with adjustments and additional management direction as noted in this ROD. I am directing the Regional Forester to distribute this ROD and make it available as required by Forest Service Handbook (FSH) 1909.15 Chapter 28, and to print and distribute the new map of record for the Modified 1997 Forest Plan that reflects the additional management direction in this document. I am also directing the Regional Forester to update the

**Record of Decision**

tables in the 1997 Forest Plan Appendices to clarify this decision with respect to the Forest's three administrative areas. In addition, I am directing the Regional Forester to add the notices of appeal, the appeal records and decisions, and additional reports and maps generated during my evaluation, to the planning record. Other maps associated with specific resources and other alternatives considered in the Final EIS are labeled "Tongass National Forest Land Management Plan Revision Final" and dated 1996.

I have also elected to exercise discretionary review of the administrative appeals relating to the Regional Forester's approval of the 1997 Forest Plan based upon the modifications in management direction I am approving today (Modified 1997 Forest Plan). This is not a step I take lightly. It is my belief that the continuing controversy and exceptional circumstances surrounding the Tongass Land and Resource Management Plan (TLMP) warrant my direct and immediate participation in order to bring this controversy to closure as quickly as possible so that the Forest Service can move forward with implementation of the Modified 1997 Forest Plan. The residents of Southeast Alaska, their communities and elected officials, as well as business and organizations from the region, have long sought certainty in the management of the Tongass National Forest. A key to this certainty is ensuring the sustainability of the goods and services produced by the Tongass National Forest and all the resources on which they depend. This ROD seeks to provide that certainty built upon a foundation for sustainable natural resource stewardship. I am also doing this to bring an end to the appeals process.

The regulations governing forest plan appeals are not based in a statute that requires an appeal system, but instead are one way the Department meets its responsibilities under the Organic Act (16 U.S.C. 472, 551), the Multiple Use-Sustained Yield Act (16 U.S.C. 528-531) (MUSYA), and the National Forest Management Act (16 U.S.C. 1600, et seq.) (NFMA). As Under Secretary, I am charged to provide leadership in forestry and assure the protection, management, and administration of the national forests (7 CFR 2.20). I am also charged under 7 CFR 2.20(a)(2)(viii) to "exercise the administrative appeal functions of the Secretary of Agriculture in review of decisions of the Chief of the Forest Service pursuant to 36 CFR Parts 215 and 217, and 36 CFR 251 Subpart C."

The regulations governing forest plan appeals (36 CFR 217.17) provide for discretionary review by the Under Secretary. Discretionary review is conducted based on the appeal record presented to the Chief (36 CFR 217.17(e)). The appeal regulations grant broad latitude in deciding when to invoke discretionary review (36 CFR 217.17(a)). The 1997 Forest Plan falls within the scope of the identified factors that include, but are not limited to, the "controversy surrounding the decision, the potential for litigation, whether the decision is precedential in nature, or whether the decision modifies existing or establishes new policy." In fact, probably not since the Secretaries of Agriculture and the Interior jointly signed the 1994 "Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents Within the Range of the Northern Spotted Owl" has there been as compelling a need for final resolution of such a long-standing land management controversy. An expedited discretionary review harms no appellant's interests as the Chief's decision would be subject to discretionary review in any event, and the review is made based on the same record. In sum, expediting the discretionary review portion of the appeal process, although unconventional, is in the best interest of the residents of Southeast Alaska and the public at large, and within the spirit and letter of the appeal regulations.

Forest plans are part of the long-range resource planning framework required by the Forest and Rangeland Renewable Resources Planning Act (RPA), as amended by the NFMA. This

legislation requires each Forest Supervisor to develop a plan that directs management activities on the forest. Forest plans are to be revised when conditions have significantly changed, or at least every 15 years as of the effective date. The Modified 1997 Forest Plan will guide the management of the Tongass National Forest for the next 10 to 15 years.

Management of the many natural resources of the 17 million acre Tongass National Forest has wide-ranging impacts. The Tongass National Forest comprises much of Southeast Alaska. It includes most of the islands of the Alexander Archipelago, and the mainland between these islands and the Canadian border to the east. The unique forest landscape contains over 1,000 islands and dramatically varying topographic relief, with a mosaic of forest, peatlands, steep rocky areas and other nonforested lands. Because of its size, the Tongass National Forest is administered by one Forest Supervisor and two assistant Forest Supervisors.

A primary goal of the Modified 1997 Forest Plan is to provide for the sustainability of the resources of the Tongass National Forest, while directing the coordination of multiple uses, such as outdoor recreation, timber, wildlife, fish, watershed, and wilderness. To accomplish this goal, the Modified 1997 Forest Plan includes a wide range of land allocations spanning from areas that essentially allow no land-disturbing activities to areas allowing intensive resource development, and a set of standards and guidelines that ensure management objectives for these land allocations are met. Recognizing that conditions on the Tongass National Forest do not remain static and that new information is constantly being developed, the Modified 1997 Forest Plan embraces an adaptive management approach. This approach refers to the continuous process of action-based planning, monitoring, research, evaluation, and adjustment, with the objective of improving implementation to achieve desired management goals and objectives.

Throughout the development of the Final EIS and the 1997 Forest Plan, the Regional Forester asked for a plan that would be scientifically credible, resource sustainable and legally sufficient. In my judgment, the modifications I am making with this decision will improve environmental protection measures, more effectively address the concerns of subsistence users of the Tongass, more effectively meet legal requirements, and further reduce potential environmental harm from management activities that implement this Modified 1997 Forest Plan. They also ensure that the Tongass National Forest will continue to produce timber and goods and services on a sustainable basis.

## II. The Decision

The decision I am making today is to modify the 1997 Forest Plan, which is based on Alternative 11 as described in the Final EIS, as further explained in this ROD. The elements of this decision are listed below. My decision does not alter the effects analysis portrayed in the National Environmental Policy Act (NEPA) documents in any meaningful way. To reach my decision, I relied upon management scenarios (including land use designations) that have been analyzed and disclosed in the TLMP revision NEPA documents, and have been available to the public for review and comment. The details of these decision elements may be found in the Modified 1997 Forest Plan chapters or appendices noted.

The adjustments I am making include the modification or addition of two standards and guidelines and changing LUD's for 18 Areas of Special Interest from development to mostly natural. These adjustments are described throughout the rest of this ROD and are displayed in

**Record of Decision**

## IX. Contact Persons

If you would like more information on the Modified 1997 Forest Plan or the Final EIS, please contact any of the following officials:

    Jim Bartelme, Acting Forest Supervisor
    Tongass National Forest, Ketchikan Area
    Federal Building
    Ketchikan, AK 99901
    907-228-6202

    Fred Salinas, Assistant Forest Supervisor
    Tongass National Forest, Chatham Area
    204 Siginaka Way
    Sitka, AK 99835
    907-747-6671

    Carol Jorgensen, Assistant Forest Supervisor
    Tongass National Forest, Stikine Area
    P.O. Box 309
    Petersburg, AK 99833
    907-772-3841

Signature

_____       _____4/13/99_____
JAMES R. LYONS      Date
Under Secretary, NRE

EXHIBIT 5
Page 5 of 5