Table 3 -8. Small old-growth habitat reserve options for VCU 399

| Forest Plan Appendix K Criteria for VCU 399 | | Option 1[a] | Option 2 |
|---|---|---|---|
| **General Criteria** | | | |
| Total acres - should be at least 4,088 acres[b] | | 2,628 | 4,159 |
| Acres of POG – should be at least 2,044 acres[c] | | 2,386 | 3,770 |
| Shape | | Linear | Circular-Linear |
| Acres of early seral habitat included | | 154 | 99 |
| Miles of classified road included | | 2.91 | 4.75 |
| **Site-specific Factors** | | | |
| Acres of important deer winter habitat (HSI 0.6 – 1.0) | | 508 | 523 |
| Acres of high value marten habitat (HSI 0.9 – 1.0) | | 1,466 | 2,501 |
| Total acres of high volume strata | | 1,462 | 2,623 |
| Total acres of medium volume strata | | 422 | 852 |
| Total acres of low volume strata | | 52 | 175 |
| Total acres below 1500 ft. elevation | | 2,229 | 3,722 |
| Total acres below 800 ft. elevation | | 1,893 | 2,082 |
| Contains the largest blocks of contiguous old growth within a watershed? | | Yes | Yes |
| Known or suspected goshawk nesting habitat | | No | No |
| Connectivity to other OGRs | | Yes | Yes |
| Known or suspected marbled murrelet nesting habitat | | No | No |
| Rare features | Acres of coarse canopy forest | 815 | 1,454 |

[a] Includes acres on several small islands off Kuiu Island shore
[b] 16 percent of VCU acres need to be within the small OGR
[c] 50 percent of the 16 percent must be in POG

EXHIBIT 6
Page 16 of 54

Table 3 - 9. Small old-growth habitat reserve options for VCU 402

| Forest Plan Appendix K Criteria for VCU 402 | | Option 1 | Option 2 |
|---|---|---|---|
| **General Criteria** | | | |
| Total acres - should be at least 5,197 acres[a] | | 4,044 | 5,273 |
| Acres of POG – should be at least 2,599 acres[b] | | 3,198 | 4,220 |
| Shape | | Linear | Linear |
| Acres of early seral habitat included | | 215 | 361 |
| Miles of classified road included | | 1.93 | 1.35 |
| **Site-specific Factors** | | | |
| Acres of important deer winter habitat (HSI 0.6 – 1.0) | | 712 | 1,113 |
| Acres of high value marten habitat (HSI 0.9 – 1.0) | | 1,895 | 2,520 |
| Total acres of high volume strata | | 1,787 | 2,575 |
| Total acres of medium volume strata | | 495 | 712 |
| Total acres of low volume strata | | 360 | 371 |
| Total acres below 1500 ft. elevation | | 3,963 | 5,008 |
| Total acres below 800 ft. elevation | | 3,480 | 4,327 |
| Contains the largest blocks of contiguous old growth within a watershed? | | No | No |
| Known or suspected goshawk nesting habitat | | Yes – directly adjacent | Yes – directly adjacent |
| Connectivity to other OGRs | | Yes | Yes |
| Known or suspected marbled murrelet nesting habitat | | No | No |
| Rare features | Acres of coarse canopy forest | 541 | 748 |

[a] 16 percent of VCU acres need to be within the small OGR
[b] 50 percent of the 16 percent must be in POG

## 3.3.6 Environmental Consequences

### 3.3.6.1 Direct and Indirect Effects

The proposed changes to the small OGRs in VCUs 398, 399, and 402 constitute a non-significant amendment to the Forest Plan for the project area because it brings the existing small old-growth habitat reserves into compliance with Forest Plan direction. The small reserves in VCUs 419 and 420 were adjusted during the Threemile

EXHIBIT 6
Page 17 of 54

timber sale and were analyzed in the Threemile FEIS. Proposed changes in small old-growth habitat reserves in VCUs 416, 417, and 418 will be analyzed when planning is done in those areas.

## 3.3.8. Affected Environment

Most impacts from timber harvest activities occur in productive old-growth habitats and are the main focus of this discussion since these areas are the most at risk (Table 3-10). These forests are an important component of the temperate rain forest ecosystem of Southeast Alaska comprising the majority of the forested lands in the Kuiu Timber Sale Area. This habitat consists of different tree species that vary in form, composition, function, and suitability to different species of wildlife.

Old-growth forest is structurally complex and provides unique habitat for many species of plants and animals. These forests have broken, multi-layered canopies through which sunlight penetrates to the forest floor. Water, disease, and wind act as the driving forces behind forest changes in Southeast Alaska.

### 3.3.8.1 Productive Old-growth (POG)

The trees growing in productive old-growth exhibit wide ranges of diameters, heights, and stand structure characteristics. This habitat contains high biological diversity by providing genetic source material to maintain populations of plants and animals (Roman et al. 2001).

Table 3 – 10. Historic and current POG acres

| | 1954 (historic condition) | 2005 (existing condition) | Percent change from historic to existing condition[a] |
|---|---|---|---|
| WAA 5012 | 112,677 acres | 90,856 acres | -19 % |
| Project Area (46,102 acres) | 37,505 acres | 27,112 acres | -28 % |

[a] Change in POG includes harvest units and blowdown within project area.

### 3.3.8.2 High Volume Old-growth

High volume old-growth forests provide good thermal cover for wildlife in the winter. This habitat is given higher values when calculating the winter habitat capability for both deer and marten. All high volume strata less than 1,500 feet in elevation is considered high value habitat for marten and Queen Charlotte goshawk habitat, and high volume old-growth below 800 feet in elevation is considered high value deer habitat.

EXHIBIT 6
Page 18 of 54

### 3.3.8.3 Medium Volume Old-growth

The stands are uneven-aged, with numerous gaps in the overhead canopy. The more open canopy results in a thicker understory, but it is subject to burial by snow in the winter. Huckleberry is more abundant on these sites and ferns are less common. Winter thermal cover for wildlife is generally considered moderate.

### 3.3.8.4 Low Volume Old-growth

The overstory is relatively open, with 20-50 percent canopy closure, and tree height typically less than 60 feet. Western hemlock and cedar predominate. With tall brushy thickets of blueberry and rusty menziesia, the production of forbs and ferns tends to be low. Lichens are relatively abundant. Thermal cover for wildlife is considered poor.

### 3.3.8.5 Effects to high, medium, and low POG

The proposed alternatives affect the high, medium, and low volume POG differently. High volume POG contains some of the highest biological diversity and has generally been harvested the most. Table 3-11 shows the historic, current, and proposed timber harvest of high, medium, and low POG within the project area.

Table 3 - 11. Effects of the proposed alternatives on POG habitat[a]

| Productive Old -growth | Historical Condition (1954) | Alt 1 No Action | Alt 2 | Alt 3 | Alt 4 Proposed Action | Alt 5 |
|---|---|---|---|---|---|---|
| Acres | 37,505 | 27,112 | 26,628 | 26,329 | 25,710 | 25,906 |
| High volume strata | | 21,251 | 20,849 | 20,622 | 20,062 | 20,304 |
| Medium volume strata | | 5,211 | 5,147 | 5,078 | 5,028 | 4,982 |
| Low volume strata | | 650 | 632 | 629 | 620 | 620 |
| Percent current POG remaining after harvest | | 100% | 98% | 97% | 95% | 96% |
| Percent historic POG remaining after harvest | | 72% | 71% | 70% | 69% | 69% |

[a] Acres of volume strata harvested in each alternative does not equal the total unit size due to some "non" POG acres identified in GIS. These acres may be "holes" of unidentified volume in the GIS layer, or MMI-4 Soils (see the Soils and Geology section in this chapter).

EXHIBIT 6
Page 19 of 54

Approximately 28 percent of the historic POG has been harvested. Historic information of how much was high volume is not available. However, Table 3-11 shows that a large percentage of the total POG is high volume; therefore it is likely that the majority of the volume previously harvested was high volume strata as well. It is possible to more accurately track the proposed actions on the current level of POG.

Alternative 2 would harvest 402 acres of high volume, 64 acres of medium volume, and 18 acres of low volume. Approximately seven acres appear as "non-volume" which represents nonforested areas within units or slivers of areas in GIS that have not been identified.

Alternative 3 would harvest 629 acres of high volume, 133 acres of medium volume, and 21 acres of the low volume. Approximately 11 acres appear as "non-volume" which represents nonforested areas within units or slivers of areas in GIS that have not been identified.

Alternative 4 would harvest 1,189 acres of high volume, 183 acres of medium volume, and 30 acres of low volume. Approximately 23 acres appear as "non-volume" which represents nonforested areas within units or slivers of areas in GIS that have not been identified.

Alternative 5 would harvest 947 acres of high volume, 229 acres of medium volume, and 30 acres of low volume. Approximately 25 acres appear as "non-volume" which represents nonforested areas within units or slivers of areas in GIS that have not been identified.

#### 3.3.8.6 Coarse Canopy Old-growth

Certain types of old-growth habitat, particularly low elevation, very high-volume stands, are rare in the Tongass National Forest. Only four percent of the entire Tongass land base is composed of this type of old-growth. These sites are portrayed by volume class 6 and 7 and described as high volume – coarse texture. The term "coarse canopy" is used to describe these stands. These stands have low to moderate densities of tall large diameter trees that are consistently distributed within the stand. These stands are considered to be important to some old-growth associated species and may have areas containing the highest biological diversity (Caouette et al. 2000). Table 3-12 displays the existing amount of coarse canopy in the project area (Alternative 1), and the amount of coarse canopy proposed for harvest by alternative.

EXHIBIT 6
Page 20 of 54

Table 3 - 12. Acres of coarse canopy (Volume Class 6 and 7) harvested by alternative

| Project Area coarse canopy | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Historic (1954)[a] acres | 26,558 | N/A | N/A | N/A | N/A |
| Current acres[b] | 13,009 | 12,781 | 12,675 | 12,196 | 12,456 |
| Percent change from historic condition | -51 % | -52 % | -52 % | -54 % | -53 % |
| Percent change from current condition | | -2 % | -3 % | -6 % | -4 % |

[a]Differences between historic and current acres include management activities such as timber harvest and road building as well as natural events such as windthrow. Acres of historic coarse canopy are approximate as coarse canopy was not measured in early harvest units.
[b] Acres are approximate and may differ due to rounding factors.

### 3.3.8.7 Matrix

A component of the old-growth conservation strategy is the availability of management lands subject to timber harvest, or the "matrix." Forest Plan standards and guidelines that apply to these lands prohibit timber harvest over much of the area to protect specific resource and landscape components. Examples include riparian buffers, beach fringes and estuary areas, and areas with soils and water standards and guideline exemptions. On average, 57 percent of the original 1954 (pre-industrial timber harvest) forest lands within the matrix will remain unharvested on a forest wide basis (Forest Plan FEIS p. 3-382). Within the project area least 35 percent of the matrix lands are unavailable for timber harvest consideration and will not be harvested (Forest Plan FEIS p. 3-387). They will remain standing throughout the 100 year planning horizon.

Some components of the matrix are spatially explicit such as the complete protection of the 1,000-foot beach and estuary fringe throughout the Tongass. This area represents a substantial amount (26,648 acres on Kuiu Island; 2,672 acres in the project area) of the retained natural forest mosaic. Riparian buffers were designed to maintain the integrity of the riparian ecosystem and not diminish the capability of these systems to produce aquatic resources. Other standards and guidelines preclude or significantly limit timber harvest

EXHIBIT 6
Page 21 of 54

on high hazard soils, karst terrain, visually sensitive areas along marine highway routes, and areas technically infeasible for timber harvest.

#### 3.3.8.7 Direct and Indirect Effects

The amount of productive old-growth habitat in the project area is well within the Forest Plan predictions. Depending on which action alternative is chosen, between 69 and 71 percent of the historic POG would remain in the project area following harvest.

Coarse canopy old-growth habitat in the project area has been reduced by approximately 51 percent from historic levels (1954). The action alternatives would cause an additional two to six percent reduction depending upon which alternative is chosen.

### 3.3.9 Management Indicator Species and Species of Concern

Management indicator species (MIS) are those wildlife species whose responses to land management activities can be used to predict the likely response of a wide range of other species with similar habitat requirements. Under the MIS concept, the responses to management activities of relatively few species are studied and monitored in order to predict the impacts to entire assemblages of species and associated habitats (Table 3-13). MIS are used to assess population viability and biological diversity.

The following MIS are known to occur on Kuiu Island: Sitka black-tailed deer, Alexander Archipelago wolf, American marten, black bear, river otter, red squirrel, bald eagle, red-breasted sapsucker, hairy woodpecker, and brown creeper. These species, with the exception of black bear, wolf, and red squirrel, are associated with old-growth forests during part of their life cycle and therefore may be affected by the proposed management activities in the project area.

Impacts to MIS species will be assessed by applying Habitat Capability Modeling (HCM) to Sitka black-tailed deer and American marten, as well as analysis of site-specific habitat features such as snow levels, high volume old-growth habitat, fragmentation and condition of interior forests, elevation, and local knowledge of the area. The wildlife models are best suited, by their nature, for comparison of proposed land management activities. These models should not be used to predict animal population numbers at some future date.

The model outputs are best used as an index of risk to rank planning alternatives. For example, the statement "the model predicts a habitat capable of supporting 324 animals by year 2054 in Alternative 1" is misleading. This infers that the model has the ability to predict habitat capability for animal numbers. Conversely, the statement "of the five alternatives, Alternative 1 has the highest habitat capability score at year 2054" is more useful. This correctly implies that habitat features

Exhibit 6
Page 22 of 54

associated with animal use will be more abundant in Alternative 1. Experimentally, the link between habitat capability and actual wildlife population has not been proven.

How habitat scores affect the fundamental limits governing animal populations has not been determined. It is assumed that a reduction in habitat suitability index (HSI) scores results in a reduction in carrying capacity. To understand the effect of habitat changes on populations, we need to link HSI scores to mortality, natality, habitat patch size, and emigration and immigration estimates. Furthermore, to predict a future population, information is needed on the population's current density, age, and sex composition.

Table 3-13. Management Indicator Species and Species of Concern

| Management Indicator Species | Potential habitat in project area? | Carried forward for analysis? |
|---|---|---|
| **Sitka Black-tailed Deer** | YES | YES |
| **Alexander Archipelago Wolf** | YES | YES |
| **American Marten** | YES | YES |
| **Red Squirrel** | YES | No. There is no concern with red squirrel habitat; leave trees, riparian buffers and the matrix retain sufficient habitat. |
| **River Otter** | YES | No. The majority of river otter habitat is protected by Forest Plan standards and guidelines. |
| **Black Bear** | YES | YES |
| **Bald Eagle** | NO | No. The majority of bald eagle nesting and foraging habitat is protected by Forest Plan standards and guidelines. |
| **Hairy Woodpecker, Brown Creeper** | YES | No. Cryptic behavior and the difficulty in monitoring these species. |
| **Neotropical Migratory Birds** | YES | No. Habitat considerations are included in biodiversity (i.e., old-growth) analyses. |

In short, biologists are unable to predict wildlife populations into the future, except in the most general of terms. Maybe thinking of "phantom" or "paper" animal numbers will assist in understanding

EXHIBIT 6
Page 23 of 54

these figures. These are the animals that a particular habitat could produce if biologists had perfect knowledge of the existing habitat, animal numbers, predation, and disease agents in the population.

For a more in-depth discussion of the reliability of habitat capability models please refer to "The Role and Reliability of Habitat Capability Models" (DeGayner 1992, available in the project planning record).

The model is a good tool to compare the changes in habitat between historic, current, and proposed actions and will be used as such.

### 3.3.9.1 American Marten

An important furbearer representing upland forested old-growth (forests with large snags, and downed logs for dens and prey habitat), marten are sensitive to human access. Saltwater and freshwater influence zones and upland old growth forests are important ecological zones.

Marten are members of the weasel family and are dependent on over-mature forests, including beach fringe and riparian habitats. Marten prefer mature conifer or mixed forest stands, although they may be adaptable to a variety of forest habitats (Soutiere 1979). Use of habitats by marten depends upon occurrence and availability of food and cover characteristics.

Snags provide important den sites for marten for resting activities in both winter and summer (Spencer 1987). They use the tops of broken snags as resting sites in the summer and cavities in winter and summer. Preferred snags range from 14 to 49-inches DBH (Campbell 1979, Spencer 1987).

#### *Forest Plan Marten Standards and Guidelines*

Standards and guidelines found in the Forest Plan mitigate harvest activities on marten habitat. Kuiu Island does not occur within one of the biogeographic regions where high risks have been determined. Recently, however, there has been concern expressed about the metapopulation of marten found on Kuiu Island. It has been hypothesized that the coastal subspecies (*Martes caurina*) and the continental subspecies (*Martes americana*) are hybridizing. Because very narrow stretches of saltwater separate the islands of Mitkof, Kupreanof, and Kuiu from each other and the mainland, this immigration appears to be a natural occurrence (Cook et al. 2001).

#### *Marten Habitat Capability Model*

The Forest Plan marten model (Suring et al. 1991) was used to analyze the effects of the alternatives on marten in the Kuiu Timber Sale Area. The model assumes that optimal habitat for marten must have: (1)

EXHIBIT 6
Page 24 of 54

sufficient protective canopy cover, and (2) available prey species. A habitat suitability index (HSI) is assigned to areas based on volume, stand size class (stand age), presence of beach fringe or riparian habitat, and elevation. The model assumes that habitat with an HSI value of 1.0 is capable of supporting a marten population density of 2.7 marten per square mile. The result is a theoretical maximum carrying capacity and does not represent actual population numbers. Figure 3-4 displays the marten habitat capability values in the Kuiu Timber Sale Area. This habitat also represents important Queen Charlotte goshawk nesting and foraging habitat (TPIT 1998).

The marten model results show that the current marten habitat capability in the project area is approximately 23 percent lower than the historic (1954) condition (Table 3-14). This reduction is a result of previous timber harvests in the area.

Table 3 - 14. Marten habitat capability in the Kuiu Timber Sale Area

| | Habitat capability | Percent change from historic (1954) condition |
|---|---|---|
| **Historic (1954) condition** | 146 | 0 |
| **Current (2005) condition** | 112 | 23% |

[a] theoretical maximum number of marten that the project area can support over time, according to the current marten habitat capability model

Table 3-15 displays the effects of the alternatives on marten habitat capability in the Kuiu Timber Sale Area. As the table shows, the direct effects of the alternatives on marten habitat capability in the project area are small. The reduction in current marten habitat capability in the project area would range from less than one percent in Alternative 2, to up to four percent in Alternatives 4 and 5. This would amount to a cumulative reduction of 24 to 26 percent, depending on the action alternative selected, when considering the effects of past timber harvest that have occurred since 1954.

EXHIBIT 6
Page 25 of 54

Table 3 -15. Marten habitat capability in the Kuiu Timber Sale Area by alternative

| Historic marten habitat capability (146)[a] | Alternative | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Marten habitat capability after harvest | 112 | 111 | 110 | 108 | 108 |
| Change from current (2005) condition | | -<1% | -2% | -4% | -4% |
| Percent change from 1954 | -23% | -24% | -25% | -26% | -26% |

[a] theoretical maximum number of marten that the project area can support over time, according to the current marten habitat capability model

### High Value Marten Habitat

High value marten habitat is defined as high volume strata old-growth stands below 1,500 feet in elevation. These areas have a marten habitat suitability index (HSI) of 0.9 and above. This habitat type also represents highly suitable goshawk nesting and foraging habitat. Table 3-16 compares the current (2005) acres of high value marten habitat in the Kuiu Timber Sale Area to the historic (1954) condition. To put these values into a broader ecological perspective, these changes are compared to the changes that have occurred within Wildlife Analysis Area (WAA) 5012.

Table 3-16 shows that high value marten habitat acres have been reduced approximately 29 percent within WAA 5012, compared to a reduction of approximately 34 percent within the Kuiu Timber Sale Area. The effects of the alternatives on the amount of high value marten habitat remaining in the project area are shown in Table 3-17. The reduction in the acres of current high value marten habitat would range from approximately two percent in Alternative 2 to approximately six percent in Alternative 4.

EXHIBIT 6
Page 26 of 54

Table 3 - 16. High value marten habitat acres compared to historic (1954) condition – WAA 5012 and the Kuiu Timber Sale Area

| | | |
|---|---|---|
| **WAA 5012** | **Historical (1954) condition** | 72,847 |
| | **Current (2005) condition** | 51,614 |
| | **Percent change** | -29% |
| **Kuiu Timber Sale Area** | **Historical (1954) condition** | 30,110 |
| | **Current (2005) condition** | 19,778 |
| | **Percent change** | -34% |

Table 3 -17. High value marten habitat in the Kuiu Timber Sale Area remaining after harvest by alternative

| **Historic condition - 30,110 acres** | **Alternative** | | | | |
|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** |
| **Acres remaining after harvest** | 19,778 | 19,375 | 19,148 | 18,602 | 18,839 |
| **Percent reduction from current condition** | 0% | 2% | 3% | 6% | 5% |
| **Percent reduction from historical condition**[a] | 34% | 36% | 36% | 38% | 37% |

[a] It is estimated that there were approximately 30,110 acres of high value marten habitat in the Kuiu Timber Sale Area in 1954. This is the figure used to represent the "historical condition."

## 3.3.10 Sitka Black-tailed Deer

The Sitka black-tailed deer receives the highest sport hunting and subsistence use of all terrestrial species in Southeast Alaska. In ADF&G's Game Management Unit 3, where Kuiu Island is located, deer are extremely important. All the communities in this region utilize this resource. Maintaining sufficient habitat to ensure the continued existence of this species is a priority for the Forest Service.

Sitka black-tailed deer is a MIS that prefers higher volume old-growth forests during winters with deep snow conditions. Young clearcuts provide poor winter habitat because they lack overstory canopies that can intercept snowfall. Older second-growth stands are typically poor winter habitat because they generally have closed canopies that shade out understory forage species. Important deer wintering areas within

EXHIBIT 6
Page 27 of 54

the Kuiu Timber Sale Area include lower elevation forests on south aspects and adjacent to marine waters where snowfall is somewhat moderated by warmer weather.

The quantity and quality of winter habitat is considered the most limiting factor for Sitka black-tailed deer in Southeast Alaska (Suring et al. 1992). Winter snow conditions affect deer populations through decreased forage availability, specifically in clearcut areas, and increased energy expenditures. The highest quality winter habitat exists on south-facing slopes below 800 feet in elevation, dominated by stands of timber in the high volume old-growth strata. The combination of a dense canopy with scattered openings allows forage growth in the openings, while the canopy modifies snowfall sufficiently to promote availability of forage and movement of deer.

Early successional stands provide forage for deer during mild winters and the remaining seasons. Sitka black-tailed deer disperse through and use a variety of vegetation communities throughout the year, and no specific corridor requirements have been identified.

Every 20 to 40 years a severe winter kills large numbers of deer. On the Petersburg Ranger District, this last occurred during the winters of 1971-72 (Brainard 1996). Cold weather with higher than normal persistent snowfall caused the animal populations to decline.

The deer returned rapidly on Prince of Wales and Admiralty Islands but not on Kuiu, Kupreanof, and Mitkof. The die-off was more severe on the islands of Kuiu, Kupreanof, and Mitkof for several reasons:

- Wolf populations were rebounding from the discontinued wolf control program of the late 1960s.
- Weather patterns kept the snow pack from melting.
- Heavy black bear and wolf predation kept the population low.

Currently, deer populations have rebounded to a huntable population. In 1992, ADF&G re-opened the hunting season for deer on all islands in Game Management Unit 3 (Mitkof, Kupreanof, and Kuiu Islands).

### 3.3.10.1 Direct and Indirect Effects

#### *Effects of silvicultural treatments on deer habitat*

Changes in deer habitat from timber harvest may increase populations in the short-run. However, if stands mature in a natural fashion, habitat will decrease in value over time through plant succession. Several silvicultural treatments are available to maintain the habitat value for deer, and other species, through time. Pre-commercial thinning, commercial thinning, and pruning may help maintain the understory in these stands longer.

EXHIBIT 6
Page 28 of 54

It was speculated in the Crane/Rowan Mountain FEIS, that partial harvest prescriptions would have no major impact on the deer population on Kuiu Island. This prediction was based on the small percent of the stand removed. These prescriptions were developed by observing the natural patterns of wind damage on Kuiu Island. Mimicking the within-stand structures produced by these occurrences allows removal of a high value forest product while not disrupting animal populations. However, individual animals within a population may be disturbed for the duration of harvest activities.

Historic partial harvest treatments (50 percent retention) on the Tongass National Forest studied by Bob Deal (2001) show that these treatments could provide deer food and habitat better than clear-cut treatments. Partial harvest stands do not show the dramatic rise and fall of blueberry abundance in stands 20 to 80 years after clearcutting. Deal also noted that the decrease in blueberry abundance following partial harvest was small when compared to that of clear-cutting. Community plant structures in the forests of Southeast Alaska appear to be resilient to moderate ranges of partial cutting (below 50 percent basal area removal). Overall, partial cutting maintained diverse and abundant plant understories comparable to the plant communities typically found in old growth stands (Deal 2001).

Partial harvest can increase both deer and moose use of areas. In Thomas Bay, the Petersburg Ranger District harvested two 20-acre blocks. One block had 20 percent of the volume in an overstory removed and the second block had 40 percent removed. This harvest occurred in 1983-84. In 1995, Petersburg District wildlife biologists Joe Doerr and Jim Brainard returned to measure moose and deer use of these two treatments and compared the results to two 20-acre untreated blocks directly adjacent to the treatment plots. The 20 percent and 40 percent overstory removal treatments increased the deer and moose use by 80 to 280 percent for these two treatments, respectively (Doerr 1995).

Within the project area, harvest varies by alternative and by prescription. When the prescription is combined with the important deer winter habitat, which is also recognized as high value habitat for marten and goshawk (POG below 800 feet in elevation), the effects of the proposed alternatives can be measured through the reduction of acres of this high value habitat by prescription (Table 3-18).

EXHIBIT 6
Page 29 of 54

Table 3 - 18. Acres of POG high value wildlife habitat (below 800 feet) harvested

| Current Condition: 14,481 acres POG below 800 feet | Alt 1 (current condition) | Alt 2 | Alt 3 | Alt 4 (proposed action) | Alt 5 |
|---|---|---|---|---|---|
| Acres harvested below 800 ft with 50% retention | 0 | 151 | 146 | 141 | 0 |
| Acres clearcut below 800 ft. | 0 | 96 | 90 | 341 | 446 |
| Total acres harvested below 800 ft. | 0 | 247 | 236 | 482 | 446 |
| Percent of total acres harvested below 800 ft with 50% retention | | 61% | 62% | 29% | 0 |

### 3.3.10.2 Deer Habitat Capability Model

The deer habitat capability model developed for the Forest Plan was used to predict the potential number of deer that the habitat within the Kuiu Timber Sale Area can support over time. The result is not an actual population number, but a theoretical long-term carrying capacity given normal winter conditions.

The habitat capability models used for the Forest Plan analysis are useful for comparing alternatives, but were never meant to predict population numbers (DeGayner 1992; Person 2001). They do this, but they will probably overestimate the population predictions by approximately 30 percent (Person et al. 1997). Rather, these models were designed to make distinctions between alternative treatments and they do this relatively well.

The Habitat Suitability Index (HSI) generated by the deer habitat capability model ranges in value from 0, indicating no habitat value, to 1.3, indicating the optimal habitat value. The deer model assigns the highest HSI value (1.3) to areas in high volume strata on south-facing slopes below 800 feet elevation where average winter snow depths are low. The lowest values (0.01-0.02) are assigned to harvested stands greater than 25 years old and less than 200 years old, and harvested stands less than or equal to 25 years old in areas with high average winter snow depths. Productive old-growth forest and harvested stands up to 25 years old receive moderate to high scores depending on aspect, elevation, and average winter snow depths. Areas above 1,500 feet elevation are not considered suitable for deer winter habitat and receive an HSI score of 0.

Exhibit 6
Page 30 of 54

