The deer model assumes that an area with an HSI value of 1.0 could support 100 deer per square mile. The result is a theoretical long-term deer carrying capacity, or deer habitat capability, for the project area based on the area's cumulative HSI values. This number represents the theoretical maximum number of deer that an area can support over the long term, assuming normal winter conditions. It is useful for estimating changes in habitat capability resulting from timber harvest activities, but is not intended to estimate actual deer populations.

Habitat Capability Models have been used by the Forest Service to document the suitability of habitat for wildlife species (Noss 1990). These models use physical and biological characteristics to determine a Habitat Suitability Index (HSI) value for all habitat types throughout the area of analysis. Acres within the analysis area are assigned an HSI value by the model. Acres with a zero value (such as lakes) are removed from the data as they have no habitat value for deer and the remaining acres are divided into four groups of somewhat equal size called quartiles. Each quartile is given a value between 1 and 4 with 1 being the lowest value habitat and 4 the highest value winter habitat[1]. High value deer habitat is evaluated and assigned for each project area and may vary between analysis areas.

The deer model was run for WAA 5012, of which the Kuiu Timber Sale Area is a part (Table 3-19), to calculate the quartile groups for the HSI values. The results were generated using the quartile model developed by the Forest Service and the State of Alaska as a means of describing important deer winter range (Agreement No. 00MOU-111001-026). Pre-harvest conditions present in 1954 were used to give a general indication of the overall habitat quality within the WAA.

The HSI values established in this method were then assigned to similar habitat types within the project area. The changes between historic and current conditions are shown in Table 3-20.

All HSI values have the capability to support deer to some level. As stated above the higher the HSI value the better the deer habitat (Table 3-21).

---

[1] Because HSI values are not distributed equally among the acres of deer habitat, HSI values are divided as close to four equal areas as possible.

EXHIBIT 6
Page 31 of 54

# 3 Environment and Effects

Table 3 -19. WAA 5012 deer habitat suitability indices – historic (1954) and current (2005) condition

| Quartile | HSI values | 1954 acres | 2005 Acres | Percent change |
|---|---|---|---|---|
| 1 | 0.01 - 0.20 | 30,536 | 50,023 | +39% |
| 2 | 0.23 - 0.36 | 32,929 | 33,393 | +1% |
| 3 | 0.40 - 0.50 | 27,798 | 21,643 | -22% |
| 4 | 0.60 - 1.0 | 35,766 | 21,971 | -39% |

Table 3 -20. Kuiu Timber Sale Area deer habitat suitability indices – historic (1954) and current (2005) condition

| Quartile | HSI values | 1954 acres | 2005 Acres | Percent change |
|---|---|---|---|---|
| 1 | 0.01 - 0.20 | 6,872 | 16,613 | +59% |
| 2 | 0.23 - 0.36 | 20,486 | 10,369 | -49% |
| 3 | 0.40 - 0.50 | 11,546 | 8,411 | -27% |
| 4 | 0.60 - 1.0 | 13,313 | 6,824 | -49% |

Table 3 – 21. Deer habitat capability of WAA 5012 by alternative

|  | 1954 | Alt 1 | Alt 2 | Alt 3 | Alt 4 | Alt 5 |
|---|---|---|---|---|---|---|
| Estimated number of animals [a] | 8,535 | 6,641 | 6,614 | 6,606 | 6,569 | 6,581 |
| Percent change from historic condition |  | 22% | 23% | 23% | 24% | 23% |
| Percent change from current condition |  | <1% | <1% | <1% | 1% | 1% |

[a] theoretical maximum number of deer that the project area can support over time, according to the current deer habitat capability model

EXHIBIT 6
Page 32 of 54

# Issue 2: Wildlife Habitat and Subsistence Use 3

Tables 3-22 and 3-23 show that the capability of the project area to support deer has been reduced approximately 31 percent as a result of previous timber harvest, and by 2045 the deer habitat capability will have declined a total of 34 percent. As mentioned previously, as the stands reach the stem exclusion age, which the deer model assumes will occur at 26 years after harvest, deer habitat is reduced with the loss of browse. Many of the existing managed stands in the project area are over 30 years of age, so the modeled decline may have begun to occur. Those stands under 30 years of age will show a decline in deer habitat capability within a few years, according to the model. The year 2045 is used to represent the future condition in this analysis to include the effects of the proposed timber harvest on future deer habitat capability in the project area.

Table 3 - 22. Historic (1954) and current (2005) deer habitat suitability indices for deer winter habitat in the Kuiu Timber Sale Area

| HSI | Acres[a] | Deer habitat capability | Acres[a] | Deer habitat capability |
|---|---|---|---|---|
| | 1954 | | 2005 | |
| .01-.02 | 0 | 0 | 5,637 | 13 |
| .03-.09 | 1,006 | 11 | 1,557 | 18 |
| .1-.19 | 4,943 | 110 | 7,667 | 166 |
| .2-.28 | 6,668 | 250 | 7,903 | 292 |
| .3-.39 | 4,741 | 232 | 4,217 | 207 |
| .4-.45 | 4,492 | 287 | 3,728 | 239 |
| .5-.56 | 7,054 | 551 | 4,683 | 366 |
| .6-.65 | 4,450 | 417 | 2,355 | 221 |
| .7-.78 | 0 | 0 | 0 | 0 |
| .8 | 5,334 | 667 | 2,687 | 336 |
| 1.0 | 3,529 | 551 | 1,781 | 278 |
| 1.1-1.3 | 0 | 0 | 0 | 0 |
| Total | 44,217 | 3,076 | 42,217 | 2,136 |

[a] acres are rounded to the nearest whole acre

EXHIBIT 6
Page 33  54

# 3 Environment and Effects

Table 3 - 23. Deer winter habitat capability in the Kuiu Timber Sale Area

|  | Deer habitat capability[a] | Percent change from original (1954) condition |
|---|---|---|
| Historic (1954) condition | 3,076 | N/A |
| Current (2005) condition | 2,136 | 31% |
| Future (2045) condition | 2,034 | 34% |

[a] theoretical maximum number of deer that the project area can support over time, according to the current deer habitat capability model

Table 3-22 displays the historic and current range and acres of HSI values in the Kuiu Timber Sale Area and the associated deer habitat capability represented by each range of HSI values. The differences between the 1954 and 2005 ranges give a general indication of how previous timber harvests have changed the area's ability to support deer in the project area. Currently, for example, there are approximately 5,637 acres of deer winter habitat with HSI values of .01-.02 whereas the 1954 values in Table 3-22 show zero acres of this habitat. These acres represent managed stands that have reached the stem exclusion stage, which is modeled to occur at 26 years after harvest.

Table 3-24 displays the effects of the alternatives on deer habitat capability in the Kuiu Timber Sale Area. The results indicate that the decrease in current deer habitat capability in the project area, as a result of the proposed timber harvest, would range from two percent to approximately four percent, depending on the alternative selected. When all existing and proposed managed stands have reached the stem exclusion stage by the year 2045, the model predicts that the cumulative decline in the project area deer habitat capability would range from 34 to 37 percent, depending on the alternative selected. This analysis does not include the potential benefits from thinning.

### High Value Deer Winter Habitat

For this analysis, high value deer winter habitat was identified using the quartile approach mentioned above. This analysis showed that the highest HSI values on roughly 25 percent of the deer habitat acres (35,766 acres) in WAA 5012 ranged from 0.6 to 1.0 prior to 1954 when large scale commercial timber harvest began on the Tongass (Table 3-19). This represents the top quartile of deer winter habitat values in the subsection. Since the Kuiu Timber Sale Area is part of this WAA, these HSI values were used to represent high value deer

EXHIBIT 6
Page 34 of 54

## Issue 2: Wildlife Habitat and Subsistence Use 3

winter habitat in the project area for this analysis. Past timber harvest in the WAA has reduced the top quartile deer winter habitat to approximately 21,971 acres, a reduction of approximately 39 percent. A review of the historic high value deer winter habitat within the Kuiu Timber Sale Area shows a reduction of approximately 49 percent indicating that harvest has been more concentrated within this portion of the WAA (Table 3-20).

Other areas known to be important deer winter habitat such as low elevation (below 800 feet) POG are also analyzed in this EIS.

Figure 3-5 displays the current deer HSI values by quartile for the Kuiu Timber Sale Area. Future declines in deer HSI values predicted by the deer model are shown for the year 2045 in Figure 3-6.

The high value deer winter habitat within the project area would be reduced between two and five percent from the current condition depending on the alternative (Table 3-25). The reduction in high value winter habitat within the project area compared to the historic conditions would range between 49 and 51 percent depending on the alternative.

Table 3 - 24. Deer winter habitat capability in the Kuiu Timber Sale Area by alternative

| Historic habitat capability (3,076) | Alternative | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Deer habitat capability after harvest | 2,136 | 2,092 | 2,081 | 2,046 | 2,058 |
| Change from current (2005) condition | 0 | 2% | 3% | 4% | 4% |
| Percent change from 1954[a] | 31% | 32% | 32% | 33% | 33% |
| Deer habitat capability in 2045 | 2,034 | 1,997 | 1,983 | 1,935 | 1,950 |
| Percent change from 1954 to 2045 | 34% | 35% | 36% | 37% | 37% |

[a] According to the deer habitat capability model, the Kuiu Timber Sale Area deer habitat capability was approximately 3,076 deer in 1954, which is the base year used in the Forest Plan to represent the year that large scale commercial timber harvest began on the Tongass.

EXHIBIT 6
Page 35 of 54

# 3 Environment and Effects

Table 3 - 25. Acres high value deer winter habitat in the Kuiu Timber Sale Area by alternative

| HSI value 0.6 – 1.0 | Alternative | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Acres high value in project area | 6,824 | 6,696 | 6,694 | 6,513 | 6,578 |
| Percent change from present condition | | 2% | 2% | 5% | 4% |
| Percent change from 1954 to 2045 | 49% | 50% | 50% | 51% | 51% |

### Hunting

While Kuiu Island seems to be getting more use, there has been no significant change in the number of deer harvested.

In Game Management Unit (GMU) 3, on average 36 percent of the deer were harvested using the road system while 47 percent of the deer harvested were taken using a boat for access (ADF&G hunter surveys). The majority of the animals taken from the road system were along the Mitkof, Zarembo, and Kupreanof (Portage Bay, Kake, and Lindenberg Peninsula) road systems. It is possible that several were taken from the Kuiu road system but the method of harvest was only recorded by GMU not by island.

On Kuiu Island the majority of boat hunting occurs in Port Camden, Kadake, East Kuiu, and Rocky Pass. The majority of hunting by road occurs around Rowan Bay and the inland areas of the island.

The harvest from Kuiu Island constitutes only three percent of the total harvest for GMU 3, with an average of 18 animals harvested yearly on an island of approximately 482,102 acres (ADF&G hunter surveys). There is no known biological concern with the harvest of deer on Kuiu Island based on ADF&G and Forest Service data.

EXHIBIT 6
Page 36 54

### 3.3.11 Black Bear

Black bear inhabit the project area and use a variety of habitat types for forage, denning, and cover. Saltwater and freshwater influence zones are of ecological importance to bears. Black bear in Southeast Alaska use hollow logs and trees for denning sites (Erickson et al. 1982). These features are numerous due to the natural disturbance patterns found in this rainforest.

Black bear distribution occurs over 75 percent of Alaska (Johnson 1978). Little is known about black bear populations in Southeast Alaska, although densities occurring on Kuiu Island seem very high. A study conducted by Peacock (2004) has produced population estimates on north Kuiu Island of 1.5 bears/km$^2$, which is one of the highest recorded bear densities in North America. From her research, Peacock expressed concern about this population, suggesting additional harvest could cause a change in the population when the stem exclusion stage begins (Peacock 2004).

#### 3.3.11.1 ADF&G Harvest Data

Approximately three percent of successful hunters use vehicles to hunt black bear on Kuiu Island. This has ranged from 0 to 14 percent since the 1988-89 hunting season. Using boats and hunting from the beach are the most successful means for taking black bear on Kuiu Island (mean 84 percent, range 73 to 91 percent). For the remainder of GMU 3, hunters accessing the area by roads are successful an average of 17 percent of the time (range 12 to 21 percent).

For eleven years ADF&G has been tracking the skull measurements of black bear harvested on Kuiu Island, with measurements averaging 18.6 inches, which is greater than the State's management objective for GMU 3 (18.5 inches). Seventy-nine percent of black bear harvested were male, well above the State's management goal of 75 percent. Each successful hunter hunted an averaged of three to four days before harvesting a bear. These data indicate a relatively stable population since the 1988-89 season.

Since 1991 the mean age of harvested male black bears on Kuiu Island has been 8.1 years (ADF&G Harvest Summaries 1991-2004). The age of harvested female black bears has been less consistent, but the 1998-99 mean ages showed an increase similar to the male cohort. The data suggest a relatively stable population on Kuiu Island.

#### 3.3.11.2 Roads

Open road density in the project area would remain the same if the no-action alternative is selected, and would be reduced from the existing level of 0.78 mi/mi$^2$ to between 0.63 and 0.67 mi/mi$^2$ if an action alternative is chosen. This project may affect individual bears negatively by adding additional disturbed areas, reopening old roads,

EXHIBIT 6
Page 37 of 54

# 3 Environment and Effects

and constructing new temporary roads, which would increase road density and therefore human access, and may increase hunter success in the short-term. However, implementation of road management objectives, and the retention of structure within proposed harvest units would mitigate risks to black bear populations from the proposed project. By closing new temporary roads and placing other existing and re-opened roads into storage, black bear disturbances would be mitigated in the long-run.

### 3.3.11.3 Timber harvest

The Forest Service has developed different timber harvest prescriptions to ensure adequate habitat for black bear and other species. Through implementation of prescriptions that remove approximately 50 percent of the overstory, the Forest Service hopes to mimic natural disturbance as much as possible with managed stands. Using these retention prescriptions should result in little or no appreciable effect to the wildlife populations. However, individual animals may be affected for a short time.

### 3.3.11.4 Hunting

The black bear is an important game animal in Southeast Alaska. All rural residents of Alaska have subsistence rights on Kuiu Island, and the remainder of GMU 3, for black bear harvest. In GMU 3, where Kuiu Island is located, the bear is becoming increasingly important not only to resident subsistence hunters but to resident and out-of-state trophy hunters as well. Concern over the increasing harvest of black bear on Kuiu Island, especially by non-resident hunters, has led ADF&G to reduce the black bear harvest on Kuiu Island to 120 animals annually for non-residents.

In the past, black bear harvests have been relatively stable at about 80 to 100 animals harvested annually. ADF&G changed the black bear harvest in the 2000-2001 hunting season for non-residents by adjusting season dates for Kuiu Island. They have assessed these adjustments annually but have not allowed for more than 120 animals harvested by non-resident hunters per season since implementation of these harvest restrictions. If the number of animals harvested in the spring hunt reaches 120, the fall season will be closed by emergency order. A closure occurred in the 2001-2002 season.

Black bear populations on Kuiu Island appear to be stable. There is no evidence that the black bear population on Kuiu Island is over-harvested at this time. However, the Forest Service and ADF&G agree that it would be prudent to use a conservative approach in managing black bear on Kuiu Island. The ADF&G and the Forest Service will cooperatively monitor the harvest and population of black bear on Kuiu Island.

EXHIBIT 6
Page 38 of 54

#### 3.3.11.5 Spatial and Temporal Framework

Legacy trees remaining in a harvested stand using prescriptions that retain 50 percent of the stand basal area would result in a more natural forest setting and enhance both the vegetation and wildlife values. Some of the trees retained in the treated stand may eventually blow over and provide denning habitat for the bears that live in, or next to, the treated stands. Untreated stands surrounding the treated stand would also provide denning habitat for the black bear population.

Continued harvest within the project area and island-wide should maintain stands within the stand initiation stage of stand development, maintaining good high quality habitat and food throughout the rotation. Additionally, the silvicultural practices of thinning and pruning should maintain this habitat in quality condition throughout the rotation.

### 3.3.12 Alexander Archipelago Gray Wolf

The Alexander Archipelago wolf, a subspecies of the gray wolf, occurs on the Southeast Alaska mainland and on all large islands in Southeast Alaska except for Admiralty, Baranof, and Chichagof (Person et al. 1996). A wide-ranging, opportunistic predator, the wolf does not exhibit a preference for specific habitats or habitat characteristics. Wolf presence is more indicative of the availability of habitat for its primary prey species, Sitka black-tailed deer, rather than landform, climate, or vegetation (Suring 1993, Person et al. 1996). Person et al. (1996) examined the relationships between wolf viability, prey habitat capability, and hunter demand for deer. He concluded that maintaining an average long-term deer habitat capability of at least 18 deer per square mile over broad areas (using the current deer habitat capability model) should be sufficient to both provide for sustainable wolf populations and meet hunter demand for deer. Since wolves tend to have home ranges that cross several wildlife analysis areas, the appropriate scale at which this model should be applied is the biogeographic province (Tongass Land and Resource Management Plan Implementation Policy Clarification 1998 (TPIT)). The wolf secondarily preys upon beaver and moose, and when available, spawning salmon, and waterfowl (Person et al. 1996). Wolves on Kuiu Island consume deer, moose, black bear, mink, muskrats, marten, other rodents, waterfowl, fish, and grouse.

For the Kuiu Timber Sale project, the IDT evaluated the impacts to wolves on an island-wide basis (Kuiu Island Biogeographic Province). According to the deer winter habitat capability model, Kuiu Island theoretically has enough habitat to currently support 27 deer per square mile (Forest Plan FEIS Part 1, p. 3-379). Person et al. (1996) believes this is a sufficient prey density to support a sustainable wolf population and meet human deer harvest demands.

6
39  54

# 3 Environment and Effects

Availability of suitable denning habitat is of secondary importance to wolves. Dens are generally located in sites with good drainage and within 100 meters of fresh water (Person et al. 1996).

Ninety-four wolf pelts taken from WAA 5012 were turned into the Alaska Department of Fish and Game for sealing between 1990 and 2001 (Meucci 2002) with the annual average harvest over the last twenty years of five wolves. Refer to the Subsistence section of this chapter for a description of WAA 5012.

### Dens

During the 2003 field season, field crews located a probable wolf den in the project area. The crew took photos and the crew leader conferred with Dave Person from ADF&G. The correct buffer was prescribed for the site. The site was revisited again during the 2004 and 2005 field seasons. This den was inactive in 2004 and 2005. During the 2004 field season, another den site was located in the project area. Following consultation with Dave Person, it was determined that it was probably a bear den. It was revisited during the 2005 field season and was unoccupied. Both areas had the prescribed 1,200-foot buffers following Forest Plan direction (Forest Plan p. 4-113).

### Roads

The primary threat to wolf populations are high road densities and increased access by humans who kill wolves both legally and illegally by shooting, snaring, or trapping (Person et al. 1996, Person 2001). Wolves are reportedly intolerant of open road densities that exceed the 0.7-1.0 mile per square mile threshold, raising a concern of maintaining viable populations (Person et al. 1996, Person 2001, Forest Plan p. 4-116). Currently the road density for Kuiu Island is 0.20 miles per square mile. This project would not increase the road density; all action alternatives for this project propose to reduce open road density in the Kuiu Timber Sale Area. Refer to the Transportation section of this chapter and the Road Management Objectives in Appendix B of this EIS.

In a study conducted on Prince of Wales and Kosciusko Islands from 1992 to 1995, Person et al. (1996) found that WAAs with road density of 0.7 miles per square mile below 1,200 feet in elevation experiences a twofold increase in wolf mortality. The area was calculated using road density area within a WAA below 370 meters (~1,200 feet) elevation as the denominator. Wolves spend most of their time at low elevations and calculations of road density reflect this relation. In a concurrent radiotelemetry study, the average annual mortality was 50 percent of the population, which is not sustainable (Person et al. 1996).

When the road density exceeded 0.9 miles per square mile on a study area located on Prince of Wales Island, all resident wolves were harvested (Person et al. 1996).

Person (2001) also found that while wolves are susceptible to hunting and trapping from all roads there was a perceivable increase in wolf mortality from roads that were connected to communities. Kuiu Island roads do not connect to any community. The open road density in WAA 5012 is 0.42 mi/mi$^2$. The open road density on Kuiu Island is 0.2 mi/mi$^2$. Within the project area, open road density is currently 0.78 mi/mi$^2$; however, all action alternatives would reduce the road density to below 0.7 mi/mi$^2$. Table 3-26 displays open road density by alternative within the project area. The existing open road density is represented by Alternative 1.

Table 3 - 26. Road density by alternative in the Kuiu Timber Sale Area

| Alternative | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Open Road Density (mi/mi$^2$) | 0.78 | 0.67 | 0.66 | 0.63 | 0.63 |

### Conclusions

Effects would be minimized on National Forest System lands by: 1) using old growth reserves to protect key deer winter range, 2) using timber harvest treatments other than traditional clearcutting, and 3) monitoring and limiting open road density. Historically, a small number of wolves were harvested annually on Kuiu Island. Small wolf harvests are likely to continue on Kuiu Island due to the limited access during the trapping season. Only the eastern portion of the island is vulnerable to trapping from the beach. Hunting pressure is limited because the road system is not connected to the Alaska Marine Highway and while not impossible, it is difficult to transfer a vehicle to the road system. Therefore, an increase in trapping pressure is not anticipated on Kuiu Island because of limited access, and the absence of permanent logging camps or communities.

**3.3.13 1 Effects Common to All Alternatives**

### Biodiversity

Implementation of the proposed changes for small old-growth habitat reserves in VCUs 398, 399, and 402 is compatible with all action alternatives and would increase connectivity and improve habitat within the reserves.

EXHIBIT 6
Page 41 of 54

# 3 Environment and Effects

### Black Bear

Black bear range throughout all habitat types found within the project area. Mature and old growth timber provides denning and bedding sites. A negative impact to bears may occur through the loss of old-growth habitat, fragmentation, and increased road density. The increase in acres of early successional habitat created by clearcut harvests would provide quality foraging sites for a short time, particularly during spring and summer seasons.

### Alexander Archipelago Wolf

The Alexander Archipelago wolf ranges through all habitat types found within the project area. The wolf is closely linked to populations of the Sitka black-tailed deer, its primary prey species, and declines in deer habitat would negatively affect wolf populations. The island-wide deer density would remain above 18 deer per square mile after harvest in all alternatives. The resulting deer density is sufficient to support a viable wolf population and meet hunters' demands. Wolves experience higher mortality from hunting and trapping in WAAs with high road densities (Person 1996). Open road densities below 1,200 feet in elevation within WAA 5012 are 0.42 miles per square mile, well below the 0.7 mile per square mile density.

The action alternatives would re-open between 3.2 and 6.9 miles of roads that are currently closed (in a storage condition) and would construct between 2.9 and 19 miles of temporary roads. These roads would be re-opened for a short time and would be returned to storage once the harvest is complete. The alternatives would also close between 8.2 and 11 miles of currently open roads. All roads re-opened or constructed during this project would be closed (put into storage or decommissioned) following harvest activities. These activities would not cause a direct or cumulative effect to wolf populations on Kuiu Island because of the use patterns of humans. Currently, open road density in the project area is 0.78 mi/mi². All action alternatives would reduce road density to below 0.7 mi/mi². For more information on roads, please refer to the Transportation section of this chapter.

### 3.3.14 Comparison of Effects by Alternative

Deer, black bears, and wolves would be affected in different ways depending on the amount and type of timber harvest and road construction. The following is a comparison of the effects of each alternative on these species.

#### 3.3.14.1 Alternative 1

This alternative proposes no new activities in the Kuiu Timber Sale Area. Wildlife habitat may decline in current second-growth stands as they regenerate and the understory forage is shaded. There would be no change in the current road network.

Habitat capability for deer has been reduced by 31 percent since 1954 in the project area. No additional acres of deer habitat would be harvested by this alternative. When harvested areas regenerate to the point of stem exclusion, thinning or pruning could be applied to increase forage productivity.

Marten habitat capability has been reduced by 23 percent since 1954 in the project area. No addition reductions would be expected with this alternative.

#### 3.3.14.2 Alternative 2

Alternative 2 proposes harvest on 491 acres. Harvest prescriptions include 294 acres of partial harvest with 50 percent basal area retention and 197 acres of clearcut. Approximately 2.9 miles of new temporary roads would be constructed, and decommissioned after timber harvest. Approximately 4.5 miles of roads currently in storage would be reopened and 8.2 miles of currently open roads would be put into storage.

Of the low elevation POG deer habitat harvested by this alternative, 151 acres would be harvested using the uneven-aged prescriptions. An additional 96 acres of low elevation habitat would be harvested using the clearcut prescription. A total of 228 acres of volume class 6 and 7 (coarse canopy habitat) would be harvested. According to deer model predictions, deer habitat capability may be reduced by two percent following harvest.

High value deer winter habitat and deer habitat capability would be reduced by two percent from the current conditions.

High value marten habitat acres would be reduced by two percent and marten habitat capability would be reduced by less than one percent from the current level.

Deer, wolf and bear would unlikely be adversely affected by this alternative since 294 acres (60 percent of the acres harvested) are in partial harvest prescriptions that retain 50 percent of the basal area which would help maintain a natural forest mosaic. Bear would

EXHIBIT 6
Page 43 of 54

# 3 Environment and Effects

initially thrive due to the increased forage produced by the proposed prescriptions. When harvested areas regenerate to the point of stem exclusion, thinning or pruning could be applied to maintain forage productivity. Road closures would reduce hunter accessibility. The deer model reports all units as harvested by an even-aged prescription so the results would be even less with a 50 percent retention prescription.

### 3.3.14.3 Alternative 3

Alternative 3 proposes harvest on 794 acres. Harvest prescriptions include 385 acres partial harvest with 50 percent basal area retention and 409 acres clearcut harvest. Approximately 7.5 miles of new temporary roads would be constructed and decommissioned after harvest. Approximately 3.2 miles of roads currently in storage would be reopened. These roads would be put into storage after timber harvest. Approximately 8.4 miles of currently open roads would be put into storage.

Of the low elevation POG deer habitat harvested by this alternative, 146 acres would be harvested using the 50 percent basal area retention harvest prescriptions. An additional 90 acres would be harvested using the clearcut prescription. Approximately 334 aces of coarse canopy (volume class 6 and 7) would be harvested.

High value marten habitat would be reduced by three percent and marten habitat capability would be reduced by two percent from the current condition within the project area.

High value deer habitat would be reduced by two percent and deer habitat capability would be reduced by three percent from the current conditions within the project area.

Deer, wolf and bear populations are not likely to be adversely affected by this alternative since applied harvest prescriptions would result in a large number of uneven aged stands which should help maintain a natural forest mosaic. Bear would initially thrive due to the increased forage produced by the proposed prescriptions. When harvested areas regenerate to the point of stem exclusion, thinning or pruning could be applied to maintain forage productivity. Road closures may reduce hunter accessibility.

### 3.3.14.4 Alternative 4

Alternative 4 proposes harvest on 1,425 acres. Harvest prescriptions include 399 acres partial harvest with 50 percent basal area retention and 1,026 acres clearcut. Approximately 19 miles of new temporary roads would be constructed and decommissioned after harvest. Approximately 6.1 miles of roads currently in storage would be reopened and 11 miles of currently open roads would be put into

EXHIBIT 6
Page 44 54

storage. All of these roads would be put into storage after timber harvest.

Of the low elevation deer habitat harvested by this alternative, 141 acres would be harvested using the uneven-aged prescriptions, and 341 acres would be harvested using the clearcut prescription. Approximately 813 acres of coarse canopy (volume class 6 and 7) would be harvested.

High value marten habitat would be reduced by six percent and m habitat capability would be reduced by four percent from the curre conditions within the project area.

High value deer habitat would be reduced by five percent and deer habitat capability would be reduced by four percent from the currer conditions within the project area.

Deer, wolf and bear populations are not likely to be adversely affect by this alternative since applied harvest prescriptions would result in large number of uneven-aged stands which should help maintain a natural forest mosaic. When harvested areas regenerate to the point o stem exclusion, thinning and pruning could be applied to maintain forage productivity.

### 3.3.14.5 Alternative 5

Alternative 5 proposes harvest on 1,231 acres all of which would be clearcut harvested. Approximately 17.1 miles of new temporary roads would be constructed, and decommissioned after harvest. Approximately 6.9 miles of roads currently in storage would be re-opened and 11 miles of currently open roads would be put into storage.

High value marten habitat would be reduced by five percent and marten habitat capability would be reduced by four percent from the current condition within the project area.

High value deer habitat and deer habitat capability would be reduced by four percent from the current conditions within the project area.

Approximately 446 acres of low elevation deer habitat would be clearcut harvested by this alternative. Approximately 553 acres of coarse canopy (volume class 6 and 7) would be harvested.

Deer, wolf and bear populations are not likely to be adversely affected by this alternative since applied harvest prescriptions would result in a large number of uneven aged stands which should help maintain a natural forest mosaic. Bear would initially thrive due to the increased forage produced by the proposed prescriptions. When harvested areas regenerate to the point of stem exclusion, thinning and pruning could be applied to maintain forage productivity.

EXHIBIT 6
Page 45 of 54