# 3 Environment and Effects

## 3.3.15 Cumulative Effects

### 3.3.15.1 Past, Present, and Reasonably Foreseeable Future

Timber harvest has occurred on much of the northern portion of the island. This harvest was mostly to fill the needs of the long-term sale program starting in 1954. Kuiu Island was an alternate area for the Alaska Pulp Corporation long-term sale. Most of these units have been treated once with silvicultural thinning. Wildlife would benefit from the thinning and/or pruning treatment to approximately 1,475 acres of 37-year-old second growth stands within the Saginaw Watershed. The IDT has visited these units and has determined that it would be beneficial to prescribe treatments to extend the usefulness of the deer and bear habitat. The judicious use of silvicultural treatments (thinning and pruning) can extend the time animals can use these habitats and thus maintain animal populations.

Past management activities within WAA 5012 has reduced POG habitat by 19 percent. The Forest Plan predicts that 54 percent of the 1954 POG habitat will remain at the end of the rotation in WAA 5012 (Forest Plan, FEIS p. 3-387). Analysis shows the Kuiu project area is well within this predicted decline.

### Deer

Past management activities have reduced deer habitat capability in WAA 5012 by 22 percent and in the project area by 31 percent compared to historic conditions. At the most the action alternatives would reduce deer habitat capability in the project area by an additional four percent (Alternatives 4 and 5) and one percent in WAA 5012. After harvest of Alternative 4 (the worst case scenario) 77 percent of the deer habitat capability would be retained. The Forest Plan predicts that 56 percent of the deer habitat capability would remain at the end of the rotation (2095) (Forest Plan FEIS Part 1, p. 3-373) in WAA 5012. These changes assume all harvest is even-aged. The results should be somewhat less for Alternatives 2, 3, and 4 because of the particle harvest prescriptions proposed for this EIS.

Past management activities have reduced high value deer habitat in WAA 5012 by 39 percent since 1954 and by 49 percent in the project area.

### Marten

Other timber harvests planned on Kuiu Island in the near future may further decrease marten habitat capability. Cumulative effects would be minimized on National Forest System lands by: 1) implementing old-growth reserves with connectivity, 2) using timber harvest treatments other than traditional clearcutting, and 3) monitoring and limiting open road density.

EXHIBIT 6
Page 46 54

Kuiu Timber Sale DEIS

Marten habitat capability within the project area has declined 23 percent since 1954. There would be an additional reduction of one to three percent depending on the alternative selected.

High value marten habitat has been reduced by 29 percent in WAA 5012 and by 34 percent within the project area. An additional reduction of two to six percent would occur within the project area with the implementation of the action alternatives, depending on the alternative selected.

The Forest Plan FEIS (pp. 3-398 - 3-399) predicts there is a relatively high likelihood of sustaining viable marten populations when an average of 57 percent of the productive old-growth (POG) is retained within the matrix of development LUDs. Other factors contributing to this likelihood include riparian management, the old-growth habitat reserve system, and use of two-aged management and uneven-aged management within high value marten habitat. Currently 72 percent of the POG has been retained within the matrix within the project area. Adoption of the design changes to the small OGRs within VCUs 398, 399, and 402 would improve the habitat within these reserve systems.

### Black Bear

Fragmenting a continuous forested habitat by clearcutting has the potential to increase bear populations by creating foraging areas with abundant preferred foods (Erickson et al. 1982). This increased food supply on any given clearcut is short-lived, however. Canopy closure during the stem exclusion stage occurs at age 15 to 25 years (Oliver and Larson 1996). At this time forage production is lowest, and may cause black bear populations to decline. The judicious use of silvicultural practices such as thinning and pruning can increase the productive time that harvest units provide suitable habitat for black bear by maintaining the understory in these stands while allowing the trees to grow larger and the understory species to flourish. Alternative harvest regimes may provide adequate habitat to black bear without the closure described during the stem exclusion stage of stand development. However, if these maturing stands remain untreated and they follow the natural stand stage development, the habitat will decrease in value over time through plant succession. Prescribed silvicultural treatments are available to maintain the habitat value for black bear and other species through time.

### Future Projects

For the Kuiu Timber Sale action alternatives, an individual timber offering in 2006 or more than one sale over a period of several years starting in 2006 may occur. Road construction and harvest of an action alternative would be completed approximately three to four years later.

EXHIBIT 6
Page 47 of 54

# 3 Environment and Effects

It is reasonable to assume that timber harvest and associated road management will continue on Kuiu Island. The current Tongass timber sale schedule lists other timber sale projects:

- Crane and Rowan Mountain Timber Sales FEIS signed June 1998. Portions of the selected alternative have been harvested. Approximately 23 mmbf were returned to the Tongass National Forest and may be offered for sale at a later date.

- Threemile Timber Sale FEIS was signed April 2004. The Threemile Timber Sale will harvest approximately 19.5 mmbf on approximately 665 acres and construct 4.2 miles of new classified roads and 4.2 miles of temporary roads.

- Bayport is a 25 mmbf timber sale scheduled for planning to begin in 2010.

## 3.3.16 Migratory Birds

### 3.3.16.1 Introduction

The Migratory Bird Treaty Act is the domestic law that affirms, or implements, the United States' commitment to four bilateral international conventions (with Canada, Japan, Mexico, and Russia) for the protection of a shared migratory bird resource. Each of the conventions protect selected species of birds that are common to both countries (i.e., they occur in both countries at some point during their annual life cycle). The list of migratory bird species protected under these treaties is filed in the project planning record (USDI Fish and Wildlife Service 2004).

### 3.3.16.2 Existing condition

Executive Order 13186 of January 10, 2001, directs federal agencies to evaluate the effects of actions and agency plans on migratory birds, with emphasis on species of concern. A report entitled "Neo-tropical Birds of Concern on the Tongass National Forest – Kuiu Timber Sale Area" is filed in the project planning record. The report includes a discussion of 40 protected migratory bird species that may occur on the Tongass National Forest, and any anticipated effects to these species from the proposed activities for this project. The report concludes that proposed activities for this project are not expected to result in measurable negative effects to any migratory bird populations for the following reasons:

- Eighteen of the migratory bird species considered important on the Tongass National Forest do not occur in habitats where forest management activities would likely take place. These habitats are either not impacted by management activities such as logging and road building, or are protected by Forest Plan land use designations.

EXHIBIT 6
Page 48 of 54

- Two migratory bird species are extremely rare on the Tongass National Forest but their habitat may be impacted by management activities. These species are associated with riparian shrub and alder thickets. No timber harvest in this habitat type is proposed for this project.

- Eight migratory bird species are uncommon on the Tongass National Forest but could be disturbed by management activities on the Tongass National Forest. Forest Plan standards and guidelines and LUD allocations should protect sufficient habitat for these species.

- Twelve species are common or abundant within habitats where forest management activities may take place. Potential disturbances may occur to their habitat, but Forest Plan standards and guidelines and LUD allocations should protect sufficient habitat for these species.

### 3.3.16.3 Cumulative Effects

Some direct effects to nesting birds will occur in all of the action alternatives. The primary effect will be loss of habitat, nest destruction, or abandonment. The magnitude of the effects will vary depending upon the alternatives selected and in which season harvest occurs. Nesting in Southeast Alaska generally begins in May. By September, the birds are fledged and will not be directly affected.

Indirect effects would be associated with fragmentation and patch size reduction of suitable habitat. For species such as northern goshawk, marbled murrelet, and Townsend's warbler, habitat removal would affect forest fragmentation by potentially reducing the effectiveness of interior habitat and increasing the potential for nest-site predation from avian predators that are associated with forest edges and fragmented landscapes. The Old-growth habitat reserve system was designed to maintain large areas of habitat for these species. That, in combination with the management of the matrix within the lands open to harvest, will mitigate many of the effects of harvest on neotropical migratory birds. Other species may be more associated with forest edge, riparian or more open habitats; therefore, the effects from timber harvest could be beneficial to other bird species. We may affect certain individual birds but the design of the alternatives in conjunction with the management of the matrix and the old-growth habitat reserves will meet the requirements of habitat for these bird species and maintain them within the Tongass National Forest.

EXHIBIT 6
Page 49 54

# 3 Environment and Effects

## 3.3.17 Subsistence

### 3.3.17.1 Introduction

With the passage of the Alaska National Interest Lands Conservation Act (ANILCA), the U.S. Congress recognized the importance of subsistence resource gathering to the rural communities of Alaska. ANILCA (16 USC 31130) defines subsistence as:

"The customary and traditional uses by rural Alaska residents of wild, renewable resources for direct personal or family consumption as food, shelter, fuel, clothing, tools or transportation; for the making and selling of handicraft articles out of non-edible byproducts of fish and wildlife resources taken for personal or family consumption; and for customary trade."

ANILCA provides for the continuation of the opportunity for subsistence uses by rural residents of Alaska, including both Natives and non-Natives, on public lands. It also set legislation that customary and traditional subsistence uses of renewable resources shall be the priority consumptive uses of all such resources on the public lands of Alaska. Non-rural residents are not provided a preference for the taking of fish and wildlife on public lands. Juneau and Ketchikan are the only communities in Southeast Alaska that have been determined to be non-rural by ANILCA and the Federal Subsistence Board.

## 3.3.18 Community Subsistence Profiles

Kake residents probably use the project area more than residents of any other community in Southeast Alaska. They fish, hunt deer and waterfowl, gather seaweed, medicinal plants, shellfish, and berries. Petersburg and Wrangell residents make limited use of the project area for hunting deer and commercial fishing. Other nearby rural communities with some reported fish and wildlife gathering activities in the project area include Port Protection, Point Baker, Port Alexander, and Meyers Chuck.

### 3.3.18.1 Kake

Kake is located on the northwestern tip of Kupreanof Island. It is approximately 105 air miles from Juneau, 40 air miles from Petersburg, and approximately 12 air miles northeast of the Kuiu Timber Sale Area. In 1990 and 2000, the population of Kake was reportedly 700 and 710, respectively. Approximately 74.6 percent of the population is Native American (U.S. Census 1990 and 2000). By 2003 the population had fallen to 682, which was a drop of two percent from the 1995 population of 696 (Matson 2004).

Kake is a long established community whose residents have a lengthy history of hunting, fishing, and gathering wild foods. In recent years, intensive timber management has taken place on Native Corporation and National Forest System lands adjacent to Kake.

EXHIBIT 6
Page 50 of 54

Timber and Vegetation 3



Chart 3-5. Forest land classification in the Kuiu Timber Sale Area

## 3.7.6 Volume Classification

### 3.7.6.1 Volume Strata

The Forest Plan adopted a volume strata classification system for estimating volumes. This strata system was used for estimating timber volumes and vegetation structure in the Kuiu Timber Sale Area. The strata system combines the existing timber inventory volume classes with additional information on soils and slope to group the strata. These volume strata are grouped as follows:

**High Volume Strata** are areas within mapped timber inventory volume classes 5, 6, and 7 on non-hydric soils, and on hydric soils with slopes greater than 55 percent.

**Medium Volume Strata** are areas within mapped timber inventory volume classes 5, 6, and 7 on hydric soils with slopes less than or

EXHIBIT 6
Page 51 54

# 3 Environment and Effects

equal to 55 percent and areas within mapped timber inventory volume class 4 that are either on non-hydric soils, or are on hydric soils with slopes greater than 55 percent.

**Low Volume Strata** are areas within mapped timber inventory volume class 4 on hydric soils with slopes less than or equal to 55 percent.

Timber volumes for the Kuiu Timber Sale are based on stand exams performed in 2003 and 2004 (Tables 3-63 and 3-64). Actual timber volume to be harvested would be determined from a timber cruise prior to advertisement of the timber sales offered.

Table 3 - 63. Volume strata in the Kuiu Timber Sale Area

| Strata | Average Vol/Acre[a] | Productive Forest Acres[b] | Suitable Acres |
|--------|--------------------|---------------------------|----------------|
| Low    | 16.9 mbf           | 650                       | 454            |
| Medium | 24.1 mbf           | 5,211                     | 3,790          |
| High   | 29.3 mbf           | 21,251                    | 16,082         |

[a] Sawlog and utility mbf/acre

[b] does not included non productive forest acres in planning area

Table 3 - 64. Volume strata acres harvested by alternative

| Strata* | Acres in Project Area | Alt 1 | Alt 2 | Alt 3 | Alt 4 | Alt 5 |
|---------|----------------------|-------|-------|-------|-------|-------|
| High    | 21,251               | 0     | 402   | 629   | 1,189 | 947   |
| Medium  | 5,211                | 0     | 64    | 133   | 183   | 229   |
| Low     | 650                  | 0     | 18    | 21    | 30    | 30    |

* Does not include non productive forest acres within project area or units.

## 3.7.7 Timber Resources

About 93 percent of the project area acres have been assigned to land use designations (LUDs) that allow commercial timber harvest. The remaining acres are allocated small old-growth habitat reserves (OGRs), (three percent) and Recreational River LUD (three percent). The remaining one percent is non-National Forest System land within the project area). Of the LUD acres that allow timber harvest, approximately 29,362 are suitable for timber harvest according to the Forest Plan.

EXHIBIT 6
Page 52  54

There are 16,837 acres of productive forest lands currently excluded from timber harvest within the project area due to resource protection measures, prior timber harvest, or land use designation. The remaining 20,708 acres of productive forest lands are currently suitable and available for timber harvest.

Based on averages for the Petersburg Ranger District, volume classification for the suitable and available productive forest land is displayed in Table 3-65.

Detailed explanations of the rationale for considering timber harvest in the Kuiu Timber Sale Area and market demand for wood products is located in Appendix A of this document. More information can also be found in the Forest Plan FEIS, Part 1 (pages 3-248 to 3-307).

Table 3 - 65. Suitable and available productive forest land strata and volume estimates

| Volstrata | Percentage | Acres | Sawlog mbf/ac | Sawlog mmbf | Sawlog & utility mbf/acre | Sawlog & Utility mmbf |
|---|---|---|---|---|---|---|
| Low | 2% | 454 | 16.9 | 27 | 18.9 | 31 |
| Medium | 18% | 3,790 | 24.1 | 123 | 27.5 | 140 |
| High | 78% | 16,082 | 29.3 | 482 | 33.4 | 549 |
| None[a] | 2% | 382 | | | | |
| Total | 100% | 20,708 | | 632 | | 720 |

[a]none acres are "holes" in the GIS layer and represent forested areas of unknown volume quality or small inclusions of non forest land

## 3.7.8 Silvicultural Systems

Silvicultural systems are used to manage, harvest, and re-establish stands of forest trees for the purpose of meeting certain objectives. Silvicultural systems have been developed to produce more valuable commercial timber at a faster rate, maintain wildlife habitat, and either maintain or enhance scenery values. No single silvicultural system for a forest stand can be used to achieve all the desired combinations of amenities and products. Instead, a variety of treatments applied over the Kuiu Timber Sale Area would result in a mosaic of stands for different uses. Three silvicultural systems and three harvest methods were considered for the project area. Many times the proposed treatments are designed to emulate natural disturbance.

EXHIBIT 6
Pg. 53 of 54

**Appendix A**

the volume needed to make up any inventory shortfall in addition to the volume likely to be harvested in the coming year.

The annual market demand forecast is a methodology used to set the short term goals for the Tongass timber sale program – it is the projected volume of Tongass timber needed to meet annual market demand. The estimated annual market demand is the volume the Forest plans to offer for sale in the current year, pending sufficient funding.

The reports *Responding to the Market Demand for Tongass Timber* (Morse, April 2000) and *Tongass National Forest Timber Sale Procedures* (Morse, October 2000) document the formulas and procedures used in forecasting annual market demand. The procedures are designed to be flexible given the uncertainty associated with forecasting market conditions. This is especially difficult in Southeast Alaska because of the structural transformation underway in the timber industry. The methodology accounts for the fact the Forest Service timber sale program cannot quickly respond to market fluctuations and allows the industry to accumulate adequate volume under contract. The methodology includes provisions to monitor industry behavior and includes ways to adjust timber sale program levels to reflect harvest activity.

The methodology used by Morse documents the formulas and procedures used in forecasting annual market demand, and uses the correct demand numbers from the 1997 Brooks and Haynes report. In addition, the methodology is self-correcting based on actual experience and considers such factors as mill capacity, utilization, and volume under contract. To the extent that actual harvest is lower than projected harvest, the inventory of timber under contract builds up and the demand for new timber decreases, as long as economic volume is available. The annual demand for FY 06 is projected to be 153 mmbf. The spreadsheet displaying how this demand is calculated and a summary of the factors use in these calculations are in the project record.

The planned offer could include a combination of new, previously offered, and reconfigured timber sales. Both green timber and salvage will be components of the program. Offerings will consist of those targeted for Small Business qualified firms, as well as a portion of the volume being made available for the open market.

**Market Demand over the Planning Cycle**

The second level of market demand is for the volume needed over a planning cycle. To keep the planning cycle demand current, each fiscal year the timber sale plan is updated for each Ranger District, whereby the current year is dropped at the end of the fiscal year and a new year is added. These plans from the Ranger Districts are then consolidated into the Tongass Timber Sale Plan. In the past, the Tongass prepared a 10-year timber sale plan. For several reasons, in FY 06, a 5-year timber sale plan was prepared, which is consistent with Forest Service Manual 2430. The reasons for using a 5-year timber sale plan include: (1) the difficulty of

EXHIBIT        6
Page  54  of  54