IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J03-029 CV (JKS) |

[PROPOSED] ORDER GRANTING EXTENSION OF TIME

Upon consideration of Plaintiffs' unopposed motion (Docket No. ____) for extension of time to file a reply brief in support of their motion for equitable relief (Docket No. 108), it is hereby ORDERED that the motion is GRANTED.  The reply brief is now due May 15, 2006.


DATED:_____        _____
                                     JAMES K. SINGLETON
                                     United States District Judge



Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J03-029 CV (JKS)