# Harvest and Use of Fish and Wildlife by Residents of Kake, Alaska

By Anne S. Firman and Robert G. Bosworth

Technical Paper No. 145

This research was partially supported by ANILCA Federal Aid Funds, administered through the U.S. Fish and Wildlife Service, Anchorage, Alaska (SG-1-88)

Division of Subsistence
Alaska Department of Fish and Game
Juneau, Alaska

February 1990

traditional territory, the coastlines of West Kupreanof, Kuiu, South and East Admiralty and small sections of Southeast Baranof islands form the nucleus of their subsistence harvest areas (areas greater than 41% use in Figs. 17 and 18).



Figure 18. Use of Geographic Analysis Units by Kake Residents

Deer Hunting Areas

Figure 19 shows the areas that Kake key respondents have used for deer hunting during their lifetimes. Deer are hunted along the southeast coast of Admiralty Island from lower Seymour Canal down through Gambier and Pybus bays, and Eliza Harbor to Point Gardner. In the course of the 1985 study, several people mentioned that hunters will harvest deer among the small islands in Murder Cove which is between Tyee and Point Gardner. Occasional hunting takes place north of Point Gardner to Hood Bay if deer can not be taken in the previously mentioned areas. The weather conditions at Point

Gardner can be severe and capricious, making navigation around the point dangerous, especially during the fall and early winter months when deer hunting usually takes place.

Infrequent hunting also occurs along the coast of Baranof Island from Emmons Island in Peril Strait to South Catherine Island and farther south to Port Alexander. From there people hunt around the tip of Baranof, north to Whale Bay. The southern portion of Baranof Island was used frequently during the middle 1940s and 1950s when many Kake people fished commercially and had homes in the Port Alexander area. The Catherine Island and Peril Strait areas are sporadically hunted at times when sufficient deer cannot be found on Admiralty Island.

Deer have also been hunted by Kake residents along the shoreline of Chichagof Island from Peril Strait to Sitkoh and Florence Bays and up to Basket Bay, and at the mouth of Tenakee Inlet and Freshwater Bay.

Prior to the 1975 season, deer were hunted on Kuiu Island in Saginaw, Security, Pillar, Tebenkof, Reid and No Name Bays, in Port Camden and south along the west shoreline of Rocky Pass. Hunting also took place along the northern shore of Kupreanof Island, south to Kake and Hamilton Bay through Rocky Pass around Point Barrie to Totem Bay.

Kuiu and Kupreanof islands were closed to deer hunting in 1975 due to a drastic decline in the deer population. Since that time, hunting effort has focused mainly on Admiralty Island, particularly at Gambier Bay, Pybus Bay, and Eliza Harbor. It is important to note that the interior of Kupreanof and Kuiu islands were never hunted for deer. However, the deer populations supported by the upland island habitat supplied coastal areas with deer, which were hunted by Kake residents.



Figure 15.    Traditional Territory of the Kake Tlingit, circa 1943.



☐ Exclusive Claim Area        ☐ Joint Claim Area

SOURCE: Goldschmidt, W.A., and T.H. Haas 1946. *Possessory Rights of the Natives of Southeast Alaska*, and Department of Interior 1944. Hearings on Claims of the Towns of Hydaburg, Klawock, and Kake, Alaska

STATE OF ALASKA
Department of Fish and Game
Subsistence Division



**LEGEND**

- Previous Harvest
- ∿ VCU Boundary
- ∿ Project Area Boundary
- ∿ Existing Roads or Roads planned to Access SEIS Units
- ∿ Streams (Class 1, 2, & 3)
- Other Lands — Lands previously conveyed to private ownership or being held for conveyence.
- LUD II