

United States
Department of
Agriculture

Forest Service

Tongass
National
Forest
R10-MB-473

December 2002



# Woodpecker Project Area

## Record of Decision



**Exhibit 89, page 1 of 4**

# Woodpecker Project Area

## Record of Decision

### Tongass National Forest
### USDA Forest Service
### Alaska Region

| | |
|---|---|
| Lead Agency: | Tongass National Forest<br>648 Mission Street<br>Ketchikan, Alaska 99901 |
| Responsible Official: | Thomas Puchlerz, Forest Supervisor<br>Tongass National Forest |
| For Further<br>Information Contact: | Cynthia Sever<br>Tongass National Forest<br>PO Box 1328<br>Petersburg, Alaska 99833<br>(907) 772-3871 |

# Woodpecker Project Area Record of Decision

## Introduction

This Record of Decision (ROD) documents my decision to select a modification of Alternative 6 from the Woodpecker Project Area Final Environmental Impact Statement (Final EIS) published in August 2001.  This modification excludes any timber harvest, road construction, or ground disturbing activities within roadless areas as defined by the U.S. District Court, District for Alaska, in Sierra Club v. Rey (J00-0009 CV (JKS)).  That order, with certain exceptions, enjoined the Forest Service from permitting timber harvest and road building in roadless areas until 45 days after publication of the final supplemental environmental impact statement (SEIS) for the Forest Plan.  This injunction precluded the signing and implementing of decision documents for timber sales in roadless areas.  Therefore, the Record of Decision for this project includes only those areas not defined as roadless by the injunction.

The project area is located on Mitkof Island in Southeast Alaska, approximately 27 miles southwest of Petersburg, Alaska on the Petersburg Ranger District of the Tongass National Forest.  This project area, which is approximately 32,590 acres, is adjacent to Sumner Strait and the Wrangell Narrows.  This decision includes the specific location and design of timber harvest units and roads, recreation enhancement opportunities, and resource protection requirements.  Timber from this project will be sold in multiple sales of varying sizes.  In addition, this decision includes the implementation of road management objectives, including intended use and maintenance levels and projects such as culvert and bridge replacement.

## Decision

This Record of Decision documents my decision to implement activities in the Woodpecker Project Area.  My decision consists of:

- the location and method of timber harvest, road construction and reconstruction, log transfer facilities, and silvicultural practices,
- road management objectives,
- recreation projects,
- mitigation measures and monitoring requirements,
- whether there may be a significant possibility of a significant restriction on subsistence uses,  and
- whether any changes in small old-growth habitat reserves should be made and approved as a non-significant amendment to the Forest Plan (see Appendix 1).

Record of Decision

# Right to Appeal

This decision is subject to administrative appeal. Organizations or members of the general public may appeal this decision according to Title 36 Code of Federal Regulations (CFR) part 215. The appeal must be filed within 45 days of the date that legal notification of this decision is published in the *Juneau Empire,* the official newspaper of record. The written Notice of Appeal must be filed with:

> Regional Forester, Alaska Region
> U.S. Department of Agriculture, Forest Service
> P.O. Box 21628
> Juneau, AK 99802-1628

It is the responsibility of those who appeal a decision to provide the Regional Forester with sufficient written evidence and rationale to show why the decision by the Forest Supervisor should be changed or reversed. This written Notice of Appeal must:

1. State that the document is a Notice of Appeal filed pursuant to 36 CFR Part 215;
2. List the name, address, and, if possible, the telephone number of the appellant;
3. Identify the decision document by title and subject, date of the decision, and name and title of the Responsible Official;
4. Identify the specific change(s) in the decision that the appellant seeks or portion of the decision to which the appellant objects;
5. State how the Responsible Official's decision fails to consider comments previously provided, either before or during the comment period specified in 36 CFR 215.6 and, if applicable, how the appellant believes the decision violates law, regulation or policy.

For additional information concerning this decision, contact Patricia A. Grantham, District Ranger, Petersburg Ranger District, P.O. Box 1328, Petersburg, AK 99833, or call (907) 772-3871.

_____   12-24-02
THOMAS PUCHLERZ            Date
Forest Supervisor



**USDA**
United States
Department of
Agriculture

Forest Service
R10-MB-481a

February 2003



# Tongass Land Management Plan Revision

# Final Supplemental Environmental Impact Statement

Roadless Area Evaluation
for Wilderness Recommendations

## VOLUME I: Final SEIS
## Appendix A, B, D, E

Exhibit 90, page 1 of 4

# Tongass Land Management Plan Revision

**Final Supplemental Environmental Impact Statement**
February 2003

| | |
|---|---|
| Lead Agency: | USDA Forest Service |
| Responsible Official: | Dennis E. Bschor, Regional Forester<br>USDA Forest Service, Alaska Region |
| For Further Information: | Visit the SEIS Web site at: www.tongass-seis.net<br><br>Or Contact:<br>Larry Lunde<br>Project Team Leader<br>Tongass National Forest<br>Federal Building<br>Ketchikan, AK  99901-6591<br>(907) 228-6303 |

**Abstract:**

The Forest Service has evaluated roadless areas on the Tongass National Forest to consider them for recommendations as potential wilderness versus continued management of these areas as outlined in the current Forest Plan. This Final Supplemental Environmental Impact Statement describes the effects of seven action alternatives and one no-action alternative for future management of the roadless areas. The action alternatives include new wilderness recommendations for 0.7 to 9.6 million acres of roadless areas. Two key issues have been identified as the major issues driving the alternatives and the analysis:  1) additional wilderness designation would provide greater long-term protection of roadless areas and their values, and 2) additional wilderness designation would affect the social and economic well-being of communities in Southeast Alaska through the natural resource-based industries they depend on, by affecting transportation and utility projects, and by affecting the regional or local economies.

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status.  (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write U.S. Department of Agriculture, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue SW, Washington, DC  20250-9410, or call (202) 720-5964 (voice and TDD).  USDA is an equal opportunity provider and employer.

# 2 Alternatives

## Alternative 1

| | |
|---|---|
| **Framework** | This is the No-Action Alternative. The framework is defined by the current Tongass Forest Plan, which is based on Alternative 11 from the 1997 Forest Plan Revision Final EIS, as adjusted by the 1997 ROD and subsequent non-significant Forest Plan Amendments. All existing LUD allocations would remain unchanged, including existing wilderness and LUD II areas. This alternative does not respond to Key Issue 1, but responds to Key Issue 2 at a high level by not recommending any additional wilderness (see Chapter 1 for descriptions of Key Issues). The theme for Alternative 11 was to provide a mix of National Forest uses and activities with an emphasis on fish and wildlife habitat protection and the karst and caves resource, and less emphasis on some resource uses contributing to the local and regional economies of Southeast Alaska, relative to the other alternatives of the 1997 Tongass Forest Plan Revision Final EIS. |
| **New Wilderness or LUD II Areas** | No new wilderness or LUD II areas are recommended under this alternative. The 5.8 million acres of existing wilderness and the 0.7 million acres of existing LUD II areas, as well as all other current LUDs, would remain unchanged (see the Alternative 1 map in the *Map Packet* accompanying the SEIS hard copy or in the *Map Section* of the CD version). |
| **Land Use Designations** | If Alternative 1 is selected, the LUD allocation acres shown in Table 2-1 would result. Figure 2-1 shows the distribution of LUDs across the Tongass under Alternative 1 according to three LUD groups (see Table 2-1 for definitions of the LUD groups). Table 2-2 displays selected outputs and other measures associated with this alternative. |

Exhibit 90, page 3 of 4

10_009958

Table 2-2
**Selected Outputs and Measures Associated with Alternative 1[1]**

| Resource/Category | Output/Measure |
|---|---|
| **Amount of Wilderness and LUD II Protection (millions of acres)** | |
| Recommended Wilderness plus Current Wilderness and National Monument | 5.9 |
| Recommended LUD II plus Current LUD II | 0.7 |
| Percent of Ecoregion Protected in Reserves | |
| Northern Pacific Coastal Forest | 19% |
| Pacific Coastal Mountain Tundra and Ice Fields | 37% |
| Productive Old-growth after 120 Years (millions of acres) | 4.51 |
| Estimated Land Suitable for Timber Production (acres)[2] | 664,000 |
| **Allowable Sale Quantity (millions of board feet)[2,3]** | |
| Non-interchangeable component I | 212 |
| Non-interchangeable component II | 47 |
| Total | 259 |
| Annual Road Construction during 1st Decade, based on the ASQ (miles) | 106 |
| Annual Timber Harvest during 1st Decade, based on the ASQ (acres) | 8,900 |
| Short-term Effects on Timber Industry | |
| Percent of Timber Sales Under Contract Affected | 0% |
| Percent of Proposed Timber Sales (10-year plan) Affected | 0% |
| **Percent of Identified and Undiscovered Mineral Areas Withdrawn or Potentially Withdrawn** | |
| Percent of Identified Mineral Tracts | 25% |
| Percent of Undiscovered Mineral Areas | 35% |
| Recreation Opportunity Spectrum Classes after 150 Years (millions of acres) | |
| Primitive and Semi-primitive Non-motorized | 11.8 |
| Semi-primitive Motorized | 1.2 |
| Roaded Natural and Roaded Modified | 3.7 |

[1] Unless otherwise noted, figures are average annual amounts for the next decade (2002 to 2012).
[2] Slight differences in suitable acres and ASQ between Alternative 1 (shown above) and Alternative 11 of the 1997 Final EIS are caused by: 1) changes in ownership, 2) changes in LUDs, and 3) the use of different estimation methods.
[3] All timber volumes are sawlog plus utility. Totals may not add exactly due to rounding.