**FILED**

**JUN 05 2006**

UNITED STATES COURT OF APPEALS  CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; et al., | No. 04-35868 |
| Plaintiffs - Appellants, | D.C. No. CV-03-00029-J-JKS District of Alaska, Juneau |
| v. | |
| UNITED STATES FOREST SERVICE; et al., | ORDER |
| Defendants - Appellees, | |
| STATE OF ALASKA; et al., | |
| Defendant-Intervenors - Appellees. | |

Appellants have informed the court that they have withdrawn their

December 5, 2005 Application for Attorney's Fees and Expenses pursuant to a

settlement.  Accordingly, this file may be closed.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator