# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*National Resources Defense Council et al. v. U.S. Forest Service*
Case No. 1:03-cv-00029-JKS

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Robin Carter, Case Management: 677-6127*

<u>PROCEEDINGS</u>: ORDER FROM CHAMBERS

    The Court grants in part and denies in part Plaintiffs' motion for permanent injunction in this case at Docket No. 108. The reasoning is set forth in the opinion issued in *Organized Village of Kake et al v. United States Forest Service et al.*, 1:04-cv-00029-JKS, attached.

    Plaintiffs shall submit a status report no later than Friday, October 13, 2006, informing the Court what remains to be done in this case, unless closing papers are sooner filed.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>September 29, 2006</u>

\*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.