```
              UNITED STATES
              DISTRICT COURT
               District of Alaska
               Anchorage Division

            #  00129184  -  PS
              October 26, 2006


     Code    Case #     Qty      Amount

   086900-F  J0-3-29             255.00 CK
   086400-R  J0-3-29             200.00 CK


         TOTAL->            455.00


   FROM: EARTHJUSTICE
         NOTICE OF APPEAL
         1:03-CV-00029 JKS
```