Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
9360 Glacier Highway, Ste. 202
Juneau, AK 99801
(907) 586-3340     (telephone)
(907) 586-6818     (facsimile)
agmead@romea.com
ssilver628@aol.com

Attorneys for Alaska Forest Association,
Intervenor-Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL<br>  et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>            Defendants. | Case No. J03-029 CV (JKS)<br><br>**NOTICE OF CROSS-APPEAL BY INTERVENOR-DEFENDANT ALASKA FOREST ASSOCIATION** |

Notice is hereby given that Intervenor-Defendant Alaska Forest Association hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on September 29, 2006.

RESPECTFULLY SUBMITTED this 6th day of November, 2006.

*/s/ AgMead*
STEVE SILVER
AMY GURTON MEAD
Of Attorneys for Alaska Forest Association,
Intervenor-Defendant

## Certificate of Service

I, Laurie Gyles-Chesnut, certify that on November 6, 2006, a true and correct copy of the Notice of Appeal was served electronically to Bruce Landon, Kevin Saxby, Thomas Waldo, and Nathaniel Lawrence.

*/s/ Laurie Gyles-Chesnut*
Laurie Gyles-Chesnut