Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
9360 Glacier Highway, Ste. 202
Juneau, AK 99801
(907) 586-3340    (telephone)
(907) 586-6818    (facsimile)
agmead@romea.com
ssilver628@aol.com

Attorneys for Alaska Forest Association,
Intervenor-Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL et al., | ) ) ) Case No. _____ |
| Plaintiffs, | ) ) District Court Case No. J03-029 CV (JKS) |
| v. | ) |
| UNITED STATES FOREST SERVICE, et al., | ) **F.R.A.P. 12(b)** **REPRESENTATION STATEMENT** |
| Defendants. | **BY INTERVENOR-DEFENDANT** **ALASKA FOREST ASSOCIATION** |

Notice is hereby given that Steve Silver and Amy Gurton Mead of Robertson, Monagle & Eastaugh, P.C., represent Intervenor-Defendant Alaska Forest Association, and no other, in the above-captioned appeal.

Other parties are represented by the following:

For Natural Resources Defense Council, et. al.:
    Thomas S. Waldo
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801
    Phone: (907) 586-2751
    Fax: (907) 463-5891
    email: twaldo@earthjustice.org
           nlawrence @nrdc.org

For Federal Defendants:
    Bruce M. Landon
    U.S. Department of Justice
    Environment & Natural Resources Division
    801 B Street, Ste. 504
    Anchorage, AK 99501-3657
    Phone: (907) 271-5452
    Fax: (907) 271-5827
    email: bruce.landon@usdoj.gov

For Intervenor-Defendant State of Alaska
    Kevin Saxby
    State of Alaska Department of Law
    1031 W. Fourth Ave., Ste. 200
    Anchorage, AK 99507
    Phone: (907) 269-5100
    Fax: (907) 279-2834
    email: Kevin_Saxby@law.state.ak.us

RESPECTFULLY SUBMITTED this 6th day of November, 2006.

*[signature: AgMead]*
STEVE SILVER
AMY GURTON MEAD
Of Attorneys for Alaska Forest Association,
Intervenor-Defendant

## Certificate of Service

I, Laurie Gyles-Chesnut, certify that on November 6, 2006, a true and correct copy of the foregoing document was served electronically to Bruce Landon, Kevin Saxby, Thomas Waldo, and Nathaniel Lawrence.

_____
Laurie Gyles-Chesnut