Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Ste. 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818     (facsimile)
ssilver628@aol.com
agmead@romea.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORGANIZED VILLAGE OF KAKE ) | |
| et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. J03-0029 CV (JKS) |
| v. ) | |
| ) | |
| UNITED STATES FOREST SERVICE, ) | |
| et al., ) | **NOTICE OF ERRATA OF** |
| ) | **DOCKETING STATEMENT** |
| Defendants. ) | |
| ) | |

Intervenor Defendant Alaska Forest Association, (AFA) provides notice of

an error in Attachment 1 to the Docketing Statement. The correct title of the case

is :

Natural Resources Defense Council et al

Plaintiffs

v

US Department of Justice Environment & Natural Resources Division

Defendants

Alaska Forest Association

Intervenor-Defendant

State of Alaska

Intervenor-Defendant

RESPECTFULLY SUBMITTED this 6th day of November, 2006.

                s/Amy Gurton Mead
                STEVE SILVER
                AMY GURTON MEAD
                Robertson, Monagle & Eastaugh
                801 W 10th St., Ste. 300
                Juneau, AK  99801
                (907) 586-3340 (telephone)
                (907) 586-6818      (facsimile)

                ssilver628@aol.com
                agmead@romea.com


                Of Attorneys for Alaska Forest Association,
                Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2006, a copy of the foregoing document was served electronically on the following attorneys of record:

s/Laurie Gyles-Chesnut

2