IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 1:03-cv-0029-JKS |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING EXTENSION OF TIME TO FILE STATUS REPORT**

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED.

The parties shall meet, confer, and submit a written status report no later than December 8, 2006, filed by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Service*, 1:04-cv-0029-JKS (D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*, 1:03-cv-0029-JKS (D. Alaska), and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*, 1:04-cv-0010-JKS (D. Alaska), informing the Court what issues, if any remain open in each case and what remains to be done to bring each case to a close.

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                                1

SO ORDERED this 21st day of November 2006.


   /s/James K. Singleton, Jr.    
JAMES K. SINGLETON, JR.
United States District Judge

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                    2