**RECEIVED**
NOV 13 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Natural Resources Defense Council, et al vs. U.S. Forest Service, et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: James K. Singleton; 1:03-cv-00029-JKS
Date Complaint/Indictment/Petition Filed: 12/09/03
Date Appealed Order/Judgment *entered*: 09/29/06
Date NOA *filed*: 10/23/06

06-35952

COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 10/26/06      Date Docket Fee billed: _
Date FP granted: _                   Date FP denied: _
Is FP pending? no
US Government Appeal?  no
Companion Cases? Please list: _
    Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
Thomas S. Waldo                 Bruce M. Landon
Earthjustice                    U.S. Department of Justice
325 Fourth Street               801 B Street, suite 504
Juneau, AK  99801               Anchorage, AK  99501-1657
907-463-5891                    907-271-5827
twaldo@earthjutice.org          bruce.landon@usdoj.gov
_X_retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _         Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: $455.00     9th Circuit Docket Number: _

Name and phone number of person completing this form:  Robin M. Carter
                                                        907-677-6127