# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

Court of Appeals
Docket No.

ALASKA FOREST ASSOCIATION

    INTERVENOR/APPELLANT

v.

Docket Number (s) of Court of Appeals Companion and/or cross appeals (if known).

UNITED STATES FOREST SERVICE, et al

    DEFENDANT/APPELLEE

District Court
Docket Number. 1:03-cv-00029-JKS

## CERTIFICATE OF RECORD

    This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

    The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

    Transcript Dates:
Copy of Certificate of Record filed in U.S. District Court Date: 12/01/06

IDA ROMACK
Clerk U.S. District Court
for the District of Alaska.

by: Robin M. Carter
Deputy Clerk

{Certif.app Rev. 4/03}