Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
9360 Glacier Highway, Ste. 202
Juneau, AK 99801
(907) 586-3340     (telephone)
(907) 586-6818     (facsimile)
agmead@romea.com
ssilver628@aol.com

Attorneys for Alaska Forest Association,
Intervenor-Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. J03-029 CV (JKS) <br><br> **NOTICE OF ERRATA IN DOCKETING STATEMENT FILED BY INTERVENOR-DEFENDANT ALASKA FOREST ASSOCIATION** |

Intervenor-Defendant Alaska Forest Association, (AFA) provides notice of an error in Attachment 1 to its Docketing Statement filed in conjunction with its notice of cross appeal. Attachment 1 should reflect that the title of the case is as follows:

Natural Resources Defense Council, Southeast Alaska
Conservation council, Sierra Club, National Audubon Society, The
Wilderness Society, and Center for Biological Diversity,

Plaintiffs

v.

United States Forest Service; United States Department of Agriculture; Mark Rey, in his official capacity as Under Secretary of Agriculture; Dennis E. Bschor, in his official capacity as Alaska Regional Forester; and Forrest Cole, in his official capacity as Forest Supervisor for the Tongass National Forest,

Defendants,

Alaska Forest Association and State of Alaska

Intervenor-Defendants

RESPECTFULLY SUBMITTED this 7th day of November, 2006.

s/Amy Gurton Mead
STEVE SILVER
AMY GURTON MEAD
Robertson, Monagle & Eastaugh
801 W 10th St., Ste. 300
Juneau, AK  99801
(907) 586-3340 (telephone)
(907) 586-6818     (facsimile)

ssilver628@aol.com
agmead@romea.com

Of Attorneys for Alaska Forest Association, Intervenor-Defendant

I, Laurie Gyles-Chesnut, certify that on December 1, 2006, a true and correct copy of the Notice of Appeal was served electronically to Bruce Landon, Kevin Saxby, Thomas Waldo, and Nathaniel Lawrence.

_____/s/ Laurie Gyles-Chesnut_____
Laurie Gyles-Chesnut