BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, <br> SOUTHEAST ALASKA CONSERVATION COUNCIL, <br> SIERRA CLUB, NATURAL AUDUBON SOCIETY, <br> THE WILDERNESS SOCIETY, and CENTER FOR <br> BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED <br> STATES DEPARTMENT OF AGRICULTURE; <br> MARK REY, in his official as Under <br> Secretary of Agriculture; DENNIS E. <br> BSCHOR, in his official capacity as <br> Alaska Regional Forester; and FORREST <br> COLE, in his official capacity as <br> Forest Supervisor for the Tongass <br> National Forest, <br><br> Defendant. | Case No. 1:03-cv-029 (JKS) |

**JOINT MOTION FOR FOURTH EXTENSION OF TIME TO FILE STATUS REPORT**

The parties move jointly for an extension of time to and including December 22, 2006, to

file their report on what further proceedings, if any, are necessary to conclude this action. The parties seek this extension because they have been engaged in settlement discussions relating to this Court's decision of September 29, 2006, and possible appeals thereof. Those continuing discussions could have an impact on the parties' views of what further proceedings will be necessary.

Counsel for plaintiffs and for intervenor-defendant Alaska Forest Ass'n have authorized the undersigned to file this motion as the joint motion of the parties.

RESPECTFULLY SUBMITTED this 8th day of December, 2006, at Anchorage, Alaska.

S/ Bruce M. Landon
BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of December, 2006 a copy of the foregoing **JOINT MOTION FOR FOURTH EXTENSION OF TIME TO FILE STATUS REPORT** and Proposed ORDER were served electronically to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Kevin Saxby
Steve Silver
Amy Gurton Mead

 s.  Bruce M. Landon
Bruce M. Landon