BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>                Defendant. | Case No. 1:03-cv-029 (JKS) |

(PROPOSED) ORDER

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED.

NRCD v USFS 1:03-cv-029 (JKS)
Proposed Order                                                      1

The parties shall meet, confer, and submit a written status report no later than February 9, 2007, filed by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Service*, 1;04-CV-29-JKS (D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*, 1:03-cv-29-JKS (D. Alaska) and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*, 1:04-cv-10-JKS (D. Alaska), informing the Court what issues, if any remain open in each case and what remains to be done to bring each case to a close.

Dated: _____                           _____

JAMES K. SINGLETON
U.S. District Judge