UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**RECEIVED**
DEC 1 9 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

**CASE INFORMATION:**
Short Case Title: <u>Natural Resources Defense Counsel, et al vs. United States Forest Service, et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>James K. Singleton; 1:03-cv-00029-JKS</u>
Date Complaint/Indictment/Petition Filed: <u>12/09/03</u>
Date Appealed Order/Judgment *entered*: <u>9/29/06</u>
Date NOA *filed*: <u>11/06/06</u>
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

*06-36068*

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _           Date Docket Fee billed: _
Date FP granted: _                Date FP denied: _
Is FP pending? <u>no</u>
US Government Appeal?   <u>yes</u>

Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:                    Appellee Counsel:
Amy Gurton Mead                       Thomas S. Waldo
Robertson, Monagle & Eastaugh PC      Earthjustice
801 W. 10th Street, Ste 300           325 Fourth Street
Juneau, AK 99801                      Juneau, AK 99801
agmead@romea.com                      Twaldo@earthjustice.org
907-586-6818                          907-463-5891

Steven W. Silver
Robertson, Monagle & Eastaugh P.C.
2300 Clarendon Blvd., Suite 1010
Arlington, VA 22201
ssilver628@aol.com
703-527-0421

<u>X   retained</u>   __CJA   __FPD   __FPD   __Other       Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __                Address: __
Custody: __                          __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:   <u>Robin M. Carter</u>
<u>907-677-6127</u>