UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; SOUTHEAST ALASKA CONSERVATION COUNCIL; SIERRA CLUB; NATIONAL AUDOBON SOCIETY; THE WILDERNESS SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; U.S. DEPARTMENT OF AGRICULTURE; MARK REY; DENNIS E. BSCHOR; FORREST COLE,<br><br>    Defendants,<br><br>STATE OF ALASKA,<br><br>    Defendant-intervenor,<br><br>  and<br><br>ALASKA FOREST ASSOCIATION,<br><br>    Defendant-intervenor - Appellant. | No.  06-36068<br>D.C. No.  CV-03-00029-JKS<br><br>**TIME SCHEDULE ORDER** |

**RECEIVED**
DEC 19 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; SOUTHEAST ALASKA CONSERVATION COUNCIL; SIERRA CLUB; NATIONAL AUDOBON | No.  06-35952<br>D.C. No.  CV-03-00029-JKS |

|  |  |
|---|---|
| SOCIETY; THE WILDERNESS SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; U.S. DEPARTMENT OF AGRICULTURE; MARK REY; DENNIS E. BSCHOR; FORREST COLE,<br><br>      Defendants - Appellees,<br><br>STATE OF ALASKA; ALASKA FOREST ASSOCIATION,<br><br>      Defendant-Intervenors - Appellees. | **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| 12/18/06 | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 1/17/07 | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 2/16/07 | The third brief on cross-appeal shall be filed and served pursuant to FRAP 32 and 9th Cir. R. 32-1; |

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk