IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>          Defendant. | Case No. 1:03-cv-029 (JKS) |

ORDER

The parties' Joint Motion for Extension of Time to File Status Report is **GRANTED**.

The parties shall meet, confer, and submit a written status report no later than February 9, 2007,

filed by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Service*, 1;04-CV-

29-JKS (D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*, 1:03-cv-29-JKS (D. Alaska) and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*, 1:04-cv-10-JKS (D. Alaska), informing the Court what issues, if any remain open in each case and what remains to be done to bring each case to a close.

Dated: December 22, 2006                     /s/ James K. Singleton, Jr.
                                              JAMES K. SINGLETON
                                              United States District Judge