BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ) <br> SOUTHEAST ALASKA CONSERVATION COUNCIL, ) <br> SIERRA CLUB, NATURAL AUDUBON SOCIETY, ) <br> THE WILDERNESS SOCIETY, and CENTER FOR ) <br> BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE; UNITED ) <br> STATES DEPARTMENT OF AGRICULTURE; ) <br> MARK REY, in his official as Under ) <br> Secretary of Agriculture; DENNIS E. ) <br> BSCHOR, in his official capacity as ) <br> Alaska Regional Forester; and FORREST ) <br> COLE, in his official capacity as ) <br> Forest Supervisor for the Tongass ) <br> National Forest, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:03-cv-029 (JKS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

The parties move jointly for an extension of time to and including March 9, 2007, to file

NRCD v USFS 1:03-cv-029 (JKS)
Mot. for Extension                                                1

their report on what further proceedings, if any, are necessary to conclude this action. The parties seek this extension because they have been engaged in settlement discussions relating to this Court's decision of September 29, 2006 in *Natural Resources Defense Council v. United States Forest Service*, 1:03-cv-0029 (JKS) (D. Alaska) and the appeals thereof. The parties in that case have reached a settlement in principle that would have an impact on the parties' views on what further proceedings will be necessary in this action. The parties estimate that it will take until early March for the parties to draft and obtain final client approval of the settlement in principle.

Counsel for plaintiffs, for State of Alaska, and for intervenor-defendant Alaska Forest Ass'n have authorized the undersigned to file this motion as the joint motion of the parties.

A proposed order accompanies this joint motion.

RESPECTFULLY SUBMITTED this 9th day of February 9, 2006, at Anchorage, Alaska.

>S/ Bruce M. Landon
>BRUCE M. LANDON
>Department of Justice
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska  99501-3657
>Phone: (907) 271-5452
>Facsimile: (907) 271-5827
>Email: bruce.landon@usdoj.gov
>
>Attorney for Federal Defendants

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 9th day of February, 2007 a copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** and Proposed ORDER were served electronically to the following counsel of record:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Kevin Saxby
Steve Silver
Amy Gurton Mead

 s. Bruce M. Landon
Bruce M. Landon