BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ) <br> SOUTHEAST ALASKA CONSERVATION COUNCIL, ) <br> SIERRA CLUB, NATURAL AUDUBON SOCIETY, ) <br> THE WILDERNESS SOCIETY, and CENTER FOR ) <br> BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE; UNITED ) <br> STATES DEPARTMENT OF AGRICULTURE; ) <br> MARK REY, in his official as Under ) <br> Secretary of Agriculture; DENNIS E. ) <br> BSCHOR, in his official capacity as ) <br> Alaska Regional Forester; and FORREST ) <br> COLE, in his official capacity as ) <br> Forest Supervisor for the Tongass ) <br> National Forest, ) <br> ) <br> Defendant. ) <br> ———————————————————————) | Case No. 1:03-cv-029 (JKS) |

## (PROPOSED) ORDER

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED.


NRCD v USFS 1:03-cv-029 (JKS)
Proposed Order                    1

The parties shall meet, confer, and submit a written status report no later than April 6, 2007, filed

by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Service*, 1;04-CV-29-JKS

(D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I),* 1:03-cv-29-

JKS (D. Alaska)  and *Natural Resources Defense Council v. U.S. Forest Service (NRDC III)*,

1:04-cv-10-JKS (D. Alaska), informing the Court what issues, if any remain open in each case

and what remains to be done to bring each case to a close.



Dated: _____                              _____
                                                   JAMES K. SINGLETON
                                                   U.S. District Judge