# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*NRDC v. USFS*
Case No. 1:03-cv-00029-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Linda Christensen, Case Management: 677-6104*

<u>PROCEEDINGS</u>:   ORDER FROM CHAMBERS

The status report requested by the Court at Docket No. 129 is due the earlier of either January 15, 2008, or fifteen (15) days following the date the Forest Service publishes a Record of Decision (ROD) for the Environmental Impact Statement (EIS) prepared for the Tongass Land Management Plan in response to the decision in *NRDC v. USFS*, 421 F.3d 797 (9th Cir. 2005), unless closing papers are sooner filed.

**IT IS THEREFORE ORDERED:**

The Motion at **Docket No. 156** is **GRANTED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>March 15, 2007</u>

*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.