**RECEIVED**
APR 9 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

**FILED**
APR 03 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; et al.,<br><br>    Plaintiffs/Appellants/Cross-Appellees,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>    Defendants - Appellees,<br>and<br><br>STATE OF ALASKA; ALASKA FOREST ASSOCIATION,<br><br>    Defendant/Intervenors/Appellees/Cross-Appellants. | Nos. 06-35952, 06-36068<br><br>D.C. No. CV-03-00029-JKS<br>District of Alaska,<br>Juneau<br><br>ORDER |

On March 29, 2007, a telephone conference was held with Circuit Mediator Lisa J. Evans.

The court will initiate a further settlement conference, if necessary, by telephone on April 26, 2007, at 11:30 a.m. **Pacific Time**.

Counsel are requested to contact the undersigned should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT

*Lisa J. Evans*
Lisa J. Evans
Circuit Mediator