RECEIVED
MAY 14 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
MAY 0 8 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; et al., <br><br> Plaintiffs/Appellants/Cross-Appellees, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; et al., <br><br> Defendants - Appellees, <br> and <br><br> STATE OF ALASKA; ALASKA FOREST ASSOCIATION, <br><br> Defendant/Intervenors/ Appellees/Cross-Appellants. | Nos. 06-35952, 06-36068 <br><br> D.C. No. CV-03-00029-JKS <br> District of Alaska, <br> Juneau <br><br> ORDER |

The court is in receipt of the parties' correspondence dated April 13, 2007, requesting remand and dismissal of these appeals without prejudice to reinstatement within 120 days should the district court not approve the pending settlement. The court construes the parties' correspondence as a motion to remand. So construed, the motion is granted and this matter is remanded to the District Court for

consideration, approval and/or implementation of the settlement agreement, pursuant to Cir. R. 27-7 and General Orders Appendix A(53).

The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

**REMANDED.**

FOR THE COURT

R E D A C T E D<br>
Lisa J. Evans<br>
Circuit Mediator