BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, )<br>SOUTHEAST ALASKA CONSERVATION COUNCIL, )<br>SIERRA CLUB, NATURAL AUDUBON SOCIETY, )<br>THE WILDERNESS SOCIETY, and CENTER FOR )<br>BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES FOREST SERVICE; UNITED )<br>STATES DEPARTMENT OF AGRICULTURE; )<br>MARK REY, in his official as Under )<br>Secretary of Agriculture; DENNIS E. )<br>BSCHOR, in his official capacity as )<br>Alaska Regional Forester; and FORREST )<br>COLE, in his official capacity as )<br>Forest Supervisor for the Tongass )<br>National Forest, )<br>)<br>Defendants. )<br>) | Case No. 1:03-cv-029 (JKS) |

### (PROPOSED) ORDER OF DISMISSAL

This matter is on remand from the Ninth Circuit for a determination of the appropriate remedy for the defects in the revised Tongass Land Management Plan found by the Ninth Circuit in *Natural Resources Defense Council v. United States Forest Service,* 421 F.3d 797 (9th Cir. 2005). The parties have reached a settlement agreement regarding the appropriate remedy. The parties have jointly moved for approval of the settlement agreement and entry of this Order of Dismissal.

The settlement agreement attached hereto is approved. All remedy claims in this action are hereby dismissed. Notwithstanding the dismissal of the remedy claims in this action, this Court shall retain jurisdiction to enforce the terms of the settlement agreement. In the event of a disagreement between the parties concerning any aspect of the settlement agreement, the dissatisfied party shall provide the other parties with written notice of the dispute and a request for negotiations. The parties shall meet and confer in order to attempt to resolve the dispute within seven days of the written notice, or at such time thereafter as is mutually agreed. If they are unable to resolve the dispute within fifteen days of such meeting, then either party may file a motion to enforce the terms of the settlement agreement or for other specific relief. However, should it appear that irreparable harm is ongoing or is likely to occur within thirty days from the time a party learns of such harm, the party may, after providing written notice to the other parties, file a motion to enforce the provisions of the settlement agreement without complying with the discussion and resolution provisions of this order. Contempt of court is not an available remedy under the settlement agreement or this Order of Dismissal.

DATED:                                    _____
                                          JAMES K. SINGLETON
                                          United States District Judge

NRDC v USFS, 1:03-cv-029 (JKS)            2
(Proposed) Order of Dismissal