IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | ) | |
| SOUTHEAST ALASKA CONSERVATION COUNCIL, | ) | |
| SIERRA CLUB, NATURAL AUDUBON SOCIETY, | ) | Case No. 1:03-cv-029 (JKS) |
| THE WILDERNESS SOCIETY, and CENTER FOR | ) | |
| BIOLOGICAL DIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES FOREST SERVICE; UNITED | ) | |
| STATES DEPARTMENT OF AGRICULTURE; | ) | |
| MARK REY, in his official as Under | ) | |
| Secretary of Agriculture; DENNIS E. | ) | |
| BSCHOR, in his official capacity as | ) | |
| Alaska Regional Forester; and FORREST | ) | |
| COLE, in his official capacity as | ) | |
| Forest Supervisor for the Tongass | ) | |
| National Forest, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER OF DISMISSAL**

This matter is on remand from the Ninth Circuit for a determination of the appropriate

remedy for the defects in the revised Tongass Land Management Plan found by the Ninth Circuit

in *Natural Resources Defense Council v. United States Forest Service,* 421 F.3d 797 (9th Cir.

2005). The parties have reached a settlement agreement regarding the appropriate remedy. The

parties have jointly moved for approval of the settlement agreement and entry of this Order of

Dismissal.

NRDC v USFS, 1:03-cv-029 (JKS)          1
Order of Dismissal

The settlement agreement attached hereto is approved.  All remedy claims in this action are hereby dismissed.  Notwithstanding the dismissal of the remedy claims in this action, this Court shall retain jurisdiction to enforce the terms of the settlement agreement.  In the event of a disagreement between the parties concerning any aspect of the settlement agreement, the dissatisfied party shall provide the other parties with written notice of the dispute and a request for negotiations.  The parties shall meet and confer in order to attempt to resolve the dispute within seven days of the written notice, or at such time thereafter as is mutually agreed. If they are unable to resolve the dispute within fifteen days of such meeting, then either party may file a motion to enforce the terms of the settlement agreement or for other specific relief.  However, should it appear that irreparable harm is ongoing or is likely to occur within thirty days from the time a party learns of such harm, the party may, after providing written notice to the other parties, file a motion to enforce the provisions of the settlement agreement without complying with the discussion and resolution provisions of this order.  Contempt of court is not an available remedy under the settlement agreement or this Order of Dismissal.

DATED:      May 23, 2007                    ___/s/James K. Singleton_____
                                            JAMES K. SINGLETON
                                            United States District Judge