IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATURAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>        Defendant. | Case No. 1:03-cv-029 (JKS) |

FINAL JUDGMENT

Plaintiffs brought this consolidated action challenging the revision of the Tongass Land Management Plan (TLMP) and seven named timber sale projects, alleging violations of the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 *et seq.*, the National Forest Management Act, 16 U.S.C. § 1601 *et seq.*, and the Administrative Procedure Act (APA), 5 U.S.C. § 701 *et seq.* This Court granted summary judgment to defendants on all grounds and plaintiffs appealed. On appeal, plaintiffs pursued only their challenges against the revised TLMP. The Ninth Circuit reversed finding a number of violations in the revised TLMP, and

NRDC v. USFS, 1:03-cv-00029                    1
Final Judgment

remanded to this court for a determination of the appropriate remedy. The parties have settled the remedy issues. The court has approved that settlement and issued an order dismissing the remedy claims. The only matter remaining in this action is to issue a final judgment conforming to the decision and mandate of the Ninth Circuit.

Accordingly, it is DECLARED, ORDERED and ADJUDGED

Judgment on the merits is granted to plaintiffs in accordance with the terms of the decision of the Ninth Circuit in *Natural Resources Defense Council v. United States Forest Service,* 421 F.3d 797 (9th Cir. 2005).


Dated: May 23, 2007                     __/s/James K. Singleton__
                                        JAMES K. SINGLETON
                                        U.S. District Judge