Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA  98501
Phone:  (360) 534-9900
Fax:  (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:03-cv-0029-JKS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' APPLICATION FOR ATTORNEY'S FEES AND EXPENSES**

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), Plaintiffs Natural Resources Defense Council, Southeast Alaska Conservation Council, The Wilderness Society, and Center for Biological Diversity ("Applicants") hereby apply for an award from the Federal Defendants of attorney's fees in the amount of $355,928 and expenses in the amount of $1,758.02.  Consistent with an earlier settlement agreement between Plaintiffs and Federal Defendants, this application does not seek any fees or costs for work performed in this case prior to August 5, 2005, nor does it seek any fees or costs for work performed in connection with the fee application filed in the Ninth Circuit Court of Appeals on December 5, 2005, or the settlement thereof.  Applicants do not seek any fees or expenses from any of the Intervenor-Defendants.

Applicants are prevailing parties as a result of the August 5, 2005, decision of the Ninth Circuit Court of Appeals.  *See Natural Resources Defense Council v. United States Forest Service*, 421 F.3d 797 (9th Cir. 2005).  Applicants are eligible for an award of fees and expenses under EAJA because they are organizations described in section 501(c)(3) of the Internal Revenue Code with fewer than 500 employees.  *See* 28 U.S.C. § 2412(d)(2)(B).  This motion is supported by itemized statements of actual time expended (Exhibit 1) and expenses (Exhibit 2). These statements establish that Applicants are entitled to an award of fees and expenses as follows:

| Attorney | Hours | Hourly Rate | Fees |
|---|---|---|---|
| Tom Waldo | 442.7 | 325 | $ 143,877.50 |
| Eric Jorgensen | 184.8 | 325 | 60,060.00 |
| Niel Lawrence | 123.2 | 325 | 40,040.00 |
| Kate Glover | 56.8 | 160 | 9,088.00 |
| Total Hours and Fees | 807.5 | | $ 253,065.50 |

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                    2

| Expense | Amount |
|---|---|
| Court Fees | $   455.00 |
| Computerized Research | 212.00 |
| Postage & Delivery | 21.75 |
| Copying | 44.92 |
| Telephone | 1,024.35 |
| Total Expenses | $ 1,758.02 |

Pursuant to the Unopposed Motion for Extension of Time filed herewith, Applicants seek additional time to file the following materials in support of this application:

- declarations establishing Applicants' eligibility under EAJA;

- declarations establishing the hours expended and hourly rate;

- an allegation that the position of the United States was not substantially justified;

- a memorandum of law in support of the application; and

- a proposed order granting the application.

Applicants may also modify their itemized statements of time and costs, and the total amounts, at the time they submit the above materials. Applicants request this extension for the purpose of seeking to settle this application with the Federal Defendants.

Respectfully submitted this 21st day of June, 2007.

 /s/ Thomas S. Waldo

Thomas S. Waldo (ABA#9007047)
Eric P. Jorgensen (ABA#8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                              3

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on June 21, 2007, a true and correct copy of the foregoing PLAINTIFFS' APPLICATION FOR ATTORNEY'S FEES AND EXPENSES, with accompanying documents, was served electronically on Bruce M. Landon, Kevin Saxby, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo
Thomas S. Waldo

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                4