EXHIBIT 2

**Earthjustice**
**Posted General Ledger Transactions**
**August 6, 2005 to June 15, 2007**
*Natural Resources Defense Council, et al. v. U.S. Forest Service, et al*.
**1:03-cv-0029-JKS**

**6313 - Court Fees**

| | | | |
|---|---|---:|---|
| Clerk, U.S. District Court | J03-0029 CV (JKS) Appeal Filing Fee | 455.00 | 10/31/2006 |
| | **Total 6313** | **455.00** | |

**6330 - Research**

| | | | |
|---|---|---:|---|
| WEST | Westlaw Research - August 2005 | 37.90 | 8/31/2005 |
| WEST | Westlaw Research - November 2005 | 17.42 | 11/30/2005 |
| WEST | Westlaw Research - December 2005 | 35.45 | 12/31/2005 |
| WEST | Westlaw Research - March 2006 | 45.11 | 3/31/2006 |
| WEST | Westlaw Research - October 2006 | 53.53 | 10/31/2006 |
| WEST | Westlaw Research - November 2006 | 1.96 | 11/30/2006 |
| WEST | Westlaw Research - January 2007 | 7.46 | 1/31/2007 |
| WEST | Westlaw Research - February 2007 | 13.17 | 2/28/2007 |
| | **Total 6330** | **212.00** | |

**6350 - Postage and Delivery**

| | | | |
|---|---|---:|---|
| Sarah Saunders | Postage -motion for equitable relief | 21.75 | 3/31/2006 |
| | **Total 6350** | **21.75** | |

**6365 - Reproduction and Printing**

| | | | |
|---|---|---:|---|
| Capital Copy, Ltd. | Inv. 157618 - chambers copies - motion for equitable relief | 44.92 | 4/30/2006 |
| | **Total 6365** | **44.92** | |

**6370 - Telephone**

| | | | |
|---|---|---:|---|
| Conference America | Conference call charges | 49.57 | 12/31/2005 |
| Conference America | Conference call charges | 166.47 | 2/28/2006 |
| Conference America | Conference call charges | 130.24 | 6/30/2006 |
| Conference America | Conference call charges | 384.99 | 6/30/2006 |
| ILD Telecommunications | Conference call charges | 68.98 | 8/31/2006 |
| ILD Telecommunications | Conference call charges | 39.30 | 8/31/2006 |
| ILD Telecommunications | Conference call charges | 151.41 | 12/31/2006 |
| ILD Telecommunications | Conference call charges | 33.39 | 4/30/2007 |
| | **Total 6370** | **1,024.35** | |
| | **Grand Total** | **1,758.02** | |