Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 1:03-cv-0029-JKS ) ) ) ) ) ) ) ) ) |

**NOTICE OF ERRATUM**

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS

Plaintiffs Natural Resources Defense Council, Southeast Alaska Conservation Council, The Wilderness Society, and Center for Biological Diversity hereby provide notice of an error in their June 21, 2007, filing, Plaintiffs' Application for Attorney's Fees and Expenses (Application), Docket No. 163.  Inadvertently, an incorrect figure for attorney's fees appeared in the first sentence of the Application.  The correct figure, $253,065.50, appears as the sum of individual attorney's fees in the enumerated list following the Application's second paragraph.  As corrected, the first sentence of the motion should read, "Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), Plaintiffs Natural Resources Defense Council, Southeast Alaska Conservation Council, The Wilderness Society, and Center for Biological Diversity ("Applicants") hereby apply for an award from the Federal Defendants of attorney's fees in the amount of $253,065.50 and expenses in the amount of $1,758.02."

Respectfully submitted this 22nd day of June, 2007.

 /s/ Thomas S. Waldo

Thomas S. Waldo (ABA#9007047)
Eric P. Jorgensen (ABA#8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                             2

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on June 22, 2007, a true and correct copy of the foregoing NOTICE OF ERRATUM was served electronically on Bruce M. Landon, Kevin Saxby, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo
Thomas S. Waldo

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                3