# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Natural Resources Defense Council, et al., v. United States Forest Service, et al.*
Case No. 1:03-cv-00029-JKS

By:             THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

      Upon consideration of Plaintiffs' unopposed motion for extension of time to file materials in support of application for fees and expenses at **Docket No. 164**, it is hereby ordered that the motion is **GRANTED**. Plaintiffs shall file any additional materials in support of their application no later than **August 24, 2007.** Federal Defendants' time to file any opposition to the motion for fees and expenses shall begin to run on the date of service of the additional materials filed by Plaintiffs.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE:  June 22, 2007