IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest;<br><br>　　　　Defendants. | Case No. J03-029 CV (JKS) |

**ORDER GRANTING EXTENSION OF TIME**

Upon consideration of Plaintiffs' Unopposed Motion for Further Extension of Time to File Materials in Support of Application for Fees and Expenses (Docket No. 167), it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall file any additional materials in support of their application no later than October 3, 2007. Federal Defendants' time to file any opposition to the motion for fees and expenses shall begin to run on the date of service of the additional materials filed by Plaintiffs.

IT IS SO ORDERED this 23rd day of August 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/James K. Singleton, Jr._
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*United States District Judge*

_____
*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
J03-0029 CV JKS