# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, ANTIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest;<br><br>    Defendants. | Case No. J03-029 CV (JKS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Federal Defendants hereby advise the Court that Lori Caramanian, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, is substituted as counsel of record for Bruce M. Landon, attorney for the United States, in the above-captioned and numbered case.  Mr. Landon has retired from the Department of Justice.

All future pleadings and other documents in this case should be addressed to Ms. Caramanian at the following address via mail, e-mail or facsimile:

> Lori Caramanian
> U. S. Department of Justice
> Environment & Natural Resources Division
> 1961 Stout St., Suite 800
> Denver, Colorado 80294
> E-Mail: lori.caramanian@usdoj.gov

Ms. Caramanian's telephone number is (303) 844-1499.  Facsimile documents may be sent to (303) 844-1350.

Dated: October 4, 2007

                                      RONALD J. TENPAS
                                      Acting Assistant Attorney General


                                         s/ Lori Caramanian
                                      LORI CARAMANIAN
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Natural Resources Section
                                      Environment & Natural Resources Division
                                      1961 Stout St., Suite 800
                                      Denver, CO 80294
                                      Tel. (303) 844-1499
                                      Fax (303) 844-1350

**CERTIFICATE OF SERVICE**

      I hereby certify this 4th day of October, 2007, the document titled Notice of Substitution of Counsel in Case J03-029 CV, was served via the ECF to the following parties:

**Thomas S. Waldo**
Earthjustice
325 Fourth Street
Juneau, AK 99801
Email: twaldo@earthjustice.org

**Kevin Mark Saxby**
State of Alaska, Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Email: law_nr_ecf@alaska.gov

**Amy Gurton Mead**
Robertson, Monagle & Eastaugh P.C.
801 West 10th Street, Suite 300
Juneau, AK 99801
Email: agmead@romea.com

**Steven W. Silver**
Robertson, Monagle & Eastaugh P.C.
(Arlington)
2300 Clarendon Blvd., Suite 1010
Arlington, VA 22201
Email: ssilver628@aol.com

                                                        s/     Judy A. Tetreault