Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA  98501
Phone:  (360) 534-9900
Fax:  (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                                    ) | Case No. 1:03-cv-0029-JKS |
| ) | |
| UNITED STATES FOREST SERVICE, *et al*., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE
MATERIALS IN SUPPORT OF APPLICATION FOR FEES AND EXPENSES**

Plaintiffs Natural Resources Defense Council, Southeast Alaska Conservation Council,

The Wilderness Society, and Center for Biological Diversity ("Applicants") hereby move for an

extension of time to November 27, 2007, to file certain materials in support of their Application

for Attorney's Fees and Expenses filed June 21, 2007.  *See* Docket No. 163.  By order filed

_____
*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS

October 3, 2007, this Court previously extended the deadline to November 2, 2007. Docket No. 170. Applicants further request that the time for Federal Defendants to file any opposition to the Application for Attorney's Fees and Expenses shall not begin to run until after Applicants submit the additional materials.

The purpose of the original motion for extension of time was to provide time for the parties to attempt to negotiate a settlement of the application, which would avoid the need for adjudication by this Court and limit the hours of attorney time for which the Federal Defendants may be liable. As stated in the motion for extension of time filed September 28, 2007 (Docket No. 169), the parties have reached a tentative settlement agreement, subject only to final approval by Federal Defendants. The recent retirement of counsel for Federal Defendants has caused an unanticipated delay in obtaining final approval by Federal Defendants. The parties now believe that an extension to November 27 should be sufficient to conclude this matter.

Applicants seek additional time to file the following materials in support of their application:

- declarations establishing Applicants' eligibility under EAJA;
- declarations establishing the hours expended and hourly rate;
- an allegation that the position of the United States was not substantially justified;
- a memorandum of law in support of the application; and
- a proposed order granting the application.

This motion is unopposed by the Federal Defendants, the only parties at interest. Applicants do not seek any fees or costs from any of the other parties.

_____
*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                    2

Respectfully submitted this 1st day of November, 2007.

  /s/ Thomas S. Waldo

Thomas S. Waldo (ABA#9007047)
Eric P. Jorgensen (ABA#8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on November 1, 2007, a true and correct copy of the foregoing UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE MATERIALS IN SUPPORT OF APPLICATION FOR FEES AND EXPENSES and a PROPOSED ORDER were served electronically on Lori Caramanian, Kevin Saxby, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo
Thomas S. Waldo

_____
*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                  3