# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:03-cv-0029-JKS |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Plaintiffs' Unopposed Motion for Further Extension of Time to File Materials in Support of Application for Fees and Expenses (Docket No.174 ), it is hereby ORDERED that the motion is GRANTED. Plaintiffs shall file any additional materials in support of their application no later than December 18, 2007. Federal Defendants' time to file any opposition to the motion for fees and expenses shall begin to run on the date of service of the additional materials filed by Plaintiffs.

SO ORDERED this 26th day of November 2007.

  /s/James K. Singleton, Jr.
  JAMES K. SINGLETON, JR.
  *United States District Judge*

_____
*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
J03-0029 CV JKS