Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:03-cv-0029-JKS |
| ) | |
| UNITED STATES FOREST SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SETTLEMENT OF CLAIM FOR ATTORNEYS' FEES, COSTS AND EXPENSES

1. The United States Department of Agriculture, Forest Service (hereafter "Forest

Service") shall pay to Earthjustice one hundred twenty thousand dollars ($120,000) in full

satisfaction of any and all claims by plaintiffs against federal defendants for attorneys' fees,

expenses and costs in this action, including any portion of this action before the Ninth Circuit.

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS

The $120,000 shall be paid in addition to the $220,000 already paid to Earthjustice pursuant to the Settlement Agreement and Stipulation Regarding Attorneys' Fees in *Natural Resources Defense Counsel v. United States Forest Service,* No. 04-35868 (9th Cir.).

2.  This settlement is also in full satisfaction of any and all claims for attorneys' fees, costs and expenses in *Organized Village of Kake v. United States,* 1:04-CV-029 (JKS) (D. Alaska) other than claims for attorneys' fees and expenses incurred on Counts V and IX in that action.   This settlement is also in full satisfaction of any and all claims for attorneys' fees, costs and expenses in *Natural Resources Defense Council v. United States Forest Service (NRDC III),* 1:04-cv-010 (JKS) (D. Alaska) and *Southeast Alaska Conservation Council v. United States (SEACC),* 1:06-cv-005 (JWS) (D. Alaska).

3.  This settlement does not constitute an admission or evidence as to the liability or lack of liability for fees, expenses, or costs as to any portion of this action.  Nor shall it constitute an admission or evidence as to any other issue in this case or any future litigation.

Respectfully submitted this 17th day of December, 2007.

 /s/ Thomas S. Waldo
Thomas S. Waldo (ABA#9007047)
Eric P. Jorgensen (ABA#8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                                      2

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*


 /s/ Lori Caramanian

Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone:  (303) 844-1499
Fax:  (303) 844-1350
Email: lori.caramanian@usdoj.gov

*Attorney for Federal Defendants*



## CERTIFICATE OF SERVICE

I, Thomas S. Waldo, certify that on December 17, 2007, a true and correct copy of the foregoing SETTLEMENT OF CLAIM FOR ATTORNEYS' FEES, COSTS AND EXPENSES was served electronically on Lori Caramanian, Kevin Saxby, Steve Silver, and Amy Gurton Mead.


/s/ Thomas S. Waldo
Thomas S. Waldo


*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS                    3