Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES FOREST SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:03-cv-0029-JKS |

## NOTICE OF SETTLEMENT OF PLAINTIFFS'
## APPLICATION FOR ATTORNEY'S FEES AND EXPENSES

Plaintiffs Natural Resources Defense Council, Southeast Alaska Conservation Council,

The Wilderness Society, and Center for Biological Diversity hereby provide notice that the

Settlement of Claim for Attorney's Fees, Costs and Expenses, filed yesterday at Docket No. 176,

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS

is a final settlement of the Plaintiffs' Application for Attorney's Fees and Expenses, filed

June 21, 2007, at Docket No. 163.

    Respectfully submitted this 18th day of December, 2007.

       /s/ Thomas S. Waldo

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Thomas S. Waldo, certify that on December 18, 2007, a true and correct copy of the foregoing NOTICE OF SETTLEMENT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES was served electronically on Lori Caramanian, Kevin Saxby, Steve Silver, and Amy Gurton Mead.

/s/ Thomas S. Waldo
Thomas S. Waldo

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:03-cv-0029-JKS      2