IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>      Plaintiffs,<br><br>  vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>      Defendants. | Case No. 1:03-cv-00029 (JKS)<br><br>O R D E R |

  This matter is before the Court on Plaintiffs' motion for attorney fees and costs and expenses pursuant to 28 U.S.C. § 2412(d)(1)(B). Docket No. 163. The parties now inform the Court that they have settled the claim for attorney fees and costs and expenses. Docket No. 177.

  The settlement agreement at **Docket No. 176** is **APPROVED**. Plaintiffs' motion at **Docket No. 163** is **DISMISSED**. Notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the settlement agreement.

  Dated this 19th day of December 2007.

                       /s/ James K. Singleton, Jr.
                       **JAMES K. SINGLETON, JR.**
                       United States District Judge