**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>NATURAL RESOURCES DEFENSE COUNCIL, et al</u>   v.   <u>U.S. FOREST SERVICE, et al</u>

IDA ROMACK, CLERK OF COURT

DEPUTY Clerk                                        CASE NO. <u>1:03-CV-00029-JKS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: JULY 8, 2008

<u>RETURN OF DOCUMENTS</u>

The hard copies of environmental impact statements (Docket 33), previously lodged with the Court in the above referenced case, are hereby returned to the attorney of record for <u>defendants U.S. Forest Service, U.S. Dept of Agriculture, Mark Rey, Dennis E. Bschor, and Forrest Cole</u>.

[]{ADMINRET.WPD*Rev.12/96}